

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 FEB 12 PM 1:49

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07 - 77

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

FEB 1 2 2007                    *(signature)*
(Date forms issued)             (Signature of Party or their Representative)

                                Charles E. Jarmon
                                (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action