IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 FEB 12 PM 1:36

| | |
|---|---|
| PURDUE PHARMA L.P., <br> THE P.F. LABORATORIES, INC. and <br> PURDUE PHARMACEUTICALS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY <br><br> Defendant. | Civil Action No. 07-77 |

### PLAINTIFFS' FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Purdue Pharma L.P. and Purdue Pharmaceuticals L.P. hereby state that they have no parent corporations. The P.F. Laboratories, Inc. states that its parent corporation is Pharmaceutical Research Associates, Inc. Plaintiffs further state that there are no publicly held corporations that own 10% or more of their stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Plaintiffs*
  *Purdue Pharma L.P.,*
  *The P.F. Laboratories, Inc.*
  *and Purdue Pharmaceuticals L.P.*

OF COUNSEL:

Herbert F. Schwartz
Robert J. Goldman
Denise L. Loring
Pablo D. Hendler
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

February 12, 2007

715726.1