AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

PURDUE PHARMA L.P.,
THE P.F. LABORATORIES, INC. AND
PURDUE PHARMACEUTICALS L.P.,
        Plaintiffs,

v.

KV PHARMACEUTICAL COMPANY,
        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-77

TO:
    KV Pharmaceutical Company
    c/o The Corporation Trust Company
    1209 Orange Street
    Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jack B. Blumenfeld, Esquire
    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    1201 N. Market Street
    Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                           FEB 1 2 2007
CLERK                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 13, 2007 |
| NAME OF SERVER (PRINT) Kyle Lytwynec | TITLE Courier |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon The Corporation Trust Co. — KV Pharmaceutical Company's registered agent

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 2/13/07
Date

Signature of Server

Address of Server
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
P.O Box 1347
Wilmington, DE 19801
302.658.9200

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.