```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re                                     :        04 md 1603 (SHS)

OXYCONTIN ANTITRUST LITIGATION.           :

    This document relates to:             :        <u>ORDER</u>
        07 Civ. 3972 (SHS)
        07 Civ. 3973 (SHS)            :
        07 Civ. 4810 (SHS)
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       IT IS HEREBY ORDERED that there will be a pretrial conference in the above actions on July 12, 2007, at 3:00 p.m.

Dated: New York, New York
       June 13, 2007

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.

MICROFILM JUN 14 2007