UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| In re: ) | 04-md-1603 (SHS) |
| OXYCONTIN ANTITRUST LITIGATION ) | |
| ) | This document relates to: |

------------------------------------------------------------

| | |
|---|---|
| PURDUE PHARMA L.P., ) | |
| THE P.F. LABORATORIES, INC. and ) | |
| PURDUE PHARMACEUTICALS L.P. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 07-cv-3972 (SHS) |
| KV PHARMACEUTICAL COMPANY, ) | C.A. No. 07-cv-3973 (SHS) |
| ) | C.A. No. 07-cv-4810 (SHS) |
| Defendant. ) | |

------------------------------------------------------------

| |
|---|
| KV PHARMACEUTICAL COMPANY, ) |
| ) |
| Counterclaim Plaintiff, ) |
| ) |
| v. ) |
| ) |
| PURDUE PHARMA L.P. ) |
| THE PURDUE FREDERICK COMPANY, ) |
| THE P.F. LABORATORIES, INC., ) |
| THE PURDUE PHARMA COMPANY, ) |
| PURDUE PHARMACEUTICALS L.P., and ) |
| EUROCELTIQUE S.A., ) |
| ) |
| Counterclaim Defendants. ) |

------------------------------------------------------------

**NOTICE OF APPEARANCE
ON BEHALF OF KV PHARMACEUTICAL COMPANY**

To:  J. Michael McMahon, Clerk of Court
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Please take notice that Steven C. Sunshine and Sean M. Tepe, attorneys admitted to practice in this court, hereby appear in the above-captioned actions on behalf of Defendant and Counterclaim Plaintiff KV Pharmaceutical Company.

Dated: July 5, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Steven Sunshine_____
Steven C. Sunshine (SS-8158)
1440 New York Avenue, N.W.
Washington, D.C. 20005
T: (202) 371-7000
F: (202) 661-0560
steve.sunshine@skadden.com

Sean M. Tepe (ST-3167)
Four Times Square
New York, NY 10036
T: (212) 735-3000
F: (917) 777-2718
sean.tepe@skadden.com

*Attorneys for KV Pharmaceutical Company*

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on July 5, 2007, I caused a true copy of the

- *Notice of Appearance on Behalf of KV Pharmaceutical Company*

to be served upon the parties listed below, in the manner indicated.

By First-Class Mail

Brad Allen Antonacci
321 West State Street
Suite 1015
Rockford, IL 61105

Ben Barnow
Barnow & Goldberg, P.C.
One North LaSalle
Suite 4600
Chicago, IL 60602

James V. Bashian
Law Offices of James V. Bashian, P.C.
Fairfield Commons
271 Route 46 West
Fairfield, NJ 07004

Matthew J. Becker
Day, Berry & Howard
Cityplace
Hartford, CT 06103

Franklin K. Belhasen
Belhausen Law Office
P.O. Box 670
201 Mill Branch Road
Paintsville, KY 41240

Jeffrey A. Berens
Dyer & Shuman
801 East 17th Avenue
Denver, CO 80218-1417

Donald L. Bilgore
Bilgore, Reich, Levine & Kantor
16 East Main Street
Suite 950
Rochester, NY 14614

John M. Broderick
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street
Suite 3400
Chicago, IL 60601

Joseph M. Burns
122 South Michigan Avenue
Suite 1720
Chicago, IL 60603-2002

Patrick Edward Cafferty
Miller, Faucher, Cafferty and Wexler, L.L.P.
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

Kathleen Currie Chavez
Chavez Law Firm
P.O. Box 772
Geneva, IL 60134

Brian D. Coggio
John E. Lavelle, Esq.
38 Willis Avenue
Mineola, NY 11501

Heather Morre Collins
Henrichsen, Siegel, P.L.L.C.
1648 Osceola Street
Jacksonville, FL 32204

Daniel F. Dansford
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507

Timothy E. De Masi
Pennie & Edmonds, L.L.P.
1155 Avenue of the Americas
New York, NY 10036

2

Stuart Des Roches
Odom & Des Roches, L.L.P.
650 Poydras Street
Suite 2020
New Orleans, LA 70130

Aashish Desai
Mower Carreon & Desai
2301 Dupont Drive, Ste. 360
Irvine, CA 92612-7503

Brook Dooley
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Michael Dore
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068

Angela K. Drake
Lowther, Johnson Attorneys at Law, LLC
901 St. Louis Street
20th Floor
Springfield, MO 65806

