USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/07

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Oxycontin Antitrust Litigation

| | |
|---|---|
| PURDUE PHARMA, L.P., THE P.F. LABORATORIES, INC. AND PURDUE PHARMACEUTICALS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY, <br><br> Defendant. | 04 md 1603 (SHS) <br><br> This document relates to: <br> 07 Civ 3972 (SHS) <br> 07 Civ 3973 (SHS) <br> C.A. No. 07-CV-4810 (SHS) <br><br> **JURY TRIAL DEMANDED** <br><br> **ECF Case** <br><br> ~~This document relates to~~ <br><br> ~~04 MD 1603 (SHS)~~ |
| KV PHARMACEUTICAL COMPANY, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> PURDUE PHARMA, L.P., THE PURDUE FREDERICK COMPANY, THE P.F. LABORATORIES, INC., THE PURDUE PHARMA COMPANY, PURDUE PHARMACEUTICALS, L.P., AND EUROCELTIQUE S.A., <br><br> Counterclaim-Defendants. | **ORDER FOR ADMISSION** <br> ***PRO HAC VICE* ON WRITTEN** <br> **MOTION** |

Upon the motion of Seth J. Atlas of Morgan & Finnegan, L.L.P. and said sponsor

attorney's declaration in support;

**IT IS HEREBY ORDERED** that

        Andrea L. Wayda
        MORGAN & FINNEGAN, LLP
        3 World Financial Center
        New York, New York 10281-2101
        212-415-8700
        212-415-8701 (fax)

is permitted to appear *pro hac vice* as co-counsel for KV Pharmaceutical Company in the above

captioned case in the United States District Court for the Southern District of New York.

Dated: ___7/9/07___

U.S. District Court Judge

1078774 v1