USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:
OXYCONTIN ANTITRUST LITIGATION

------------------------------------------------------------x

04 md. 1603 (SHS)

This document relates to:
06 Civ. 13095 (SHS)
07 Civ. 03972 (SHS)
07 Civ. 03973 (SHS)
07 Civ. 04810 (SHS)

SIDNEY H. STEIN, U.S. District Judge.

A conference having been held on July 12, 2007 with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. All proceedings related to defendants' antitrust counterclaims are stayed until further order of the Court, consistent with the stay entered on March 30, 2006 in MDL Order No.2;

2. All proceedings related to plaintiffs' claims of infringement and defendants' claims that plaintiffs' patents-in-suit are invalid are stayed until further order of the Court;

3. Subject to the parties agreeing to the terms of a protective order, plaintiffs shall produce to defendants by August 10, 2007 copies of the trial and discovery record in Endo and the discovery record and preliminary injunction hearing record in Boehringer. The materials to be produced shall include, inter alia, all documents related to the drafting and prosecution of the patents-in-suit and all deposition transcripts of those individuals involved in the drafting and prosecution of the patents-in-suit. Plaintiffs will produce these materials to defendant Mallinckrodt Inc. in the action Purdue Pharma LP et al v.

1

Mallinkcrodt Inc., 06 Civ. 13095 (SHS) on an "outside counsel only" basis until a protective order is entered by the Court;

    4.    There will be a status conference on August 23, 2007 at 10:00 a.m. in order to establish a briefing schedule on the issue of inequitable conduct; and

    5.    The last day for completion of fact discovery on the issue of inequitable conduct is September 14, 2007.

Dated: New York, New York
       July 27, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.