# Morgan & Finnegan, L.L.P.

3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-2101
TEL: 212-415-8700
FAX: 212-415-8701
www.morganfinnegan.com

WRITER'S DIRECT DIAL NUMBER

(212) 415-8545
awayda@morganfinnegan.com

August 10, 2007

VIA FACSIMILE

The Honorable Sidney H. Stein
United States District Court
For The Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Purdue Pharma L.P., The P.F. Laboratories, Inc.,
And Purdue Pharmaceuticals L.P. v. KV Pharmaceutical Company*
MDL Action No. 1:04-MD-01603-SHS. This document relates to:
Civil Action Nos. 07-CV-3972, 07-CV-3973, And 07-CV-4810 (SHS)

Dear Judge Stein:

Pursuant to your Order of August 7, 2007, Defendant KV Pharmaceutical Company identifies the following Qualified Persons pursuant to the Stipulated Protective Order entered on August 5, 2007:

Paragraph 7(e):   Gregory S. Bentley, Esq.
                  Carl G. Hintmann, Esq.

Paragraph 8(e):   Gregory S. Bentley, Esq.
                  Carl G. Hintmann, Esq.

*So ordered*
8/15/07
/s/ Sidney H. Stein
U.S.D.J.

CALIFORNIA: 44 MONTGOMERY STREET, SUITE 2500, SAN FRANCISCO, CA 94104-4712  TEL 415-318-8800  FAX 415-676-5816
WASHINGTON, D.C.: 1775 EYE STREET, N.W., SUITE 400, WASHINGTON, DC 20006-2401  TEL 202-857-7887  FAX 202-857-7929

1086606 v1

**Morgan & Finnegan, L.L.P.**

The Honorable Sidney H. Stein
August 10, 2007
Page 2

KV Pharmaceutical Company reserves the right to designate additional Qualified Persons pursuant to these paragraphs. Notice has been provided to both Plaintiffs and Actavis Inc. and Mallinckrodt Inc. by PDF e-mail transmission.

Respectfully submitted,

Andrea L. Wayda

cc: Robert J. Goldman, Esq. *(via e-mail)*
Richard A. Inz, Esq. *(via e-mail)*
Pablo D. Hendler, Esq. *(via e-mail)*
John J. Normile Jr., Esq. *(via e-mail)*
Hugh L. Moore, Esq. *(via e-mail)*
Chad A. Landmon, Esq. *(via e-mail)*
Denise V. Zamore, Esq. *(via e-mail)*
John F. Sweeney, Esq. *(via e-mail)*

1086600 v1