MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                     :    04 md. 1603 (SHS)
In re:                                               :
OXYCONTIN ANTITRUST LITIGATION                       :    This document relates to:
                                                     :    06 Civ. 13095 (SHS)
-------------------------------------------------------------x    07 Civ. 03972 (SHS)
                                                          07 Civ. 03973 (SHS)
                                                          07 Civ. 04810 (SHS)

SIDNEY H. STEIN, U.S. District Judge.

A conference having been held today with counsel for all parties present,

IT IS HEREBY ORDERED that:

1.  Defendants' opening briefs on the issue of inequitable conduct are due on September 21, 2007; Purdue's response is due on October 12; defendants' replies, if any, are due on October 19;

2.  The opening and responsive briefing shall not exceed forty pages; the replies shall not exceed twenty-five pages; and

3.  Courtesy copies shall be sent to the Court as the briefs are filed.

Dated: New York, New York
       August 23, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

1