504

warfarin
vascular
300-303.

ment of
Medicine.
Zealand).

Trial Exhibit
Purdue et al v. Endo et al
Nos. 00 Civ. 8029 (SHS); 01 Civ. 2109 (SHS); 01 Civ. 8177 (SHS)
DX 2766

Clinical Pharmacokinetics 11: 505-510 (1986)
0312-5963/86/0011-0505/$03.00/0
© ADIS Press Limited
All rights reserved.

# Steady-State Pharmacokinetics of Controlled Release Oral Morphine Sulphate in Healthy Subjects

*John J. Savarese, Paul D. Goldenheim, Gordon B. Thomas* and *Robert F. Kaiko*

Medical Department, The Purdue Frederick Company, Norwalk

**Summary**

*The pharmacokinetics of oral morphine sulphate as controlled release tablets ('MS-Contin') and solution were compared at steady-state. Plasma morphine concentrations were determined over 24 hours following the last dose of each drug when given in a randomised, crossover fashion to healthy subjects. Radioimmunoassay was used, which was sensitive yet provided good specificity relative to high-performance liquid chromatography. Controlled release tablets had 86% the bioavailability of the solution. Although each dose of controlled release tablets was double that of the solution, their peak plasma concentrations were the same. Time to maximum concentration was 3 times longer for controlled release tablets with an absorption half-life twice that of the solution. Elimination of both drugs was similar and biphasic with the minor terminal portion at 10 times the half-life of the major early process. These data explain the analgesic duration of 12 hours observed in clinical studies and the lack of accumulation with morphine compared with methadone.*

Controlled release oral morphine sulphate tablets offer the clinical advantage of less frequent dosing, with an attendant increase in quality of life for patients with chronic pain requiring repeated-dose opioid analgesia. The pharmacokinetic literature on controlled release morphine sulphate comprises only a small number of limited studies. According to Vater et al. (1984) no statistical correlation was found between blood concentrations following a 20mg dose of controlled release morphine sulphate, and analgesia using an artificial tourniquet pain model. Few pharmacokinetic parameters were derived for the controlled release preparation over the 7 hours of study, but a $C_{max}$ of 14.8 μg/L, $t_{max}$ of 2.4 hours and an elimination half-life of 4.1 hours determined by high-performance liquid chromatography (HPLC) were reported. No comparison against a reference morphine preparation was made. Welsh et al. (1983) compared controlled release morphine sulphate with morphine sulphate solution. Limited morphine pharmacokinetic data from radioimmunoassay (RIA) were derived from this 8-hour study, including $C_{max}$ and $t_{max}$ of 55.0 μg/L, 3.3 hours and 73.1 μg/L, 2.9 hours for tablets and solution, respectively. Also, the tablets were shown to have 86% of the bioavailability of the solution. Leslie et al. (1980) employed gas-liquid chromatography (GLC) to demonstrate sustained morphine plasma concentrations in normal subjects given controlled release compared with immediate-release morphine sulphate, although no pharmacokinetic parameters were calculated.

In addition, there are only a limited number of reports on the pharmacokinetics of oral morphine in general. Representative are several studies such

and

sing;

as Sâwe et al. (1983) who reported steady-state kinetics of oral morphine in cancer patients. Parameters were based on a maximum of 6 hours data post-dosing using a GLC morphine assay. The HPLC assay developed by Svensson et al. (1982) was reported to measure morphine and its glucuronide metabolites. Following regular 4-hourly dosing with oral morphine hydrochloride 100mg, plasma samples were assayed only up to 4 hours post-dose. Morphine concentrations peaked by 0.5 hours and declined rapidly thereafter, while the glucuronide metabolite concentrations were many times higher and did not appear to decrease at the same rate as that of the parent molecule. Brunk and Delle (1974), using a radioisotope technique, assayed plasma morphine and extractable morphine metabolites, presumably the glucuronides, and derived some kinetic parameters. By 9 hours after a single 10mg oral dose of morphine sulphate, the parent molecule could not be detected in the plasma, whereas metabolites were still present at 24 hours post-dose. However, Stanski et al. (1978) using RIA found residual plasma morphine 24 hours after morphine sulphate 10mg given by rapid intravenous infusion. Pharmacokinetic calculations were not conducted on the post-12-hour data due to lack of confidence in the specificity of the assay.

