Case 1:07-cv-03973-SHS    Document 14-14    Filed 09/21/2007    Page 1 of 1



PLAINTIFFS' TRIAL EXHIBIT
00 Civ. 8029 (SHS)
01 Civ. 2109 (SHS)
01 Civ. 8117 (SHS)

**PTX 877A**

## YEARLY TRENDS IN DOLLAR SALES
Based on Sales to Drug Stores, Hospitals (Non-Federal only) and Long-Term Care

TOTAL SALES BY YEAR (JANUARY, 1989 - DECEMBER, 2002)
Source: IMS HEALTH's *Retail and Provider Prospective*

### DOLLAR SALES (IN MILLIONS)

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OXYCONTIN® | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $44.8 | $125.5 | $286.5 | $555.2 | $981.6 | $1,374.7 | $1,508.5 |
| MS CONTIN® | $24.8 | $34.8 | $44.8 | $58.1 | $70.0 | $88.5 | $110.4 | $118.7 | $132.8 | $146.5 | $140.0 | $128.2 | $124.1 | $90.6 |
| PERCOCET® | $38.3 | $45.3 | $44.0 | $48.1 | $46.1 | $44.1 | $44.2 | $42.9 | $43.9 | $50.0 | $51.9 | $93.5 | $116.1 | $168.6 |

1) Long-Term Care dollar data became available in 1995

(Source: PTXs 869-73, 893)

Confidential Information
*Purdue v. Endo*

P 842909