# memo

*Handwritten annotations:*
1) MR → MD SURVEYS
2) MARKETING SUBCOMMITTEE
3) INTRODUCING OXY IR
4) PUBLISH - P.R.
5) PERCOCET

to: P. Goldenheim
R. Reder
E. Ingber

from: R. Kaiko

dept: Medical

subject: **OXYCONTIN CLAIMS LISTING**

date: October 4, 1993

*Handwritten: "> over other opioids?"*

In preparation for our meeting of 10/5 regarding Oxycontin claims please find below a listing of what our claims might be (over oral morphine) and their respective sources of support.

Oxycontin claims over oral morphine/*support sources*   *→ CONVERTIBLE AND*

I.   PRIMARY CLAIM: "MOST EFFICIENTLY TITRATABLE LONG-ACTING STRONG ANALGESIC"

  A.   short half-life of elimination

  *This is well established in the literature.*    *and efficient*

  B.   rapidly attains steady-state plasma oxycodone levels   *→ hence quick titrate for better patient control*

  *According to basic pharmacokinetic principles, a short half-life provides for rapid attainment of steady-state. Additionally we have two steady-state studies already demonstrating this claim.*

  C.   (rapidly) attains stable pain control   *→ how quickly? Can we estimate*

  *This is inferred from above pharmacokinetics: a drug with a short half-life invariably achieves steady-state rapidly and concurrently achieves stable pharmacodynamics. Additionally, ongoing efficacy studies are likely to confirm this. While the above three claims are not, in themselves, superiority claims over* morphine*, they are components of the primary claim over* morphine*, and superiority claims over any drug with a longer elimination half-life (e.g., fentanyl, methadone, levorphanol, buprenorphine).*

  *other opioids ←*

  D.   (rapidly) titratable to the "right dose"   *→ can we say how quickly we will get to the right dose*

  *This follows from the above sections; any drug with a short half-life can be safely and appropriately titrated on a daily basis.*

  E.   high oral bioavailability

  *Numerous published studies have established that morphine has a low oral bioavailability (20-40%) while several other studies have established that oxycodone has a high oral bioavailability (50-90%).*

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

Deposition Exhibit
Purdue et al. v. Endo et al
Nos. 00 Civ. 8029 (SHS);
01 Civ. 2109 (SHS); 01 Civ. 8177 (SHS)
**DX 1207**

Trial Exhibit
Purdue et al. v. Endo et al
Nos. 00 Civ 8029 (SHS)
01 Civ 2109 (SHS); 01 Civ. 8177 (SHS)
**DX 3735**

P 037162

Memo to P. Goldenheim, R. Reder, E. Ingber
October 4, 1993
Page 2

*[handwritten: What % is tied to the 1st pass effect? This may be an advantage re oral morphine]*

F. less variation in bioavailability

*This is inferred in that any drug with a high oral bioavailability will inherently have less variation associated with its bioavailability than a drug with low oral bioavailability. On the other hand there have been no studies specifically designed to demonstrate this comparison for oxycodone and morphine. We should find examples to illustrate this within our own bioavailability/bioequivalency/pharmacokinetic database, if possible, and begin to develop support for this claim well before the completion of our Phase III pk/pd comparative evaluations of Oxycontin and MS Contin. In addition to retrospective analyses of our Phase I oral morphine and oxycodone studies, we should carefully evaluate the published literature to support this claim.*

G. less variation in plasma oxycodone concentrations

*Please see the preceding section.*

H. less variation in pain control

*This is inferred from the above two claims in that any such drug with less variation in bioavailability and in plasma concentration will, according to basic pharmacokinetic/pharmacodynamic principles, have less variation associated with its pharmacodynamics.*

I. fewer patients under- or overdosed upon initiation of Oxycontin

*While one would predict this based on its unique combination of a high oral bioavailability and short half-life, this claim would need to be clinically demonstrated. While this may be difficult to demonstrate, we have a number of opportunities in those studies involving both oxycodone and morphine, although none have really been designed to address this question. This is particularly a problem if those numerous conversion factors from prior analgesics to oxycodone and to morphine differ substantially in their validity or ability to provide initial equianalgesic oxycodone and morphine dosages. One would hope to see comparable average pharmacodynamics but with a "sharper" bell-shaped curve for oxycodone than for morphine (i.e., fewer outliers).*

*[handwritten: important ←]*

J. the first dose is the "right dose" in more patients

*Please see above section.*

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

P 037163

Memo to P. Goldenheim, R. Reder, E. Ingber
October 4, 1993
Page 3

    K.    less variation in analgesia and other opioid effects once stabilized

*Please see above section but appreciate that this is primarily related to the higher oral bioavailability and its resulting lack of variability. Also appreciate that the issue of relative potency would be irrelevant in the demonstration of this claim but that this may be just as elusive as the above two claims.*

    L.    less need for dose adjustment, once stabilized

*As directly above, this is merely another way of expression of the same underlying phenomena.*

    M.    the only strong oral analgesic with both a short elimination half-life and a high oral bioavailability

*This is from the literature as summarized earlier.*

II.    SECONDARY CLAIM: "ONLY LONG-ACTING STRONG ANALGESIC IN BOTH STEPS 2 AND 3 OF THE W.H.O. ANALGESIC STEP-LADDER"

[handwritten margin note: *may be more important than just a [illegible] secondary claim*]

*We have been told that the in-press next edition of the WHO Cancer Pain Relief monograph has oxycodone as the only opioid analgesic in both steps 2 and 3 of the analgesic step-ladder; it is of concern that this next edition has languished in the Geneva headquarters so long; we need to re-establish our earlier understanding and, if necessary, facilitate the release of the document. Dr. Ventafridda, now working in the Cancer Unit of the WHO, may be key toward documenting this claim.*

    A.    eliminates the need to switch primary analgesics as patients' analgesic needs increase

*This is self-evident. In addition, the results of studies of two pain model populations, osteoarthritis and low back pain patients should provide for demonstrations that Oxycontin can be added to NSAIDs and replace fixed combination products normally used in step 2 of the ladder. Our studies in cancer pain document the benefits of Oxycontin in step 3.*

    B.    simplifies cancer pain management

*This is self-evident.*

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

P 037164

Memo to P. Goldenheim, R. Reder, E. Ingber
October 4, 1993
Page 4

III. TERTIARY CLAIM: "FOR SPECIAL PATIENT POPULATIONS"

    A. no known active metabolites that accumulate in renal impairment

*The combination of the literature as well as our own study may provide for this claim, but it is highly likely that our own study will need to be definitive in terms of Oxycontin in order to use the literature regarding morphine.*

*[handwritten: may be our hook for a rationale for switching from morphine]*

    B. insignificant alterations in bioavailability in hepatic dysfunction

*As above.*

    C. insignificant alterations in bioavailability in the elderly

*As above.*

IV. TERTIARY CLAIM: "PREFERRED BY MORE PATIENTS"

*This is the issue of "image" and the likely willingness of patients to receive oxycodone rather than morphine solely on the basis of "the myths of morphine". We can begin adding an up-front questionnaire to our studies involving both drugs and/or request a separate designed survey.*

*[handwritten: We should also measure and analyze patient preference data]*

RK:df

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

P 037165