## Purdue's Controlled Release Oxycodone Formulations

| Formulation | Description | '912 Example | '331 Example |
|---|---|---|---|
| CB 14-41 | 30 mg aqueous | 1 and 5 | 1 and 4 |
| CB 15-23 | 10 mg organic | 2 and 6 | 2 and 5 |
| CB 18-38 (CB 21-12) | 10 mg aqueous | 3 | 3 |
| Lot 1380-02 (CB Y-8) | 20 mg aqueous | 4 | --- |
| Lot 1223-02 | 4 mg aqueous | 7 | 6 |
| Lot 1223-03 | 10 mg aqueous | 8 | 7 |
| Lot 1223-04 | 4 mg aqueous | 9 | 8 |
| Lot 1223-05 | 10 mg aqueous | 10 | 9 |
| Lot 1223-06 | 4 mg aqueous | 11 | 10 |
| Lot 1223-07 | 10 mg aqueous | 12 | 11 |

PLAINTIFFS' TRIAL EXHIBIT
00 Civ. 8029 (SHS)
01 Civ. 2109 (SHS)
01 Civ. 8117 (SHS)
PTX 1009

**REFERENCES:**

PTX 8

PTX 12

PTX 679 (P647699-721) at P647700

PTX 682 (P569244-76) at P569247

PTX 681 (P569201-43) at P569203

PTX 683 (P569277-318) at P569280

PTX 469 at page 2

PTX 688 (P648024-159) at P648031

PTX 465 at pages 2, 3, 4, 5, 6 and 7