## TIME SENSITIVE PATENT INFORMATION PURSUANT TO
## 21 C.F.R. 314.53 (c) FOR NDA # 20-553

The following is provided in accordance with the Drug Price Competition and Patent Term Restoration Act of 1984:

| | |
|---|---|
| Trade Name: | OxyContin® |
| Active Ingredient(s): | Oxycodone Hydrochloride |
| Strength(s): | 10, 20, 40, 80 and 160 mg |
| Dosage Form: | Extended-Release Tablets |
| Approval Date: | 10 mg. – December 12, 1995 |
| | 20 mg. – December 12, 1995 |
| | 40 mg. – December 12, 1995 |
| | 80 mg. – January 6, 1997 |
| | 160 mg. – March 15, 2000 |
| Applicant: | Purdue Pharma L.P. |
| | One Stamford Forum |
| | Stamford, CT 06901-3431 |
| Listed Drug: | OxyContin® (Oxycodone Hydrochloride) Controlled-Release Tablets |
| Indication(s): | OxyContin® (Oxycodone Hydrochloride) Controlled-Release Tablets are indicated for the management of moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time. |

Confidential Information
Purdue v. Endo

Trial Exhibit
Purdue et al. v. Endo et al.
Nos. 00 Civ. 8029 (SHS);
01 Civ. 2109 (SHS); 01 Civ. 8177 (SHS)
DX 4110

P 650650

1. **United States Patent No. 4,861,598**

    A. This information should be provided for each individual patent submitted:

    U.S. Patent Number:        4,861,598

    Expiration Date:           August 29, 2006

    Type of Patent (*indicate all that apply*):

    Drug Substance (Active Ingredient)           ___ Y  _x_ N
    Drug Product (Composition/Formulation)       _x_ Y  ___ N
    Method of Use                                ___ Y  _x_ N

    a. If patent claims method(s) of use, please specify approved method(s) of use or method(s) of use for which approval is being sought that are covered by patent:
    N/A

    Name of Patent Owner:        Euro-Celtique S.A.

    U.S. Agent (*if patent owner or applicant does not reside or have place of business in the U.S.*):
    Philip C. Strassburger, Purdue Pharma L.P., 1 Stamford Forum, Stamford, CT 06901-3431

    B. The following declaration statement is required by 21 C.F.R. 314.53. If any of the submitted patents have Composition/Formulation or Method of Use claims, it should be submitted for each patent that contains composition/formulation or method of use claims.

    The undersigned declares that the above stated United States Number 4,861,598 covers the composition, formulation and/or method of use of all strengths of OxyContin® Controlled-Release Tablets. This product is:

    _x_ currently approved under section 505 of the Federal Food, Drug and Cosmetic Act.

    **OR**

    ___ the subject of this application for which approval is being sought.

Confidential Information
Purdue v. Endo

P 650651

2. **United States Patent No. 4,970,075**

   A.  This information should be provided for each individual patent submitted:

   U.S. Patent Number:     <u>4,970,075</u>

   Expiration Date:        August 29, 2006

   Type of Patent (*indicate all that apply*):

   Drug Substance (Active Ingredient)         ___Y _x_N
   Drug Product (Composition/Formulation)     _x_Y ___N
   Method of Use                              ___Y _x_N

   a.  If patent claims method(s) of use, please specify approved method(s) of use or method(s) of use for which approval is being sought that are covered by patent: <u>N/A.</u>

   Name of Patent Owner:      Euro-Celtique S.A.

   U.S. Agent (*if patent owner or applicant does not reside or have place of business in the U.S.*): <u>Philip C. Strassburger, Purdue Pharma L.P., 1 Stamford Forum, Stamford, CT 06901-3431</u>

   B.  The following declaration statement is required by 21 C.F.R. 314.53. If any of the submitted patents have Composition/Formulation or Method of Use claims, it should be submitted for each patent that contains composition/formulation or method of use claims.

   The undersigned declares that the above stated United States Number 4,970,075 covers the composition, formulation and/or method of use of all strengths of OxyContin® Controlled-Release Tablets. This product is:

   _x_ currently approved under section 505 of the Federal Food, Drug and Cosmetic Act.

   **OR**

   ___ the subject of this application for which approval is being sought.

**Confidential Information**
**Purdue v. Endo**

P 650652

3. **United States Patent No. 5,266,331**

   A. This information should be provided for each individual patent submitted:

   U.S. Patent Number: <u>5,266,331</u>

   Expiration Date: October 26, 2007

   Type of Patent (*indicate all that apply*):

   | | | |
   |---|---|---|
   | Drug Substance (Active Ingredient) | ___ Y | _x_ N |
   | Drug Product (Composition/Formulation) | _x_ Y | ___ N |
   | Method of Use | ___ Y | _x_ N |

   a. If patent claims method(s) of use, please specify approved method(s) of use or method(s) of use for which approval is being sought that are covered by patent: <u>N/A</u>

   Name of Patent Owner:   Purdue Pharma L.P.
   The Purdue Frederick Company
   The P.F. Laboratories, Inc.
   The Purdue Pharma Company

   U.S. Agent (*if patent owner or applicant does not reside or have place of business in the U.S.*):
   <u>Philip C. Strassburger, Purdue Pharma L.P., 1 Stamford Forum, Stamford, CT 06901-3431</u>

   B  The following declaration statement is required by 21 C.F.R. 314.53. If any of the submitted patents have Composition/Formulation or Method of Use claims, it should be submitted for each patent that contains composition/formulation or method of use claims.