James R. Dugan
Dugan & Brown, P.L.C.
650 Poydras Street
Suite 2150
New Orleans, LA 70130

Robert J. Dyer
Dyer Donnelly
801 E. 17th Avenue
Denver, CO 80218-1417

John Famularo
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507

Robert M. Foote
Foote, Meyers, Mielke, Flowers & Solano
416 South Second Street
Geneva, IL 60134

Stefan C. Grant
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050

Steven J. Gutter
Kahn & Gutter
Paine Webber Plaza
Penthouse 4
8211 West Broward Blvd.
Plantation, FL 33324

Neil L. Henrichsen
Henrichsen Siegel, P.L.L.C.
5301 Wisconsin Avenue, NW
Suite 570
Washington, DC 20015

M. King Hill, III
Venable LLP (Baltimore)
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

Duane-David Hough
Fish & Neave
875 Third Avenue
New York, NY 10022-6250

James D. Johnson
P.O. Box 1546
Plaintsville, KY 41240

Richard Allen Jones
Covington & Burling
One Front Street
35th Floor
San Francisco, CA 94111

Walter Jones
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street
Suite 2910
Chicago, IL 60601

Allyn Zissel Lite
Lite, Depalma, Greenberg & Rivas, L.L.C.
Two Gateway Center
Newark, NJ 07102-5003

4

Mark D. Maneche
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, PC
One Pennsylvania Plaza
37th Floor
New York, NY 10119

Mark J. McClenathan
321 West State Street
Suite 1015
Rockford, IL 61105

John Alden Meade
Odom & Des Roches, L.L.P.
650 Poydras Street
Suite 2020
New Orleans, LA 70130

James E. Miller
Scott & Scott, L.L.C.
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Donna Siegel Moffa
Trujillo, Rodriguez & Richards, L.L.P.
8 Kings Highway West
Haddonfield, NJ 08033

David S. Nalven
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

John E. Nathan
Fish & Neave
1251 Avenue of the Americas
New York, NY 10020

M. Nathan Neuman
Law Offices of N. Neuman
ke Drive
Ambler, PA 19002-5084

John Joseph Normile
John E. Lavelle, Esq.
38 Willis Avenue
Mineola, NY 11501

5

Walter W. Noss
Jones, Day, Reavis & Pogue
222 E. 41st Street
New York, NY 10017

Mary K. Periolat
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street
Suite 3400
Chicago, IL 60601

Susan J. Pope
Frost Brown Todd, LLC
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507

Jill Irene Rogers-Manning
321 West State Street
Suite 1015
Rockford, IL 61105

Arthur Sadin
Youngdahl and Sadin
211 East Parkwood
Friendswood, TX 77546

Elliot Schulder
Covington & Burling
1201 Pennsylvania, NW
Washington, DC 20004

Kimberly Horton Schultz
Boies, Schiller & Flexner LLP
26 South Main Street
Hanover, NH 03755

Susan R. Schwaiger
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street
New York, NY 10022

Kip B. Schuman
Dyer & Shuman
801 East 17th Avenue
Denver, CO 80218-1417

David P. Smith
Percy, Smith & Foote, LLP
720 Murray Street
Alexandria, LA 71301

Thomas M. Sobol
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110

Jennifer Winter Sprengel
Miller, Faucher and Cafferty, L.L.P.
30 North La Salle Street
Chicago, IL 60602

Kathleen Marie Stockwell
321 West State Street
Suite 1015
Rockford, IL 61105

Paul F. Strain
Gibbons, Del Deo, Dolan, Griffinger and Vecchione, PC
One Pennsylvania Plaza
37th Floor
New York, NY 10119

Shands M. Wulbern
Henrichsen, Siegel, P.L.L.C.
1648 Osceola Street
Jacksonville, FL 32204

Charles Ferrier Zimmer
Odom & Des Roches, L.L.P.
650 Poydras Street
Suite 2020
New Orleans, LA 70130

Jonathan A. Harris
Wildman, Harrold, Allen & Dixon
225 W. Wacker Drive
Chicago, OL 60606

Karen Elizabeth Keller
Andrew Auchincloss Lundgren
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
P.O. Box 391
Wilmington, DC 19899

7

Chad Michael Shandler
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Rodger Dallery Smith
Morris, Nichols, Arsht & Tunnell, L.L.P.
1201 North Market Street
P.O. Box 1347
Wilmington, DC 19899

Jameson A.L. Tweedie
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DC 19899


Dated: New York, New York
       July 5, 2007

*/s/ Steven Ray Katzenstein*
Steven Ray Katzenstein

8