The purpose of this study was to determine the pharmacokinetics of oral controlled release morphine sulphate given as 'MS Contin' (marketed in Europe as 'MST Continus Tablets') compared with oral morphine sulphate solution.

## *Methods*

Healthy subjects, rather than cancer patients, were used in order to obtain less variable pharmacokinetic parameters. They were free from significant abnormal medical findings, including liver and kidney disease, and had no history of drug abuse. Medications were not used by these subjects during the week prior to the study and urine spot tests for street drugs were negative.

Subjects were domiciled in the clinic for the entire study period and gave written informed consent to a protocol which had the approval of a duly constituted Institutional Review Board. The protocol design was a repeated dose, randomised, crossover study. Subjects were administered either 30mg controlled release morphine sulphate tablets orally every 12 hours for 3 days or 15mg morphine sulphate solution orally every 6 hours for 3 days. Crossover to the alternate drug occurred on study day 5, with blood sampling performed on the fourth day of each study arm. Plasma was obtained from blood drawn for trough values on the 2 days prior to the sampling days and on the fourth day of each phase at 0.25, 0.5, 1, 1.5, 2, 3, 6, 8, 10, 12, and 24 hours after dosing.

Plasma was separated from the whole blood samples and frozen until the time of assay. Morphine concentrations were determined by radioimmunoassay (Matejczyk et al. 1985) modified by Hazelton Laboratories America, Inc., Madison, Wisconsin for plasma determination sensitive to 0.13 μg/L with a coefficient of variation of 13.0%

**Table I.** Daily morphine trough concentrations (mean ± SE) for controlled release tablets (MSC) and solution (MSS), in healthy subjects

| Formulation | Concentration prior to serial sampling (μg/L) | | Concentrations on day of serial sampling (μg/L) | |
|---|---|---|---|---|
| | 2 days | 1 day | first trough | second trough |
| MSS (15mg every 6h) | 6.1 ± 0.3 | 5.9 ± 0.8 | 7.7 ± 0.8 | 6.5 ± 0.5 |
| MSC (30mg every 12h) | 2.9 ± 0.3 | 5.4 ± 0.8 | 5.4 ± 0.5 | 4.8 ± 0.7 |

Table II. Steady-state ph

| Parameter (n = 13) |
|---|
| $AUC_{0-12}$ (μg/L · h) |
| Relative bioavailability (area ratio adjusted for dos |
| $C_{max}$ (μg/L) |
| $t_{max}$ (h) |
| $t_{½a}$ (h) (apparent) |
| $t_{½β}$ (h) (apparent) |
| $t_{½γ}$ (h) (apparent) |

Abbreviations: AUC = area u absorption half-life; $t_{½β}$ = e phase.

at concentrations betw reactivity with morph than 2%. A second RI was tried which was re liable, but resulted in p tions an order of magni assay. This discrepancy morphine concentratio ously reported (Catlin 1 To ensure the specifici study, a number of su assayed for morphine f HPLC having no cross 3-glucuronide, although RIA. 80 plasma sample study were assayed by t niques. Linear regressio on $x$-axis) revealed a cor a slope of 0.62, and a sample range from 1 to the plasma morphine c by RIA in this work whe yield values comparable

ancer patients. variable phar- free from sig- including liver istory of drug these subjects and urine spot

inic for the en- informed con- roval of a duly ard. The pro- randomised. nistered either lphate tablets mg morphine rs for 3 days. rred on study on the fourth btained from 2 days prior h day of each 0, 12, and 24

whole blood assay. Mor- by radioim- modified by Madison. sensitive to ion of 13.0%