   The undersigned declares that the above stated United States Number 5,266,331 covers the composition, formulation and/or method of use of all strengths of OxyContin® Controlled-Release Tablets. This product is:

   _x_ currently approved under section 505 of the Federal Food, Drug and Cosmetic Act.

   **OR**

   ___ the subject of this application for which approval is being sought.

Confidential Information
Purdue v. Endo

P 650653

4. **United States Patent No. 5,508,042**

   A. This information should be provided for each individual patent submitted:

   U.S. Patent Number:        5,508,042

   Expiration Date:           April 16, 2013

   Type of Patent (*indicate all that apply*):

   Drug Substance (Active Ingredient)         ___ Y  _x_ N
   Drug Product (Composition/Formulation)     ___ Y  _x_ N
   Method of Use                              _x_ Y  ___ N

   a. If patent claims method(s) of use, please specify approved method(s) of use or method(s) of use for which approval is being sought that are covered by patent: Management of moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time.

   Name of Patent Owner:      Purdue Pharma L.P.
                              The Purdue Frederick Company
                              The P.F. Laboratories, Inc.
                              The Purdue Pharma Company

   U.S. Agent (*if patent owner or applicant does not reside or have place of business in the U.S.*): Philip C. Strassburger, Purdue Pharma L.P., 1 Stamford Forum, Stamford, CT 06901-3431

   B. The following declaration statement is required by 21 C.F.R. 314.53. If any of the submitted patents have Composition/Formulation or Method of Use claims, it should be submitted for each patent that contains composition/formulation or method of use claims.

   The undersigned declares that the above stated United States Number 5,508,042 covers the composition, formulation and/or method of use of all strengths of OxyContin® Controlled-Release Tablets. This product is:

   _x_ currently approved under section 505 of the Federal Food, Drug and Cosmetic Act.

   **OR**

   ___ the subject of this application for which approval is being sought.

Confidential Information
Purdue v. Endo

P 650654

5. **United States Patent No. 5,549,912**

   A.  This information should be provided for each individual patent submitted:

   U.S. Patent Number:       5,549,912

   Expiration Date:          October 26, 2007

   Type of Patent (*indicate all that apply*):

   | | | |
   |---|---|---|
   | Drug Substance (Active Ingredient) | ___ Y | _x_ N |
   | Drug Product (Composition/Formulation) | _x_ Y | ___ N |
   | Method of Use | ___ Y | _x_ N |

   a.  If patent claims method(s) of use, please specify approved method(s) of use or method(s) of use for which approval is being sought that are covered by patent: N/A.

   Name of Patent Owner:     Purdue Pharma L.P.
                             The Purdue Frederick Company
                             The P.F. Laboratories, Inc.
                             The Purdue Pharma Company

   U.S. Agent (*if patent owner or applicant does not reside or have place of business in the U.S.*): Philip C. Strassburger, Purdue Pharma L.P., 1 Stamford Forum, Stamford, CT 06901-3431

   B.  The following declaration statement is required by 21 C.F.R. 314.53. If any of the submitted patents have Composition/Formulation or Method of Use claims, it should be submitted for each patent that contains composition/formulation or method of use claims.

   The undersigned declares that the above stated United States Number 5,549,912 covers the composition, formulation and/or method of use of all strengths of OxyContin® Controlled-Release Tablets. This product is:

   _x_ currently approved under section 505 of the Federal Food, Drug and Cosmetic Act.

   **OR**

   ___ the subject of this application for which approval is being sought.

Confidential Information
Purdue v. Endo

P 650655

6.  **United States Patent No. 5,656,295**

    A.  This information should be provided for each individual patent submitted:

    U.S. Patent Number:        5,656,295

    Expiration Date:           October 26, 2007

    Type of Patent (*indicate all that apply*):

    Drug Substance (Active Ingredient)            ___Y _X_N
    Drug Product (Composition/Formulation)        _X_Y ___N
    Method of Use                                 _X_Y ___N

    a.  If patent claims method(s) of use, please specify approved method(s) of use or method(s) of use for which approval is being sought that are covered by patent: Management of moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time.

    Name of Patent Owner:      Purdue Pharma L.P.
                               The Purdue Frederick Company
                               The P.F. Laboratories, Inc.
                               The Purdue Pharma Company

    U.S. Agent (*if patent owner or applicant does not reside or have place of business in the U.S.*): Philip C. Strassburger, Purdue Pharma L.P., 1 Stamford Forum, Stamford, CT 06901-3431

    B.  The following declaration statement is required by 21 C.F.R. 314.53. If any of the submitted patents have Composition/Formulation or Method of Use claims, it should be submitted for each patent that contains composition/formulation or method of use claims.

    The undersigned declares that the above stated United States Number 5,656,295 covers the composition, formulation and/or method of use of all strengths of OxyContin® Controlled-Release Tablets. This product is:

    _X_ currently approved under section 505 of the Federal Food, Drug and Cosmetic Act.

    **OR**

    ___ the subject of this application for which approval is being sought.

    Signed: *[signature]*
    Philip C. Strassburger
    U.S. Patent and Trademark Office Registration No. 34,258

    Date: March 28, 2002

    Title: Vice President, Intellectual Property Counsel
           Purdue Pharma L.P.

    Telephone Number:  (203) 588-7639

**Confidential Information**
**Purdue v. Endo**

P 650656