SS), in healthy

of serial

cond trough

5 ± 0.5

8 ± 0.7

**Table II.** Steady-state pharmacokinetics of oral morphine formulations in healthy subjects

| Parameter (n = 13) | Morphine sulphate solution 15mg | Controlled release morphine tablet 30mg | Significance |
|---|---|---|---|
| $AUC_{0-12}$ (μg/L · h) | 71.8 ± 2.5 | 122.8 ± 3.6 | $p < 0.001$ |
| Relative bioavailability (area ratio adjusted for dose) | 100% | 86% (range 69 to 118%) | |
| $C_{max}$ (μg/L) | 22.0 ± 1.0 | 20.3 ± 1.0 | $p > 0.05$ |
| $t_{max}$ (h) | 0.77 ± 0.24 | 2.27 ± 0.24 | $p < 0.001$ |
| $t_{1/2a}$ (h) (apparent) | 0.45 ± 0.13 | 0.81 ± 0.11 | $p < 0.05$ |
| $t_{1/2zI}$ (h) (apparent) | 3.52 ± 0.16 | 3.62 ± 0.04 | $p > 0.05$ |
| $t_{1/2zII}$ (h) (apparent) | 45.6 ± 31.0 | 37.8 ± 3.4 | $p > 0.05$ |

*Abbreviations:* AUC = area under the concentration-time curve; $C_{max}$ = peak plasma concentration; $t_{max}$ = time to $C_{max}$; $t_{1/2a}$ = apparent absorption half-life; $t_{1/2zI}$ = elimination half-life for the first elimination phase; $t_{1/2zII}$ = elimination half-life for the second elimination phase.

at concentrations between 1 and 32 μg/L. Cross-reactivity with morphine-3-glucuronide was less than 2%. A second RIA assay (Moore et al. 1984) was tried which was reported to be equally as reliable, but resulted in plasma morphine concentrations an order of magnitude higher than the former assay. This discrepancy in the magnitude of plasma morphine concentrations is a phenomenon previously reported (Catlin 1977; Grabinski et al. 1983). To ensure the specificity of the RIA used in this study, a number of subject plasma samples were assayed for morphine from both formulations by HPLC having no cross-reactivity with morphine-3-glucuronide, although lacking the sensitivity of RIA. 80 plasma samples obtained from a previous study were assayed by these RIA and HPLC techniques. Linear regression (HPLC on $y$-axis and RIA on $x$-axis) revealed a correlation of 0.85, $p < 0.001$, a slope of 0.62, and an intercept of 0.77 given a sample range from 1 to 25 μg/L. Thus, in general, the plasma morphine concentrations determined by RIA in this work when multiplied by 0.6 would yield values comparable to HPLC assay. For example, a value of 8 μg/L by RIA would correspond to 5 μg/L by HPLC; these were, in fact, approximately the mean values observed in this study. The predictability of absolute values (HPLC) of morphine from RIA values allowed meaningful morphine determinations at the limit of HPLC sensitivity. While values of the study RIA were correlated with and fractionally higher than those assayed by HPLC, interestingly the other RIA (Moore et al. 1984) yielded values 10 times higher, presumably due to significant cross-reacting metabolites of morphine.

Statistical significance of the mean difference was determined by Student's paired t-test.

### *Results*

The 13 subjects evaluated had a mean age of 32 years (range 20 to 41 years) and weighed 72kg (range 59 to 81kg). The treatment crossover was balanced with 7 participants on one study arm and 6 on the other. Attainment of steady-state was confirmed by measurement of comparable plasma morphine

UNIVERSITY LIBRARY LOS ANGELES



Fig. 1. Log mean (n = 13) plasma morphine concentration (log scale) *versus* time curves for 2 oral morphine formulations, one a controlled release morphine sulphate tablet ('MS Contin') [O] 30mg every 12 hours for 3 days and the other morphine sulphate solution (●) 15mg every 6 hours for 3 days. The data were obtained after the final dose.

trough concentrations on the day prior to and the day of blood sampling as shown in table I. Mean values from the pharmacokinetic analysis of individual subject data are found in table II. Computed by the trapezoidal method, the *relative* bioavailability of the controlled release preparation compared favourably with that of the solution. That is, when the amount of morphine reaching the plasma when dosed with morphine sulphate solution (MSS) was defined as 100%, ($AUC_{MSS}/AUC_{MSS} \times 100$), after adjustments for dosage the relative bioavailability of controlled release morphine sulphate (MSC) was 86%, ($AUC_{MSC}/AUC_{MSS} \times 100$). The AUC was determined for the dosing intervals in order to compare both preparations as they exist at steady-state. Attenuation of the peak plasma morphine concentration was noted with the controlled release morphine sulphate, which at double the dose of the solution gave rise to virtually the same $C_{max}$. The controlled release nature of the tablets was manifest in the 3-fold increase in $t_{max}$ and 2-fold increase in absorption half-life relative to the solution.

Figure 1 shows the time course of plasma morphine concentrations and confirms the persistence of morphine itself at 24 hours post-dose, albeit at a minimal concentration. The semilogarithmic plot reveals two distinct processes during the elimination phase (I and II, respectively) for both solution and controlled dose. The data were fitted by least squares to obtain estimates of decay half-lives derived from the calculated rate constants as morphine is cleared from the plasma. Both morphine preparations were shown to have a $t_{½\beta I}$ of about 4 hours corresponding to elimination up to 8 to 10 hours; the secondary decay occurred with a $t_{½\beta II}$ of about 40 hours. At 24 hours the morphine concentration was approximately 15% of the peak plasma concentration for both solution and controlled-dose, with the secondary decay responsible for clearance from plasma of only a small fraction of the total plasma load of morphine.

***Discussion***

The results demo
bioavailability of con
phate relative to the s
value found by Hanl
should be emphasise
bility does not reflec
oral morphine: this is
15 to 70% (Säwe 198
release morphine sul
value Welsh et al. (19
3.3 hours of Hanks. T
a longer $t_{max}$ for the
compared with 0.77 h

In addition, the att
plasma morphine con
controlled release mo
strated in this study in
be given at one time
morphine without risk
to spiking morphine pl
it has been observed (
equal doses of controll
morphine yield signific
controlled release mor
concentration-time cu
showed biphasic elimin
ination from the first c
usual range given for
(Stanski et al. 1978). H
deeper compartment oc
increase in half-life. O
elimination process has
done in single-dose studi
of 4 to 14 hours and 2C
with a transition betwe
ning at 8 to 10 hours (Ni
et al. 1975). However,
at 24 hours was nearly
concentration, signifyin
phase involves clearanc
stantial fraction of the tot
This may account for th
half-life of methadone
Presumably, differential

formulations. one a morphine sulphate

half-life relative

of plasma mor- the persistence -dose, albeit at ogarithmic plot ng the elimina- r both solution fitted by least y half-lives de- stants as mor- both morphine $t_{½β}$ of about 4 up to 8 to 10 with a $t_{½β}$ of norphine con- of the peak tion and con- ay responsible small fraction e.

## *Discussion*

The results demonstrate the nearly equivalent bioavailability of controlled release morphine sulphate relative to the solution and confirm the 86% value found by Hanks et al. (1980). However, it should be emphasised that the relative bioavailability does not reflect the total bioavailability of oral morphine: this is about 35%, but varies from 15 to 70% (Säwe 1986). The $t_{max}$ for controlled-release morphine sulphate of 2.3 hours was the value Welsh et al. (1983) found, but less than the 3.3 hours of Hanks. The latter group also obtained a longer $t_{max}$ for the solution, namely, 2.9 hours compared with 0.77 hours in this study.

In addition, the attenuation by 50% of the peak plasma morphine concentrations obtainable with controlled release morphine sulphate as demonstrated in this study implies that a greater dose can be given at one time compared to short-acting morphine without risking untoward effects related to spiking morphine plasma concentrations. In fact, it has been observed (Khojasteh et al. 1986) that equal doses of controlled release and short-acting morphine yield significantly fewer side effects for controlled release morphine sulphate. The plasma concentration-time curve for both preparations showed biphasic elimination. The half-life of elimination from the first compartment was within the usual range given for morphine of 2 to 4 hours (Stanski et al. 1978). However, elimination from a deeper compartment occurred with nearly a 10-fold increase in half-life. Of interest, a similar 2-part elimination process has been reported for methadone in single-dose studies with estimated half-lives of 4 to 14 hours and 20 to 50 hours, respectively, with a transition between decay processes occurring at 8 to 10 hours (Nilsson et al. 1982; Verebely et al. 1975). However, the amount of methadone at 24 hours was nearly 50% of the peak plasma concentration, signifying that the slower decay phase involves clearance from plasma of a substantial fraction of the total plasma methadone load. This may account for the importance of the longer half-life of methadone noted in clinical practice. Presumably, differential binding to the tissues comprising the 2 compartments may account for the difference between morphine and methadone elimination and further explains the accumulation potential of methadone and attendant adverse effects (Berkowitz 1976; Ettinger et al. 1979).

## *Therapeutic Implications*

In summary, while this study showed that greater amounts of morphine sulphate can be given per dose with the controlled release preparation without affecting morphine bioavailability or elimination, the frequency of dosing with the sustained release formulation could only be determined through clinical analgesic studies. In addition, the clinical relevance of the significantly longer $t_{max}$ and absorption half-life of the controlled release tablets compared with the solution need be made relative to analgesic efficacy study data. Such work has shown controlled release morphine sulphate ('MS-Contin') to provide analgesia in chronic cancer pain for 12 hours in the vast majority of patients and for 8 hours in the remainder (Lapin et al. 1985; Meed et al. 1985; Walsh 1985). While the amount of oral morphine required daily is patient dependent, 2 studies have shown mean daily doses near 300mg (Lapin et al. 1985; Meed et al. 1985). For different patient populations, other reports show around 120mg of morphine over 24 hours to provide adequate control of cancer pain (Homesley et al. 1984; Walsh 1985). Thus, cancer pain may be controlled with doses of controlled release morphine sulphate up to 150mg every 12 hours; however, significantly higher or lower amounts may be required by some patients.

## *Acknowledgements*

Thanks to Dr Joseph Horodniak of the Purdue Frederick Research Center for his HPLC/RIA comparison study and Dr Kenneth Rothwell for initiating the study.

## *References*

Berkowitz BA. The relationship of pharmacokinetics to pharmacological activity: morphine, methadone and naloxone. Clinical Pharmacokinetics 1: 219-230, 1976

UNIVERSITY LIBRARY LOS ANGELES

Brunk SF, Delle M. Morphine metabolism in man. Clinical Pharmacology and Therapeutics 16: 51-57, 1974

Catlin DH. Pharmacokinetics of morphine by radioimmunoassay: the influence of immunochemical factors. Journal of Pharmacology and Experimental Therapeutics 200: 224-235, 1977

Ettinger DS, Vitale PJ, Trump DL. Important clinical pharmacologic considerations in the use of methadone in cancer patients. Cancer Treatment Reports 63: 457-459, 1979

Grabinski PY, Kaiko RF, Walsh TD, Foley KM, Houde RW. Morphine radioimmunoassay specificity before and after extraction of plasma and cerebrospinal fluid. Journal of Pharmaceutical Sciences 72: 27-29, 1983

Hanks GW, Rose NM, Aherne GW, Piall EM, Fairfield S, et al. Controlled-release morphine tablets: a double-blind trial in dental surgery patients. British Journal of Anaesthesia 53: 1259-1264, 1980

Homesley HD, Jobson VW, Welander C. Dosing range study of morphine sulfate continus (MS Contin) tablets in patients with chronic pain. American Journal of Clinical Oncology: Cancer Clinical Trials, in press, 1986

Khojasteh A, Evans W, Reynolds RD, Savarese JJ, Thomas G. Safety and efficacy of slow-release morphine sulphate tablets in cancer pain therapy. Proceedings of the American Society of Clinical Oncology 5: 256, 1986

Lapin J, Kaiko RF, Rogers AG, Wallenstein SL, Foley KM, et al. Cancer pain management with controlled-release oral morphine. 5th General Meeting of the American Pain Society, Dallas, October 18-20, 1985, Abstract no. CP37, p. 73, 1985

Leslie ST, Rhodes A, Black FM. Controlled release morphine sulphate tablets – a study in normal volunteers. British Journal of Clinical Pharmacology 9: 531-534, 1980

Matejczyk RJ, Kosinski MS, Kosinski JA. Determination of cross-reactant drugs with a new morphine radioimmunoassay procedure. Journal of Forensic Sciences 30: 677-680, 1985

Meed SD, Kleinman P, Kantor TG, Blum RH. Use of MS Contin (slow-release morphine) in severe cancer related pain. 5th General Meeting of the American Pain Society, Dallas, October 18-20, 1985, Abstract no. P6, p. 22, 1985

Moore RA, Baldwin D, Allen MC, Watson PJ, Bullingham RE, McQuay HJ. Sensitive and specific morphine radioimmunoassay with iodine label: pharmacokinetics of morphine in man after intravenous administration. Annals of Clinical Biochemistry 21: 318-325, 1984

Nilsson MI, Meresaar U, Anggard E. Clinical pharmacokinetics of methadone. Acta Anaesthesiologica Scandinavica (Suppl. 74): 66-69, 1982

Säwe J. High-dose morphine and methadone in cancer patients: clinical pharmacokinetic considerations of oral treatment. Clinical Pharmacokinetics 11: 87-106, 1986

Säwe J, Dahlstrom B, Rane A. Steady-state kinetics and analgesic effect of oral morphine in cancer patients. European Journal of Clinical Pharmacology 24: 537-542, 1983

Stanski DR, Greenblatt DJ, Lowenstein E. Kinetics of intravenous and intramuscular morphine. Clinical Pharmacology and Therapeutics 24: 52-59, 1978

Svensson JO, Rane A, Säwe J, Sjoqvist F. Determination of morphine, morphine-3-glucuronide and (tentatively) morphine-6-glucuronide in plasma and urine using ion-pair high-performance liquid chromatography. Journal of Chromatography 230: 427-432, 1982

Vater M, Smith G, Aherne GW, Aitkenhead AR. Pharmacokinetics and analgesic effect of slow-release oral morphine sulphate in volunteers. British Journal of Anaesthesia 56: 821-827, 1984

Verebely K, Volavka J, Mule S, Resnick R. Methadone in man: pharmacokinetic and excretion studies in acute and chronic treatment. Clinical Pharmacology and Therapeutics 18: 180-190, 1975

Walsh TD. Clinical evaluation of slow-release morphine tablets. Advances in Pain Research and Therapy 9: 727-731, 1985

Welsh J, Stuart JFB, Habeshaw T, Blackie R, Whitehill D. A comparative pharmacokinetic study of morphine sulphate solution and MST Continus 30mg tablets in conditions expected to allow steady-state drug levels. In Stuart (Ed.) Methods of morphine estimation in biological fluids and the concept of free morphine. Royal Society of Medicine International Congress and Symposium Series No. 58, pp. 9-13, Academic Press, London, 1983

Authors' address: Dr *John J. Savarese*, The Purdue Frederick Company, 100 Connecticut Avenue, Norwalk, CT 06856 (USA).

The effects of rheum[...] activity on non-steroi[...] (NSAID) pharmacokine[...] sively studied (Verbeeck[...] serum albumin concen[...] tuations in disease activ[...] terations in the pharma[...] min-bound drugs. In RA[...] concentrations are frequ[...] 1985) as a result of inc[...] son et al. 1965). Durin[...] increase in catabolism [...] serum albumin concen[...] of disease activity (Ballan[...] report describes the ch[...] macokinetics during lo[...] naproxen to a patient w[...] had diminished and the [...] concentration returned t[...]

### *Case Report*

Classic RA vas diagno[...] years. She had had joint [...] had morning stiffness of [...] examination revealed sy[...] inflammation: subcutane[...]