PCT/US 92/10146
.../US    20 JAN 1993

|  |  | 16 |  |
|---|---|---|---|
| Purified Water | q.s° | -- |
| Stearyl Alcohol | 75.0 | 20 |
| Talc | 7.5 | 2 |
| Magnesium Stearate | 3.75 | 1 |
| 5 | Total: | 375.0 | 100 |

*Used in manufacture and remains in final product as
residual quantity only.

The tablets of Example 1 are then tested for dis-
solution via the USP Basket Method, 37°C, 100 RPM, first
10   hour 700 ml gastric fluid at pH 1.2, then changed to 900
ml at 7.5. The results are set forth in Table 2 below:

TABLE 2

Dissolution of Oxycodone 30 mg Controlled Release Tablets

| Time | % Oxycodone Dissolved |
|---|---|
| 1 | 33.1 |
| 2 | 43.5 |
| 4 | 58.2 |
| 8 | 73.2 |
| 12 | 81.8 |
| 18 | 85.8 |
| 24 | 89.2 |

EXAMPLE 2

Controlled Oxycodone HCl 10 mg

Release Tablets - Organic Manufacture

25    The required quantities of oxycodone hydrochloride
and spray dried lactose are transferred into an appro-
priate sized mixer and mix for approximately 6 minutes.
Approximately 40 percent of the required Eudragit® RS PM
30   powder is dispersed in Ethanol. While the powders are
mixing, the powders are granulated with the dispersion
and the mixing continued until a moist granular mass is
formed. Additional ethanol is added if needed to reach
granulation end point. The granulation is transferred to
35   a fluid bed dryer and dried at 30°C; and then passed

PCT/US 02/10146
RO/US      20 JAN 1993

17

through a 12-mesh screen.  The remaining Eudragit® RS PM
is dispersed in a solvent of 90 parts ethanol and 10
parts purified water; and sprayed onto the granules in
the fluid bed granulator/dryer at 30°C.  Next, the granu-
5  late is passed through a 12-mesh screen.  The required
quantity of stearyl alcohol is melted at approximately
60-70°C.  The warm granules are returned to the mixer.
While mixing, the melted stearyl alcohol is added.  The
coated granules are removed from the mixer and allowed to
10  cool.  Thereafter, they are passed through a 12-mesh
screen.

Next, the granulate is lubricated by mixing the
required quantities of talc and magnesium stearate in a
suitable blender.  The granulate is then compressed to
15  125 mg tablets on a suitable tableting machine.

The formula for the tablets of Example 2 (10 mg con-
trolled release oxycodone) is set forth in Table 3 below:

### Table 3
#### Formula of Oxycodone HCl 10 mg Controlled Release Tablets

| Component | Mg/Tablet | Percent (by wt) |
|---|---|---|
| Oxycodone hydrochloride | 10.00 | 8 |
| Lactose (spray-dried) | 71.25 | 57 |
| Eudragit® RS PM | 15.00 | 12 |
| Ethanol | q.s.* | -- |
| Purified Water | q.s.* | -- |
| Stearyl Alcohol | 25.00 | 20 |
| Talc | 2.50 | 2 |
| Magnesium stearate | 1.25 | 1 |
| Total: | 125.00 mg | 100 |

*Used only in the manufacture and remains in final
product as residual quantity only.

The tablets of Example 2 are then tested for dis-
solution via USP Basket Method at 37°C, 100 RPM, first

'912 - 62

PCT/US 92/10146
20 JAN 1993

18

hour 700 ml simulated gastric (pH 1.2) then changed to
900 ml at pH 7.5.

The results are set forth in Table 4 below:

Table 4

Dissolution of Oxycodone 10 mg
Controlled Release Tablets

| Hour | % Dissolved |
|------|-------------|
| 1 | 35.9 |
| 2 | 47.7 |
| 4 | 58.5 |
| 8 | 67.7 |
| 12 | 74.5 |
| 18 | 76.9 |
| 24 | 81.2 |

EXAMPLES 3 - 4

Controlled Release Oxycodone
10 and 20 mg Tablets (Aqueous Manufacture)

Eudragit® RS 30D and Triacetin® are combined while
passing though a 60 mesh screen, and mixed under low
shear for approximately 5 minutes or until a uniform
dispersion is observed.

Next, suitable quantities of Oxycodone HCl, lactose,
and povidone are placed into a fluid bed granulator/dryer
(FBD) bowl, and the suspension sprayed onto the powder in
the fluid bed.  After spraying, the granulation is passed
through a #12 screen if necessary to reduce lumps.  The
dry granulation is placed in a mixer.

In the meantime, the required amount of stearyl
alcohol is melted at a temperature of approximately 70°C.
The melted stearyl alcohol is incorporated into the
granulation while mixing.  The waxed granulation is
transferred to a fluid bed granulator/dryer or trays and
allowed to cool to room temperature or below.  The cooled
granulation is then passed through a #12 screen.  There-

'912 - 63

SUBSTITUTE SHEET

PCT/US 92/10146
20 JAN 1993

19

after, the waxed granulation is placed in a mixer/blender and lubricated with the required amounts of talc and magnesium stearate for approximately 3 minutes, and then the granulate is compressed into 125 mg tablets on a
5  suitable tableting machine.

The formula for the tablets of Example 3 is set forth in Table 5 below:

Table 5
Formula of Controlled Release Oxycodone 10 mg Tablets

| Component | Mg/Tablet | %(by wt) |
|---|---|---|
| Oxycodone Hydrochloride | 10.0 | 8.0 |
| Lactose (spray dried) | 69.25 | 55.4 |
| Povidone | 5.0 | 4.0 |
| Eudragit® RS 30D (solids) | 10.0* | 8.0 |
| Triacetin® | 2.0 | 1.6 |
| Stearyl Alcohol | 25.0 | 20.0 |
| Talc | 2.5 | 2.0 |
| Magnesium Stearate | 1.25 | 1.0 |
| Total: | 125.0 | 100.0 |

20  *Approximately 33.33 mg Eudragit® RS 30D Aqueous dispersion is equivalent to 10 mg of Eudragit® RS 30D dry substance.

The tablets of Example 3 are then tested for dissolution via the USP Basket Method at 37°C, 100 RPM,
25  first hour 700 ml simulated gastric fluid at pH 1.2, then changed to 900 ml at pH 7.5. The results are set forth in Table 6 below:

Table 6
Dissolution of Oxycodone 10 mg
30  Controlled Release Tablets

| Hour | % Oxycodone Dissolved |
|---|---|
| 1 | 38.0 |
| 2 | 47.5 |
| 4 | 62.0 |
| 8 | 79.8 |

35

'912 - 64

MCHUS  02/10146
PTUS    20 JAN 1993

| 20 | |
|---|---|
| 12 | 91.1 |
| 18 | 94.9 |
| 24 | 98.7 |

The formula for the tablets of Example 4 is set
5  forth in Table 7 below:

### Table 7
**Formula of Controlled Release Oxycodone 20 mg Tablets**

| Component | Mg/Tablet |
|---|---|
| Oxycodone Hydrochloride | 20.0 |
| Lactose (spray dried) | 59.25 |
| Povidone | 5.0 |
| Eudragit® RS 30D (solids) | 10.0* |
| Triacetin® | 2.0 |
| Stearyl Alcohol | 25.0 |
| Talc | 2.5 |
| Magnesium Stearate | 1.25 |
| Total: | 125.0 |

The tablets of Example 4 are then tested for
20  dissolution via the USP Basket Method at 37°C, 100 RPM,
first hour 700 ml simulated gastric fluid at pH 1.2, then
changed to 900 ml at pH 7.5.  The results are set forth
in Table 8 below:

### Table 8
**Dissolution of Oxycodone 20 mg Controlled Release Tablets**

| Hour | % Oxycodone Dissolved |
|---|---|
| 1 | 31 |
| 2 | 44 |
| 4 | 57 |
| 8 | 71 |
| 12 | 79 |
| 18 | 86 |
| 24 | 89 |

SUBSTITUTE SHEET

'912 - 65

PCT/US 92/10146
R⌿US    20 JAN 1993

21

### EXAMPLES 5-6

In Example 5, 30 mg controlled release oxycodone hydrochloride tablets are prepared according to the process set forth in Example 1.

5    In Example 6, 10 mg controlled release oxycodone hydrochloride tablets are prepared according to the process set forth in Example 2.

Thereafter, dissolution studies of the tablets of Examples 5 and 6 are conducted at different pH levels,
10    namely, pH 1.3, 4.56, 6.88 and 7.5.

The results are provided in Tables 9 and 10 below:

### Table 9 - Example 5
### Percentage Oxycodone HCl
### 30 mg Tablets Dissolved Over Time

| pH | 1 | 2 | 4 | 8 | 12 | 18 | 24 |
|------|------|------|------|------|------|------|------|
| 1.3 | 29.5 | 43.7 | 61.8 | 78.9 | 91.0 | 97.0 | 97.1 |
| 4.56 | 34.4 | 49.1 | 66.4 | 82.0 | 95.6 | 99.4 | 101.1 |
| 6.88 | 33.8 | 47.1 | 64.4 | 81.9 | 92.8 | 100.5 | 105.0 |
| 7.5 | 27.0 | 38.6 | 53.5 | 70.0 | 81.8 | 89.7 | 96.6 |

### Table 10 - Example 6
### Percentage Oxycodone HCl - 10 mg
### Tablets Dissolved Over Time

| pH | 1 | 2 | 4 | 8 | 12 | 18 | 24 |
|------|------|------|------|------|------|------|------|
| 1.3 | 25.9 | 41.5 | 58.5 | 73.5 | 85.3 | 90.7 | 94.2 |
| 4.56 | 37.8 | 44.2 | 59.4 | 78.6 | 88.2 | 91.2 | 93.7 |
| 6.88 | 34.7 | 45.2 | 60.0 | 75.5 | 81.4 | 90.3 | 93.9 |
| 7.5 | 33.2 | 40.1 | 51.5 | 66.3 | 75.2 | 81.7 | 86.8 |

### EXAMPLES 7-12

In Examples 7-12, 4 mg and 10 mg oxycodone HCl tablets were prepared according to the formulations and methods set forth in the assignee's U.S. Patent No.
35    4,990,341.

'912 - 66

PCT/US 92/10146
nU/US    20 JAN 1993

22

In Example 7, oxycodone hydrochloride (10.00 gm) was
wet granulated with lactose monohydrate (417.5 gm) and
hydroxyethyl cellulose (100.00 gm), and the granules were
sieved through a 12 mesh screen. The granules were then
5   dried in a fluid bed dryer at 50° C and sieved through a
16 mesh screen.

Molten cetostearyl alcohol (300.0 gm) was added to
the warmed oxycodone containing granules, and the whole
was mixed thoroughly. The mixture was allowed to cool in
10  the air, regranulated and sieved through a 16 mesh
screen.

Purified Talc (15.0 gm) and magnesium stearate (7.5
gm) were then added and mixed with the granules. The
granules were then compressed into tablets.

15   Example 8 is prepared in the same manner as Example
7; however, the formulation includes 10 mg oxycodone
HCl/tablet. The formulas for Examples 7 and 8 are set
forth in Tables 11 and 12, respectively.

20               Table 11
Formulation of Example 7

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 4.0 | 10.0 |
| Lactose monohydrate | 167.0 | 417.5 |
| Hydroxyethylcellulose | 40.0 | 100.0 |
| Cetostearyl alcohol | 120.0 | 300.0 |
| Purified talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

30               Table 12
Formulation of Example 8

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 10.0 | 25.0 |
| Lactose monohydrate | 167.0 | 417.5 |
| Hydroxyethylcellulose | 40.0 | 100.0 |

SUBSTITUTE SHEET

'912 - 67

PCT/US 92/10146
RO/US    20 JAN 1993

23

| | | |
|---|---|---|
| Cetostearyl alcohol | 120.0 | 300.0 |
| Talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

In Example 9, 4 mg oxycodone HCl controlled release
tablets are prepared according to the excipient formula
cited in Example 2 of U.S. Patent No. 4,990,341.  The
method of manufacture is the same as set forth in Examp-
les 7 and 8 above.  Example 10 is prepared according to
Example 9, except that 10 mg oxycodone HCl is included
per tablet.  The formulas for Examples 9 and 10 are set
forth in Tables 13 and 14, respectively.

### Table 13
### Formulation of Example 9

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 4.0 | 10.0 |
| Anhydrous Lactose | 167.0 | 417.5 |
| Hydroxyethylcellulose | 30.0 | 75.0 |
| Cetostearyl alcohol | 90.0 | 225.0 |
| Talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

### Table 14
### Formulation of Example 14

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 10.0 | 25.0 |
| Hydrous lactose | 167.0 | 417.5 |
| Hydroxyethylcellulose | 30.0 | 75.0 |
| Cetostearyl alcohol | 90.0 | 225.0 |
| Talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

In Example 11, oxycodone 4 mg controlled release
tablets are prepared with the same excipient formula
cited in Example 3 of U.S. patent No. 4,990,341.

'912 - 68

PCT/US 92/10146
.0/US    20 JAN 199

26

Oxycodone hydrochloride (32.0 gm) was wet granulated with lactose monohydrate (240.0 gm) hydroxyethyl cellulose (80.0 gm) and methacrylic acid copolymer (240.0 gm, Eudragit® L-100-55), and the granules were sieved through 5 a 12 mesh screen.  The granules were then dried in a Fluid Bed Dryer at 50° C and passed through a 16 mesh screen.

The warmed oxycodone containing granules was added molten cetostearyl alcohol (240.0 gm), and the whole was 10 mixed thoroughly.  The mixture was allowed to cool in the air, regranulated and sieved through a 16 mesh screen. The granules were then compressed into tablets.

Example 12 is prepared in identical fashion to Example 11, except that 10 mg oxycodone HCl is included 15 per tablet.  The formulations for Examples 11 and 12 are set forth in Tables 15 and 16, respectively.

### Table 15
#### Formulation of Example 11

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 4.0 | 32.0 |
| Lactose monohydrate | 30.0 | 240.5 |
| Hydroxyethylcellulose | 10.0 | 80.0 |
| Methacrylic acid copolymer | 30.0 | 240.0 |
| Cetostearyl alcohol | 30.0 | 240.0 |

### Table 16
#### Formulation of Example 12

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 10.0 | 80.0 |
| Lactose monohydrate | 30.0 | 240.5 |
| Hydroxyethylcellulose | 10.0 | 80.0 |
| Methacrylic acid copolymer | 30.0 | 240.0 |
| Cetostearyl alcohol | 30.0 | 240.0 |

'912 - 69

PCT/US 92/10146
..0/US    20 JAN 1993

25

Next, dissolution studies were conducted on the
tablets of Examples 7-12 using the USP basket method as
described in the U.S. Pharmacopoeia XXII (1990).  The
speed was 100 rpm, the medium was simulated gastric fluid
for the first hour followed by simulated intestinal fluid
thereafter, at a temperature of 37° C.  Results are given
in Table 17.

### TABLE 17
### DISSOLUTION STUDIES OF EXAMPLES 7-12

| Time |  | % Oxycodone Dissolved |  |  |  |  |
|---|---|---|---|---|---|---|
| (hrs) | Ex. 7 | Ex. 8 | Ex. 9 | Ex. 10 | Ex. 11 | Ex. 12 |
| 1 | 23.3 | 25.5 | 28.1 | 29.3 | 31.3 | 40.9 |
| 2 | 35.6 | 37.5 | 41.5 | 43.2 | 44.9 | 55.6 |
| 4 | 52.9 | 56.4 | 61.2 | 63.6 | 62.1 | 74.2 |
| 8 | 75.3 | 79.2 | 83.7 | 88.0 | 82.0 | 93.9 |
| 12 | 90.7 | 94.5 | 95.2 | 100.0 | 91.4 | 100.0 |

### EXAMPLES 13-16
### Clinical Studies

In Examples 13-16, randomized crossover bioavail-
ability studies were conducted employing the formulation
of Examples 2 (organic manufacture) and 3 (aqueous
manufacture).

In Example 13, a single dose fast/fed study was
conducted on 24 subjects with oxycodone tablets prepared
according to Example 3.

In Example 14, a steady-state study was conducted on
23 subjects after 12 hours with oxycodone tablets pre-
pared according to Example 2, and compared to a 5 mg
oxycodone immediate-release solution.

In Example 15, a single dose study was conducted on
22 subjects using oxycodone tablets prepared according to
Example 3, and compared to a 20 mg oxycodone immediate
release solution.

PCT/US 92/10146
RO/US    20 JAN 1993

26

In Example 16, a 12 subject single-dose study was conducted using 3 x 10 mg oxycodone tablets prepared according to Example 3, and compared to a 30 mg oxycodone immediate release solution.

5        The results of Examples 13—16 are set forth in Table 18.

### Table 18

| Example | Dosage | AUC ng/ml/hr | Cmax ng/ml | Tmax hr |
|---------|--------|-------------|-----------|--------|
| 13 | 10 mg CR Fast | 63 | 6.1 | 3.8 |
|    | 10 mg CR Fed | 68 | 7.1 | 3.6 |
| 14 | 5 mg IR q6h | 121 | 17 | 1.2 |
|    | 10 mg CR q12h | 130 | 17 | 3.2 |
| 15 | 20 mg IR | 188 | 40 | 1.4 |
|    | 2 x 10 mg CR | 197 | 18 | 2.6 |
| 16 | 30 mg IR | 306 | 53 | 1.2 |
|    | 3 x 10 mg CR | 350 | 35 | 2.6 |
|    | 30 mg CR | 352 | 36 | 2.9 |

IR denotes immediate-release oxycodone solution.

20  CR denotes controlled-release tablets

### EXAMPLE 17
### CLINICAL STUDIES

In Example 17, a single dose, double blind, random-
25  ized study determined the relative analgesic efficacy, the acceptability, and relative duration of action of an oral administration of controlled release oxycodone 10, 20 and 30 mg prepared according to the present invention (CR OXY) compared to immediate release oxycodone 15 mg
30  (IR OXY), immediate release oxycodone 10 mg in combina- tion with acetaminophen 650 mg (IR OXY/APAP) and placebo in 180 patients with moderate or severe pain following abdominal or gynecological surgery. Patients rated their pain intensity and pain relief hourly for up to 12 hours
35  postdosing. Treatments were compared using standard

SUBSTITUTE SHEET

'912 - 71

PCI/US   92-/10146
SUS     20 JAN 1993

27

scales for pain intensity and relief, and onset and
duration of pain relief.

All active treatments were significantly superior to
placebo for many of the hourly measures, and for sum pain
5  intensity differences (SPID) and total pain relief
(TOTPAR). A dose response was seen among the 3 dose
levels of CR OXY for pain relief and peak pain intensity
difference (PID), with CR OXY 20mg and 30 mg being
significantly better than the 10 mg dose. IR OXY was
10 significantly superior to CR OXY 10 mg at hr 1 and 2. IR
OXY/APAP was significantly superior to the 3 doses of CR
OXY at hr 1, and to CR OXY 10 mg at hrs 2 through 5.
Onset time was significantly shorter for the IR OXY and
IR OXY/APAP treatment groups in comparison to the 3 CR
15 OXY treatments. The distribution functions for duration
of relief revealed significantly longer duration of
relief for the three CR OXY doses than for IR OXY and IR
OXY/APAP. No serious adverse experiences were reported.
The results are more particularly reported in Table 19
20 below.

TABLE 19
PATIENT DISPOSITION
TREATMENT GROUP

| | IR OXY | | -----CR OXY------ | | | 2 PERC* | TOTAL |
|---|---|---|---|---|---|---|---|
| | 15mg | PLACEBO | 10mg | 20mg | 30mg | | |
| Enrolled and Randomized to Study Treatment | 31 | 31 | 30 | 30 | 30 | 30 | 182 |
| Entered the Study Treatment Phase | 31 | 31 | 30 | 30 | 30 | 30 | 182 |
| Completed the Study | 31 | 30 | 30 | 30 | 30 | 30 | 181 |

SUBSTITUTE SHEET

'912 - 72

PCT/US 92/10146
RO/US  20 JAN 1993

28

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Discontinued from the Study | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Excluded from Efficacy Analysis -Vomited prior to 1 hr post dose | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| -Inadvertently received rescue during study | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Analysis Population: -Evaluable for Safety and Efficacy | 30 | 30 | 30 | 30 | 30 | 30 | 180 |
| -Evaluable for Safety | 31 | 31 | 30 | 30 | 30 | 30 | 182 |

* 2 tablets of Percocet®

The time-effect curves for pain intensity, pain intensity differences and pain relief are shown in Figures 1-4. CR OXY 10 mg had significantly ($p < .05$) lower pain intensity scores than the placebo-treated patients at hours 3-11 and lower pain scores than IR OXY 15 mg and Percocet® at hour 10. CR OXY 20 mg has significantly ($p < .05$) lower pain intensity scores compared to placebo at hours 2 - 11 and significantly ($p < .05$) lower pain scores than CR OXY 10 mg, IR OXY 15 mg and Percocet at hours 9-11. CR OXY 30 mg had significantly ($p < .05$) lower pain scores than placebo at hours 2-11 and lower pain scores than CR OXY 10 mg at hours 2, 3, and 5 and lower scores than Percocet® at hour 10.

For hourly pain relief scores categorical and visual analog scales (CAT and VAS), CR OXY 10 mg had significantly ($p < .05$) higher pain relief scores than placebo at hours 3-11 and higher relief scores than IR OXY and Percocet® at hour 10 (and Percocet® at hour 11). CR OXY

PCT/US 92/10146
RO/US    20 JAN 1993

29

20 mg had significantly (p < .05) higher relief scores
than placebo at hours 2-12 and higher relief scores than
Percocet® at hours 9-12. In addition, CR OXY had sig-
nificantly (p < .05) higher pain relief than IR OXY at
5   hours 10-12. CR OXY 30 mg had significantly (p < .05)
higher pain relief scores than placebo at hours 2-12 and
higher scores than Percocet® at hours 9-12 and IR OXY 15
mg at hour 10.

        Each treatment group was significantly (p < .05)
10  better than placebo with respect to the sum of the pain
intensity differences (SPID) and total pain relief
(TOTPAR).

        Duration of pain relief as measured by the patient
stopwatch method showed that CR OXY 10 mg, 20 mg and 30
15  mg had significantly (p < .05) longer duration of action
compared to IR OXY 15 mg and 2 tablets Percocet®. In
addition, the three controlled-release formulations had
significantly (p < .05) longer times to remediation
compared to Percocet®.

20      Before remediation, a total of 104 (57%) of
patients reported 120 adverse experiences. The most
common were somnolence, fever, dizziness and headache.

        Based upon the results of this study it is concluded
that the controlled release oxycodone formulations of the
25  present invention relieve moderate to severe post-
operative pain, e.g., due to abdominal or gynecological
surgery in women. There is a dose response noted in
which placebo < 10 mg < 20 mg < 30 mg CR OXY following a
single dose. Onset of action occurred in one hour with
30  peak effects noted from 2 to 5 hours and a duration of
effect from 10 to 12 hours. In the chronic pain situa-
tion steady state dosing may prolong this effect. Side
effects are expected and easily managed. Headache may be
related to dose. Dizziness and somnolence were reported.

'912 - 74

PCT/US 92/10146
RO/US        2 0 JAN 1993

30

IR OXY 15 mg has an intermediate peak effect compared to controlled release oxycodone. Its duration of action is shorter (6-8 hours). Percocet® is quite effective in terms of onset, peak effect and safety. The

5  duration of action is 6-8 hours.

In summary, CR OXY was clearly an effective oral analgesic, with a slower onset but a longer duration of effect than either IR OXY or IR OXY/APAP.

10                    EXAMPLE 18
                  CLINICAL STUDIES

. In Example 18, a steady state crossover trial was conducted in 21 normal male subjects comparing
        a.   CR OXY 10 mg administered every 12 hours

15  (q12h); and
        b.   Roxicodone® oral solution 5 mg (ROX)
administered every 6 hours (q6h),

Treatment (b) was the study reference standard. The average age was 34 years, height 176 cm and weight 75 kg.

20  No unusual features were noted about the group.

Figure 5 shows the mean plasma oxycodone concentrations for the two formulations over the 12 hour dosing interval. The results are summarized in Table 18 in terms of mean values, ratios of mean values and 90%

25  confidence intervals.

As inspection of Table 18 reveals, with one exception, no significant differences were detected between the two formulations. The single exception is the mean $t_{max}$ for CR OXY of 3.18 hours which, as expected for a

30  controlled release formulation, significantly exceeded the ROX mean of 1.38 hours. Mean AUC-based bioavailability, (ROX = 100%) was 104.4% with 90% confidence limits of 90.9 to 117.9%. Thus, the FDA specification of ±20% is met so that the study results support an

35  assertion of equal oxycodone availability.

PTAUS 92/10146

20 JAN 1993

31

TABLE 20

SUMMARY OF PHARMACOKINETIC PARAMETERS FOR OXYCODONE
FOLLOWING A SINGLE DOSE OF CR OXY (10mg q12H)
AND ROXICODONE® ORAL SOLUTION (5mg q6h)

| PARAMETER | CR OXY | ROXICODONE SOLUTION | OXY/ROXI (%) | 90% CI° |
|---|---|---|---|---|
| $C_{max}$ (ng/mL) | | | | |
| ARITH.MEAN(SD) | 15.11(4.69) | 15.57(4.41) | 97.08 | 85.59-108.50 |
| GEOMETRIC MEAN | 14.43 | 15.01 | 95.14 | |
| $C_{min}$ (ng/mL) | | | | |
| ARITH.MEAN(SD) | 6.24(2.64) | 6.47(3.07) | 96.41 | 80.15-112.74 |
| GEOMETRIC MEAN | 5.62 | 5.83 | 96.48 | |
| $t_{max}$ (hrs) | | | | |
| ARITH.MEAN (SD) | 3.18(2.21) | 1.38(0.71)* | 230.17 | 160.71-298.71 |
| AUC(0-12 hrs) | | | | |
| ARITH. MEAN(SD) | 103.50(40.03) | 99.10(35.04) | 104.44 | 90.92-117.94 |
| GEOMETRIC MEAN | 97.06 | 93.97 | 103.29 | |
| %Swing | | | | |
| ARITH.MEAN (SD) | 176.36(139.0) | 179.0(124.25) | 98.53 | 62.06-134.92 |
| %Fluctuation | | | | |
| ARITH. MEAN(SD) | 108.69(38.77) | 117.75 (52.47) | 92.22 | 76.81-107.57 |
| End Point | | | | |
| ARITH. MEAN(SD) | -1.86(2.78) | -1.86(2.19) | 99.97 | 117.77-22.23 |

°90% Confidence Interval
--Significant Difference p < 0.05

EXAMPLE 19

CLINICAL STUDIES

In Example 19, twenty-four normal, healthy male sub-
jects were enrolled in a randomized single-dose two-way
crossover study to compare the plasma oxycodone concen-
trations obtained after dosing with two controlled-
release oxycodone 10 mg tablets versus 20 mg (20 ml of 5
mg/5 ml) of immediate release (IR) oxycodone hydro-
chloride solution. Twenty-three subjects completed the
study and were eligible for analysis.

PCT/US 92/10146

..0/US    20 JAN 1993

32

Plasma oxycodone concentrations were determined by a
high performance liquid chromatographic procedure. Arith-
metic Mean $C_{max}$, $t_{max}$, AUC, and half-lives calculated from
individual plasma oxycodone concentration-versus-time
5    data are set forth in Table 21:

### TABLE 21

| Pharmaco-kinetic Parameter | Reference Product IR Oxycodone 20 mg | Test Product CR Oxycodone 2 x 10 mg | F. (%) | 90% Confidence Interval |
|---|---|---|---|---|
| $C_{max}$ (ng/ml) | 41.60 | 18.62 | 44.75 | 32.5-57.0 |
| $t_{max}$ (hours) | 1.30 | 2.62 | 200.83 | 169.8-232.6 |
| AUC (0-36) (mg x hr/ml) | 194.35 | 199.62 | 102.71 | 89.5-115.9 |
| AUC (0-∞) (ng x hr/ml) | 194.38 | 208.93 | 107.49 | 92.9-121.9 |
| $t_{\frac{1}{2}(elim)}$ (hrs) | 3.21 | 7.98* | 249.15 | 219.0-278.8 |
| $t_{\frac{1}{2}(abs)}$ (hrs) | 0.35 | 0.92* | 264.17 | 216.0-310.7 |

F. % = Oral bioavailability
(CR oxycodone 2 x 10 mg/IR oxycodone 20 mg)
40    *Statistically significant (p = 0.0001)

For $C_{max}$, $t_{max}$, $t_{\frac{1}{2}(elim)}$ and $t_{\frac{1}{2}(abs)}$ there were
statistically significant differences between the CR OXY
and IR OXY. There were no statistically significant
45  differences between the two treatments in the extent of
absorption [AUC (0,36), AUC (0,∞). The 90% confidence

SUBSTITUTE SHEET

'912 - 77

PTUS 92/10146
20 JAN 1993

33,

interval for CR OXY relative to IR OXY relative was 89.5%
- 115.9% for AUC (0,36) and 92.9% - 121.9% for AUC (0,∞).
Based on the 90% confidence interval analysis, the
controlled-release oxycodone tablets were equivalent in

5   extent of absorption (AUC 0,36) to the immediate-release
oxycodone solution.  The controlled-release oxycodone
absorption was slower by approximately 1.3 hours.  No
statistically significant differences were noted between
the two treatments with reference to adverse experiences,

10  none of which were considered clinically unusual for
opiates for this type of study.

    The above studies demonstrate a significant
dose-response relationship utilizing the controlled
release oxycodone formulations of the present invention

15  at dosages of 10, 20 and 30 mg which does not deviate
from parallelism with dose-response slopes for MS Contin
in similarly designed well-controlled analgesic efficacy
studies of MS Contin reported by Kaiko R.S., Van Wagoner
D., Brown J., et al., "Controlled-Release Oral Morphine

20  (MS Contin® Tablets, MSC) in Postoperative Pain.", Pain
Suppl., 5:S149 1990, who compared 30, 60, 90, and 120 mg
of MS Contin as compared with 10 mg of intramuscular
morphine and placebo and Bloomfield, et al., "Analgesic
Efficacy and Potency of Two Oral Controlled-Release Mor-

25  phine Preparations", Clinical Pharmacology & Therapeu-
tics, (in press), who compared 30 and 90 mg of MS Contin
as compared to 30 and 90 mg of another controlled-release
oral morphine preparation, Oramorph SR 30 mg tablets.

    The examples provided above are not meant to be

30  exclusive.  Many other variations of the present
invention would be obvious to those skilled in the art,
and are contemplated to be within the scope of the
appended claims.

SUBSTITUTE SHEET

PTUS 92/10146
hUS        20 JAN 1993

34

<u>WHAT IS CLAIMED IS:</u>

1.  A method for substantially reducing the range
in daily dosages required to control pain in human
patients, comprising administering an oral controlled
release dosage formulation comprising from about 10 to
5   about 40 mg oxycodone or a salt thereof which provides a
mean maximum plasma concentration of oxycodone from about
6 to about 60 ng/ml from a mean of about 2 to about 4.5
hours after administration, and a mean minimum plasma
10  concentration from about 3 to about 30 ng/ml from a mean
of about 10 to about 14 hours after repeated administra-
tion every 12 hours through steady-state conditions.

2.  A method for substantially reducing the range
15  in daily dosages required to control pain in substanti-
ally all human patients, comprising administering an oral
solid controlled release dosage formulation comprising
from about 10 mg to about 160 mg oxycodone or a salt
thereof which provides a mean maximum plasma concentra-
20  tion of oxycodone up to about 240 ng/ml from a mean of up
to about 2 to about 4.5 hours after administration, and a
mean minimum plasma concentration up to about 120 ng/ml
from a mean of about 10 to about 14 hours after repeated
administration every 12 hours through steady-state
25  conditions.

3.  A controlled release oxycodone formulation for
oral administration to human patients, comprising from
about 10 to about 40 mg oxycodone or a salt thereof, said
30  formulation providing a mean maximum plasma concentration
of oxycodone from about 6 to about 60 ng/ml from a mean
of about 2 to about 4.5 hours after administration, and a
mean minimum plasma concentration from about 3 to about
30 ng/ml from a mean of about 10 to about 14 hours after

SUBSTITUTE SHEET

'912 - 79

PCT/US 92/10146

JUS    20 JAN 1993

35

repeated administration every 12 hours through steady-state conditions.

4.    A controlled release oxycodone formulation for oral administration to human patients, comprising from about 10 mg to about 160 mg oxycodone or a salt thereof, said formulation providing a mean maximum plasma concentration of oxycodone from about 6 to about 240 ng/ml from a mean of about 2 to about 4.5 hours after administration, and a mean minimum plasma concentration from about 3 to about 120 ng/ml from a mean of about 10 to about 14 hours after repeated administration every 12 hours through steady-state conditions.

5.    A solid controlled release oral dosage form, comprising
        (a)   oxycodone or a salt thereof in an amount from about 10 to about 160 mg;
        (b)   an effective amount of a controlled release matrix selected from the group consisting of hydrophilic polymers, hydrophobic polymers, digestible substituted or unsubstituted hydrocarbons having from about 8 to about 50 carbon atoms, polyalkylene glycols, and mixtures of any of the foregoing; and
        (c)   a suitable amount of a suitable pharmaceutical diluent, wherein said composition provides a mean maximum plasma concentration of oxycodone from about 6 to about 240 ng/ml from a mean of about 2 to about 4.5 hours after administration, and a mean minimum plasma concentration from about 3 to about 120 ng/ml from a mean of about 10 to about 14 hours after repeated administration every 12 hours through steady-state conditions.

'912 - 80

PCT/US 92/10146
..J/US    20 JAN 1993

36

6.   The controlled release composition of claim 5, wherein said controlled release matrix comprises an acrylic resin.

5       7.   A solid controlled release oral dosage form, comprising
        (a)  an analgesically effective amount of spheroids comprising oxycodone or a salt thereof and either a spheronising agent or an acrylic polymer or
10  copolymer, such that the total dosage of oxycodone in said dosage form is from about 10 to about 160 mg;
        (b)  a film coating which controls the release of the oxycodone or oxycodone salt at a controlled rate in an aqueous medium, wherein said composition provides
15  an in vitro dissolution rate of the dosage form;
        said composition providing a mean maximum plasma concentration of oxycodone from about 6 to about 240 ng/ml from a mean of about 2 to about 4.5 hours after administration, and a mean minimum plasma concentration
20  from about 3 to about 30 ng/ml from a mean of about 10 to about 14 hours after repeated administration every 12 hours through steady-state conditions.

        8.   The controlled release composition of claim 7,
25  wherein said film coating comprises a water insoluble material selected from the group consisting of shellac or zein, a water insoluble cellulose, or a polymethacrylate.

        9.   A controlled release tablet for oral adminis-
30  tration comprising from about 10 to about 160 mg oxy-codone or an oxycodone salt dispersed in a controlled release matrix, said tablet providing an in-vitro dissolution of the dosage form, when measured by the USP Paddle Method at 100 rpm at 900 ml aqueous buffer (pH
35  between 1.6 and 7.2) at 37° C, between 12.5% and 42.5%

SUBSTITUTE SHEET

'912 - 81

CTAS  92/10146
OTUS   20 JAN 1993

37

(by wt) oxycodone released after 1 hour, between 25% and
55% (by wt) oxycodone released after 2 hours, between 45%
and 75% (by wt) oxycodone released after 4 hours and
between 55% and 85% (by wt) oxycodone released after 6

5    hours, the in vitro release rate being substantially
independent of pH and chosen such that a mean maximum
plasma concentration of oxycodone from about 6 to about
240 ng/ml is obtained in vivo from a mean of about 2 to
about 4.5 hours after administration of the dosage form,

10   and a mean minimum plasma concentration from about 3 to
about 30 ng/ml from a mean of about 10 to about 14 hours
after repeated administration every 12 hours through
steady-state conditions.

15       10.  A dosage form according to claim 9, wherein the
in vitro dissolution rate is between 17.5% and 38% (by
wt) oxycodone released after 1 hour, between 30% and 50%
(by wt) oxycodone released after 2 hours, between 50% and
70% (by wt) oxycodone released after 4 hours and between

20   60% and 80% (by wt) oxycodone released after 6 hours.

         11.  A dosage form according to claim 9, wherein the
in vitro dissolution rate is between 17.5% and 32.5% (by
wt) oxycodone released after 1 hour,  between 35% and 45%

25   (by wt) oxycodone released after 2 hours, between 55% and
65% (by wt) oxycodone released after 4 hours and between
65% and 75% (by wt) oxycodone released after 6 hours.

'912 - 82

CPUS 92/10146
nOPUS'    20 JAN 1992

38

## ABSTRACT OF THE DISCLOSURE

A method for substantially reducing the range in
daily dosages required to control pain in approximately
90% of patients is disclosed whereby an oral solid

5   controlled release dosage formulation having from about
10 to about 40 mg of oxycodone or a salt thereof is
administered to a patient.  The formulation provides a
mean maximum plasma concentration of oxycodone from about
6 to about 60 ng/ml from a mean of about 2 to about 4.5

10  hours after administration, and a mean minimum plasma
concentration from about 3 to about 30 ng/ml from about
10 to about 14 hours after repeated "q12h" (i.e., every
12 hour) administration through steady-state conditions.
Another embodiment is directed to a method for substan-

15  tially reducing the range in daily dosages required to
control pain in substantially all patients by adminis-
tering an oral solid controlled release dosage formu-
lation comprising up to about 160 mg of oxycodone or a
salt thereof, such that a mean maximum plasma concen-

20  tration of oxycodone up to about 240 ng/ml from a mean of
up to about 2 to about 4.5 hours after administration,
and a mean minimum plasma concentration up to about 120
ng/ml from about 10 to about 14 hours after repeated
"q12h" (i.e., every 12 hour) administration through

25  steady-state conditions are achieved.  Controlled release
oxycodone formulations for achieving the above are also
disclosed.

PCT/US 92/-10146
.07US.    20 JAN 1993

92-515

PATENT COOPERATION TREATY
APPOINTMENT OF AGENT OR COMMON REPRESENTATIVE

The undersigned applicant hereby appoints as agents:
  Clifford M. Davidson,  Harold D. Steinberg,
  Martin G. Raskin, and Brian Roffe of
      STEINBERG & RASKIN
      1140 Avenue of the Americas
      New York, N.Y. USA  10036
to act on its behalf before the competent International
Authorities in connection with the following international
application:
TITLE:    CONTROLLED RELEASE OXYCODONE COMPOSITIONS
INTERNATIONAL APPLICATION NO.: PCT/US92/10146
INTERNATIONAL FILING DATE    : November 25, 1992
filed with the United States Receiving Office and to receive
payments on its behalf.
APPLICANT:    Euroceltique S.A.
        15 East 62nd Street
        New York, New York 10021
        Unites States of America


INVENTOR/
APPLICANT:  Benjamin OSHLACK
ADDRESS:    351 East 84th Street, New York, New York 10028

SIGNATURE:  _Benjamin Ohlenh_
DATE:       _January 6ᵗʰ 1993_


INVENTOR/
APPLICANT:  Mark CHASIN
ADDRESS:    3 Wayne Court, Manalpan, New Jersey 07726

SIGNATURE:  _Mark Chasin_
DATE:       _January 6, 1993_


'912 - 84

PCT/US  92/10146
..J/US        20 JAN 1993

INVENTOR/
APPLICANT:    John Joseph MINOGUE
ADDRESS:      4 Woodside Drive, New City, New York 10956

SIGNATURE:    _John Joseph Minogue_
DATE:         01-8/6/3

INVENTOR/
APPLICANT:    Robert KAIKO
ADDRESS:      10 Norfield Woods Rd., Weston, Connecticut 06883

SIGNATURE:    _Robert Kaiko_
DATE:         1/12/93

DPF3\92515\PTO\92515POA.J6

'912 - 85

08/081302

FORM PTO-1595
1-31-92

**RECORDATION FORM COVER SHEET**
**PATENTS ONLY**

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

39 Rec'd PCT/PTO ▼ 1 8 JUN '93

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies): A/O |
|---|---|
| Benjamin OSHLACK, Mark CHASIN, John Joseph MINOGUE, and Robert Francis KAIKO | Name: EUROCELTIQUE, S.A. |
| Additional name(s) of conveying party(ies) attached? ☐ yes ☒ no | Internal Address: _____ |

3. Nature of Conveyance:

☒ Assignment          ☐ Merger
☐ Security Agreement  ☐ Change of Name
☐ Other _____

Execution Date: May 14, 1993

Street Address: 122 Boulevard de la Petrusse

City Luxembourg  State ____  ZIP ____

Additional name(s) & address(es) attached? ☐ Yes ☒ No

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is: May 14, 1993

A. Patent Application No.(s) | B. Patent No.(s)

Additional numbers attached? ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: ☐ 1 |
|---|---|
| Name: Steinberg & Raskin | 7. Total fee (37 CFR 3.41): $ 40.00 |
| Internal Address: 93-311 | ☒ Enclosed |
| | ☐ Authorized to be changed to deposit account |
| Street Address: 1140 Avenue of the Americas | 8. Deposit account number: |
| City: New York  State: NY  ZIP 10036 | (Attach duplicate copy of this page if paying by deposit account) |

DO NOT USE THIS SPACE

9. Statement and signature.

To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Harold D. Steinberg          _[signature]_          June 18, 1993
Name of Person Signing       Signature              Date
090 BA 07/20/93 0B081302     1 SH    Total number of pages comprising cover sheet: ____

OMB No. 0651-0011 (exp. 4/94)

Do not detach this portion

93395390

Mail documents to be recorded with required cover sheet information to:

Commissioner of Patents and Trademarks
Box Assignments
Washington, D.C. 20231

Public burden reporting for this sample cover sheet is estimated to average about 30 minutes per document to be recorded, including time for reviewing the document and gathering the data needed, and completing and reviewing the sample cover sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Office of Information Systems, PK2-1000C, Washington, D.C. 20231, and to the Office of Management and Budget, Paperwork Reduction Project, (0651-0011), Washington, D.C. 20503

'912 - 86

93-311

# Assignment of Application for Patent

**Whereas,** Benjamin OSHLACK, Mark CHASIN, John Joseph MINOGUE and
Robert Francis Kaiko, respectively

of 351 East 84th St., New York, NY 10028, 1 Wayne Court, Manalpan, NJ 07726,
33 B Tanglewood Dr.-2B South, Vernon, NJ 07462, ve invented certain new and useful
and 10 Norfield Woods Rd., Weston, CT 06883

improvements in  Controlled Release Oxycodone Compositions
                                    *(Title of Invention)*

for which  they are about to make                                    application for
            *(He has made—or is about to make.)*

Letters Patent of the United States of America:

**And Whereas,** EUROCELTIQUE, S.A.

of  122 Boulevard de la Petrusse, Luxembourg

_____, desirous of acquiring an interest therein and in the

Letters Patent to be obtained therefor from the United States;

**Now Therefore,** be it known by all whom it may concern, that for and in considera-
tion of  one                            Dollars ($ 1.00            )

and other valuable consideration to  us            in hand paid, the receipt of which is hereby

acknowledged  we      have assigned, sold, and set over, and by these presents do assign, sell,
and set over unto the said  EUROCELTIQUE, S.A.

~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~

† for the territory of the United States of America, and for all foreign countries
●   all            right, title, and interest in and to the said invention, as fully set forth and
described in the specification prepared and executed by  us on  May 14          19 93

filed                        19___, serial No.                          , preparatory to

obtaining Letters Patent therefor; said invention, application and Letters Patent to be held and

enjoyed by the said  EUROCELTIQUE, S.A.

for  its   own use and behoof, ~~and for~~

to the full end of the term for which said Letters Patent are granted, as fully and entirely as the same

would have been held by  us      had this assignment and sale not been made.

RECORDED
PATENT & TRADEMARK OFFICE

JUN 18 93

Benjamin OSHLACK                    Mark CHASIN
                                    *(Inventor's full signature.)*

John Joseph MINOGUE                Robert Francis KAIKO

† Either one of these lines MUST be cancelled.
● State whether the full and exclusive right, or what part of the whole interest is assigned.

Dated:  16th May 1993

6717

0690

'912 - 87

PRINT DRAWINGS
AS ORIGINALLY FILED

U87081302



FIG. 1

PRINT OF DRAWINGS
AS OF. NALLY FILED

US7081302



FIG.2

'912 - 89

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/081302



FIG. 3

'912 - 90



FIG. 4



08/081302



'912 - 92

93-311

### UNITED STATES PATENT AND TRADEMARK OFFICE

Re:    Application of:        Benjamin OSHLACK et al.

    Serial No.:        Not Yet Known

    Filed:        Simultaneously

    For:        CONTROLLED RELEASE OXYCODONE
               COMPOSITIONS

### LETTER RE: PRIORITY

Hon. Commissioner of Patents and Trademarks            June 18, 1993

Washington, D.C. 20231

Sir:

    Applicants hereby claim, through International Application No. PCT/US92/10146

filed November 25, 1992, the priority of United States Patent Application Serial No.

07/800,549 filed November 27, 1991.

              Respectfully Submitted,

              STEINBERG AND RASKIN

              By:

              Harold D. Steinberg
              Reg. No. 17,255
              (212) 768-3800

"Express Mail" mailing label no. RB 832 223 876 US
Date of Deposit: JUNE 18, 1993
   hereby certify that this correspondence and/or fee is being
deposited with the United States Postal Service "Express Mail Post
Office to Addressee" service under 37 CFR 1.10 on the date
indicated above, in an envelope addressed to: "Commissioner of
Patents and Trademarks, Washington, DC 20231".

STEINBERG & RASKIN

By: Naomi Gabay
da

**'912 - 93**



51 Rec'd PCT/TC    **26 AUG 1993**

#2

93-311

<u>UNITED STATES PATENT AND TRADEMARK OFFICE</u>

Re:  Application of:    Benjamin OSHLACK et al.

Serial No.:    08/081,302

Filed:    June 18, 1993

For:    CONTROLLED RELEASE OXYCODONE
COMPOSITIONS

<u>INFORMATION DISCLOSURE STATEMENT</u>

Hon. Commissioner of
Patents and Trademarks                    August 24, 1993
Washington, D.C. 20231

Sir:

Applicants hereby submit PTO form 1449 which lists references
cited during the prosecution of the priority application, U.S.
Serial No. 07/800,549 filed November 27, 1991.  Copies of the
references are enclosed.

This Information Disclosure Statement is being filed within
three months from the filing date of the present application.
Therefore, no fee is due under 37 C.F.R. §1.17(p).

It is respectfully requested that these references be
considered and made of record.

Respectfully submitted,

STEINBERG & RASKIN

By: _____
Clifford M. Davidson
Reg. No. 32,728

Steinberg & Raskin
1140 Avenue of the Americas
New York, New York  10036
(212) 768-3800

<u>Enclosures</u>
PTO-1449
2 References

I hereby certify that this correspondence and/or fee
is being deposited with the United States Postal
Service as first class mail in an envelope addressed
to "Commissioner of Patents and Trademarks,
Washington, DC 20231" on August 24, 1993.

STEINBERG & RASKIN

BY: _____

'912 - 94

FORM PTO-1449                    U.S. DEPARTMENT OF COMMERCE
REV. 7-80                        PATENT AND TRADEMARK OFFICE

**LIST OF PRIOR ART CITED BY APPLICANT**
*(Use several sheets if necessary)*

| | | Sheet 1 of 1 |
|---|---|---|
| ATTY. DOCKET NO. 93-311 | SERIAL NO. 08/081,302 | |
| APPLICANT Benjamin OSHLACK et al. | | |
| FILING DATE June 18, 1993 | GROUP 1502 | |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| ✓/ps | AA | 4 8 6 1 5 9 8 | 8/89 | Oshlack | 424 | 470 | |
| ✓/p | AB | 4 9 9 0 3 4 1 | 2/91 | Goldie et al. | 424 | 484 | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

## OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| AR | |
| AS | |
| AT | |

| EXAMINER | DATE CONSIDERED 8/9/4 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

USCOMM-DC 80-3885

'912 - 95

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| 08/981,302 | OSHLACK | B | 93-311 | #3 |
| US APPLICATION NO. | | FIRST NAMED APPLICANT | ATTY. DOCKET NO. | |

HAROLD D. STEINBERG
STEINBERG & RASKIN
1140 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036

5621          PCT/US92/10146

INTERNATIONAL APPLICATION NO.

11/25/92    11/27/91
I.A. FILING DATE    PRIORITY DATE

10/04793

DATE MAILED:

## NOTIFICATION OF ACCEPTANCE OF APPLICATION UNDER 35 U.S.C. 371
AND 37 CFR 1.494 OR 1.495

1. The applicant is hereby advised that the United States Patent and Trademark Office in its capacity as
☑ a Designated Office (37 CFR 1.494), ☐ an Elected Office (37 CFR 1.495), has determined
that the above identified international application has met the requirements of 35 U.S.C. 371, and is
ACCEPTED for national patentability examination in the United States Patent and Trademark Office.

2. The United States Application Number assigned to the application is shown above and the relevant
dates are:

JUN 1 8 1993          JUN 1 8 1993
35 U.S.C. 102(e) DATE          DATE OF RECEIPT OF
35 U.S.C. 371 REQUIREMENTS

3. ☐ A request for immediate examination under 35 U.S.C. 371(f) was received on_____
and the application will be examined in turn.

4. The following items have been received:
☑ U.S. Basic National Fee.
☑ Copy of the international application in:
  ☐ a non-English language.
  ☑ English.
☑ Translation of the international application into English.
☑ Oath or Declaration of inventors(s) for DO/EO/US.
☐ Copy of Article 19 amendments. ☐ Translation of Article 19 amendments into English.
  The Article 19 amendments ☐ have ☐ have not been entered.
☐ The International Preliminary Examination Report in English and its Annexes, if any.
☐ Translation of Annexes to the International Preliminary Examination Report into English.
  The Annexes ☐ have ☐ have not been entered.
☑ Preliminary amendment(s) filed _____ AUG 2 6 1993 _____ and _____
☑ Information Disclosure Statement(s) filed AUG 2 6 1993 ____ and _____
☑ Assignment document.
☐ Power of Attorney and /or Change of Address.
☐ Substitute specification filed _____
☐ Verified Statement Claiming Small Entity Status.
☐ Priority Document.
☐ Copy of the Search Report ☐ and copies of the references cited therein.
☐ Other:

A Filing Receipt (PTO-103X) will be issued for the present application in due course.  Once the
Filing Receipt has been received, send all correspondence to the Group Art Unit designated thereon.

Applicant is reminded that any communication to the United States Patent and Trademark Office must be
mailed to the address given in the heading and include the U.S. application no. shown above. (37 CFR 1.5)

Paulette Pickwell
Telephone: (703) 305-3763

FORM PCT/DO/EO/903 (May 1993)

'912 - 96

U.S. Appl. No. 08/081302          **DO/US WORKSHEET**
                                  International Appl No. US90/1014ö

Application filed by: ☑ 20 months    ☐ 30 months

**INTERNATIONAL APPLICATION PAPERS IN THE APPLICATION FILE:**
☑ International application (RECORD COPY)    ☑ Request form PCT/RO/101
☐ Article 19 amendments                      ☐ PCT/IB/302
☐ PCT/IB/331                                 ☐ PCT/ISA/210-Search Report
☐ PCT/IPEA/409 IPER (PCT/IPEA/416 on front)  ☐ Search Report references
☐ Annexes to 409                             ☐ Other _____
☐ Priority document(s) No. _____
☐ INTERNATIONAL APPLICATION ON DOUBLE SIDED PAPER (COPIES MADE)

**RECEIPTS FROM THE APPLICANT:** (other than checked above)
☑ Basic National Fee (paid or authorized to charge)    ☐ Preliminary amendment(s) filed
Translation of international application as filed:
    ☑ Description
    ☐ Claims
    ☐ Words in the drawing figure(s)                ☑ Assignment document
    ☐ Article 19 amendments                         ☐ Power of attorney/Change of address
    ☐ Annexes to 409                                ☐ Substitute specification
☑ Oath / Declaration                                ☐ Verified small status claim
☐ DNA diskette                                      ☐ Other _____

| Notes: |
|---|
| |
| |
| |

| | |
|---|---|
| 35 U.S.C. 371 - Receipt of Request (PTO-1390) | JUN 18 1993 |
| Date acceptable oath / declaration received | ☑ 3 |
| Date complete 35 U.S.C 371 requirements met | JUN 18 1993 |
| 102(e) Date | |
| Date of completion of DO/EO 906 - Notification of Missing 102(e) Requirements | |
| Date of completion of DO/EO 907 - Notification of Acceptance for 102(e) date | |
| Date of completion of DO/EO 911 - Application accepted under 35 U.S.C. 1.11 | |
| Date of completion of DO/EO 905 - Notification of Missing Requirements | |
| Date of completion of DO/EO 916 - Notification of Defective Response | |
| Date of completion of DO/EO 903 - Notification of Acceptance | |
| Date of completion of DO/EO 909 - Notification of Abandonment | |

**WIPO Publication**
Publ. No.
WO/ _____

Publication Date _____

Publication Language _____

Not Published
☐ U.S. only
☐ Designated
☐ EP request

Screening done by: _____

May 1993

**'912 - 97**

DO/EO BIBLIOGRAPHIC DATA ENTRY

SERIAL NUMBER:     08 / 081302          RECEIPT DATE:    06 / 18 / 93
IA NUMBER:  PCT/ US92 / 10146           IA FILING DATE:  11 / 25 / 92
FAMILY NAME:    OSHLACK                  DELAY WAIVED (Y/N):      Y
GIVEN NAME:     BENJAMIN                 DEMAND RECEIVED (Y/N):    N
PRIORITY CLAIMED (Y/N):      Y          PRIORITY DATE:   11 / 27 / 91
NO BASIC FEE (Y/N):          N          US DESIGNATED ONLY (Y/N):    N
ATTORNEY DOCKET NUMBER:   93-311                    COUNTRY:    USX
CORRESPONDENTS NAME/ADDRESS:
HAROLD D. STEINBERG
STEINBERG & RASKIN
1140 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK  10036


APPLICATION TITLES:
CONTROLLED RELEASE OXYCODONE COMPOSITIONS



OK TO UPDATE? (Y OR N)   Y

7014          **PCT GAZETTE - SECTION I**          No. 14/1993

**A61K**



| | |
|---|---|
| (21) Int. Application Number: PCT/US92/10146 | (51) International Patent Classification [5] : |
| (22) Int. Filing Date: 25 November 1992 (25.11.92) | A61K 9/22    **A1** |
| (30) Priority data: | (11) Int. Publication Number: **WO 93/10765** |
| 800,549    27 November 1991 (27.11.91) US | (43) Int. Publication Date: 10 June 1993 (10.06.93) |

(54) Title: CONTROLLED RELEASE OXYCODONE COMPOSITIONS

(71) Applicant (for all designated States except US): EUROCELTIQUE S.A. [US/US]; 15 East 62nd Street, New York, NY 10021 (US).

(72) Inventors; and
(75) Inventors/Applicants (for US only) : OSHLACK, Benjamin [US/US]; 351 East 84th Street, New York, NY 10028 (US). CHASIN, Mark [US/US]; 3 Wayne Court, Manalapan, NJ 07726 (US). MINOGUE, John, Joseph [US/US]; 33 East Grand Street, B-28, Mount Vernon, NY 10552 (US). KAIKO, Robert, Francis [US/US]; 10 Norfield Woods Road, Weston, CT 06883 (US).

(74) Agents: STEINBERG, Harold, D. et al.; Steinberg and Raskin, 1140 Avenue of the Americas, New York, NY 10036 (US).

(81) Designated States: AT, AU, BB, BG, BR, CA, CH, CS, DE, DK, ES, FI, GB, HU, JP, KP, KR, LK, LU, MG, MN, MW, NL, NO, PL, PT, RO, RU, SD, SE, US, European patent (AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, ML, MR, SN, TD, TG).

Published
*With international search report.*

(57) Abstract

    A method for substantially reducing the range in daily dosages required to control pain in approximately 90 % of patients is disclosed whereby an oral solid controlled release dosage formulation having from about 10 to about 40 mg of oxycodone or a salt thereof is administered to a patient. The formulation provides a mean maximum plasma concentration of oxycodone from about 6 to about 60 ng/ml from a mean of about 2 to about 4.5 hours after administration, and a mean minimum plasma concentration from about 3 to about 30 ng/ml from about 10 to about 14 hours after repeated "q12h" (i.e., every 12 hours) administration through steady-state conditions. Another embodiment is directed to a method for substantially reducing the range in daily dosages required to control pain in substantially all patients. The figure is a graph showing the mean plasma oxycodone concentration for a 10 mg controlled release oxycodone formulation prepared in accordance with the present invention and a study reference standard.

---

| | |
|---|---|
| (21) Int. Application Number: PCT/DE92/01008 | (51) International Patent Classification [5] : |
| (22) Int. Filing Date: 4 December 1992 (04.12.92) | A61K 9/51, 31/19, 9/10    **A1** |
| (30) Priority data: | (11) Int. Publication Number: **WO 93/10766** |
| P 41 40 184.0    5 December 1991 (05.12.91) DE | (43) Int. Publication Date: 10 June 1993 (10.06.93) |

(54) Title: IMMEDIATE-EFFECT FLURBIPROFEN-CONTAINING MEDICAMENT AND ITS USE

(71) Applicants (for all designated States except US): ALFATEC-PHARMA GMBH [DE/DE]; Im Neuenheimer Feld 519, D-6900 Heidelberg (DE). FAZ ARZNEIMITTELENTWICKLUNGSGESELLSCHAFT MBH [DE/DE]; In der Schäferwacht 13, D-6230 Frankfurt/Main 80 (DE).

(72) Inventors; and
(75) Inventors/Applicants (for US only) : WUNDERLICH, Jens-Christian [DE/DE]; Bothestraße 12, D-6900 Heidelberg (DE). SCHUSTER, Otto [DE/DE]; Kelkheimerstraße 69, D-6232 Bad Soden (DE). LUKAS, Helmut [DE/DE]; Taxusstraße 30, D-6078 Neu-Isenburg [DE/DE]. SCHICK, Ursula [DE/DE]; Staudenholzstraße 6, D-6908 Wiesloch (DE).

(74) Agent: KUHNEN, WACKER & PARTNER; Alois-Steinecker-Str. 22, Postfach 1553, D-8050 Freising (DE).

(81) Designated States: AU, CA, JP, US, European patent (AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE).

Published
*With international search report.*
*Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments.*

(57) Abstract

    A medicament for immediately treating painful, inflammatory and/or febrile acute diseases contains flurbiprofen as a racemate, a mixture of a racemate with its enantiomers, a pseudoracemate (mixtures of equal parts of S- and R-flurbiprofen) or as a mixture of different parts of S- and R-flurbiprofen in the range extending between pure S- and pure R-flurbiprofen as active substance in the form of a pharmaceutically applicable nanosol. This medicament satisfies all requirements of an immediate-effect pharmaceutic form.

HOME COPY

INTERNATIONAL APPLICATION
UNDER THE
PATENT COOPERATION TREATY

REQUEST

THE UNDERSIGNED REQUESTS THAT THE PRESENT
INTERNATIONAL APPLICATION BE PROCESSED
ACCORDING TO THE PATENT COOPERATION TREATY

[The following is reserved for the INTERNATIONAL APPLICATION No.]
PCT/US 92/ 10146

INTERNATIONAL FILING DATE  2 5 NOV 1992

(Stamp) Name of receiving Office

PCT INTERNATIONAL APPLICATION ROUS

Applicant's or agent's file reference
(indicated by applicant if desired)  92-515

Box No. I  TITLE OF INVENTION

**Controlled Release Oxycodone Compositions**

Box No. II  APPLICANT (WHETHER OR NOT ALSO INVENTOR); DESIGNATED STATES FOR WHICH HE/SHE/IT IS APPLICANT. Use this box for indicating the applicant or, if there are several applicants, one of them. If more than one person (includes, where applicable, a legal entity) is involved, continue in Box No. III.

The person identified in this box is (mark one check-box only):  ☐ applicant and inventor  ☒ applicant only

Name and address:**
Euroceltique S.A.
15 East 62nd Street
New York, New York 10021
United States of America

| Telephone number (including area code): | Telegraphic address: | Teleprinter address: |
|---|---|---|
| 212-832-7900 | | |

State of nationality:* US   State of residence:*
The person identified in this box is applicant for the purposes of (mark one check-box only):
☐ all designated States  ☒ all designated States except the United States of America  ☐ the United States of America only  ☐ the States indicated in the "Supplemental Box"

DELETED ROWS

RO: 3

Box No. III  FURTHER APPLICANTS, IF ANY; (FURTHER) INVENTORS, IF ANY; DESIGNATED STATES FOR WHICH THEY ARE APPLICANTS (IF APPLICABLE). A separate sub-box has to be filled in in respect of each person (includes, where applicable, a legal entity). If the following two sub-boxes are insufficient, continue in the "Supplemental Box," (giving there for each additional person the same indications as those requested in the following two sub-boxes) or by using a "continuation sheet."

The person identified in this sub-box is (mark one check-box only):  ☒ applicant and inventor  ☐ applicant only  ☒ inventor only

Name and address:**
OSHLACK, Benjamin
351 East 84th Street
New York, New York, United States of
America 10028

If the person identified in this sub-box is applicant (or applicant and inventor), indicate also:

State of nationality:* US   State of residence:* US
and whether that person is applicant for the purposes of (mark one check-box only):
☐ all designated States  ☒ all designated States except the United States of America  ☐ the United States of America only  ☐ the States indicated in the "Supplemental Box"

The person identified in this sub-box is (mark one check-box only):  ☒ applicant and inventor  ☐ applicant only  ☒ inventor only

Name and address:**
CHASIN, Mark
3 Wayne Court
Manalpan, New Jersey United States of
America 07726

If the person identified in this sub-box is applicant (or applicant and inventor), indicate also:

State of nationality:* US   State of residence:* US
and whether that person is applicant for the purposes of (mark one check-box only):
☐ all designated States  ☒ all designated States except the United States of America  ☐ the United States of America only  ☐ the States indicated in the "Supplemental Box"

* If the person indicated as "applicant and inventor" or as "inventor only" is not an inventor for the purposes of all the designated States, give the necessary indications in the "Supplemental Box."
** Indicate (for the name of a natural person) by giving his/her family name first followed by the given name(s). Indicate (for the name of a legal entity) by its full official designation. In the address, include both the postal code (if any) and the State (name). If residence is not indicated, it will be assumed that the State of residence is the same as the State indicated in the address.
*** If residence is not indicated, it will be assumed that the State of residence is the same as the State indicated in the address.

Form PCT/RO/101 (first sheet) (January 1991)     See notes on accompanying sheet

**'912 - 100**

THIS SHEET IS NOT PART OF AND DOES NOT COUNT AS A SHEET OF THE INTERNATIONAL APPLICATION

| APPLICANT | | This column for use by receiving Office |
|---|---|---|
| Euroceltique S.A. | | |

| INTERNATIONAL APPLICATION NUMBER (to be filled in by the receiving Office) | DATE STAMP OF RECEIVING OFFICE |
|---|---|
| PCT/US 92/10146 | 25 NOV 1992 |

## FEE CALCULATION SHEET[1]

**FEES SUBMITTED TO OR TO BE CHARGED TO DEPOSIT ACCOUNT**

| | | | |
|---|---|---|---|
| I. TRANSMITTAL FEE[2] | | 200.00 | T |
| II. SEARCH FEE[3] | | 410.00 | S |

International search to be effected by ...
(Please indicate, but only if the applicant has the choice between two or more International Searching Authorities, the name of the Authority to which the international application is to be transmitted. Note that the amount of the search fee depends on the identity of the International Searching Authority.)

*(handwritten right column: $200  410)*

### III. INTERNATIONAL FEE[4]

**BASIC FEE[5]**
Indicate the number of SHEETS contained in the international application    57

| | | | |
|---|---|---|---|
| first 30 sheets ............................... | | 525.00 | b₁ |
| remaining  27  sheets × 10.00 = | | 270.00 | b₂ |
| Add amounts entered in boxes b₁ and b₂ and enter total in box B. This figure is the amount of the BASIC FEE ............... | | 795.00 | B |

*(handwritten right column: 525  270  795)*

**DESIGNATION FEES[5]**

| | | | | | |
|---|---|---|---|---|---|
| Indicate the number of NATIONAL PATENTS which have been sought and multiply by the amount of the designation fee. | 34 | × | 127 | = 4318.00 | d₁ |
| Indicate the number of REGIONAL PATENTS which have been sought and multiply by the amount of the designation fee. | 2 | × | 127 | = 254.00 | d₂ |

| | | |
|---|---|---|
| Add amounts entered in boxes d₁ and d₂ and enter total in box D (if that total exceeds the figure which corresponds to the amount of the designation fee multiplied by ten, enter the latter figure in Box D)[6]. This figure is the amount of the DESIGNATION FEES ............ | 1270.00 | D |
| Add amounts entered in boxes B and D, and enter total in box I. This figure is the total amount of the INTERNATIONAL FEE. ........ | 2065.00 | I |

*(handwritten right column: 1,270   12)*

### IV. TOTAL OF PRESCRIBED FEES SUBMITTED OR TO BE CHARGED TO DEPOSIT ACCOUNT

| | | |
|---|---|---|
| Add amounts entered in boxes T, S and I, and enter total in the TOTAL box. This figure is the amount of the PRESCRIBED FEES SUBMITTED OR TO BE CHARGED TO DEPOSIT ACCOUNT | 2675.00 | TOTAL |

*(handwritten right column: $2,687)*

THE APPLICANT MAY PAY THE PRESCRIBED FEES BY (CHEQUE, POSTAL MONEY ORDER, BANK DRAFT, CASH, REVENUE STAMPS, COUPONS, ETC.). PAYMENT SHOULD BE MADE IN THE PRESCRIBED CURRENCY TO THE (ACCOUNT OF, ACCOUNT INDICATED BELOW OF, ORDER OF) THE RECEIVING OFFICE. PAYMENT MAY ALSO BE MADE BY AUTHORIZATION TO CHARGE A DEPOSIT ACCOUNT AT THE RECEIVING OFFICE IF THE LATTER HAS A DEPOSIT ACCOUNT SYSTEM.

**DEPOSIT ACCOUNT AUTHORIZATION[7]**

☐ The RO/     is hereby authorized to charge the total fees indicated above to my deposit account.

☒ The RO/US  is hereby authorized to charge any deficiency or credit any overpayment in the total fees indicated above to my deposit account.

☒ The RO/US  is hereby authorized to charge the fee for preparation and transmittal of the priority document to the International Bureau of WIPO to my deposit account.

| | | |
|---|---|---|
| 19-4210 | November 25, 1992 | *Mifford M. Davidson* |
| Deposit Account Number | Date | Signature  Mifford M. Davidson |

Form PCT/RO/101 (Annex) (January 1991)    See notes on reverse side

(January 1991)

'912 - 101

PCT/US 92/10146

Sheet number 2

**Box No. III   CONTINUATION (IF REQUIRED)   FURTHER APPLICANTS, IF ANY; (FURTHER) INVENTORS, IF ANY; DESIGNATED STATES FOR WHICH THEY ARE APPLICANTS (IF APPLICABLE).** A separate sub-box has to be filled in respect of each person (includes, where applicable, a legal entity).

The person identified in this sub-box is (mark one check-box only): ☒ applicant and inventor*  ☐ applicant only  ☒ inventor only*
Name and address:**

MINOGUE, John Joseph
33 East Grand Street, B-2B
Mount Vernon, New York, United States of America 10552

If the person identified in this sub-box is applicant (or applicant and inventor), indicate also:
State of nationality: US   State of residence:*** US
and whether that person is applicant for the purposes of (mark one check-box only):
☐ all designated States  ☐ all designated States except the United States of America  ☒ the United States of America only  ☐ the States indicated in the "Supplemental Box"

The person identified in this sub-box is (mark one check-box only): ☒ applicant and inventor*  ☐ applicant only  ☒ inventor only*
Name and address:**

KAIKO, Robert Francis
10 Norfield Woods Road
Weston, Connecticut, United States of America 06883

If the person identified in this sub-box is applicant (or applicant and inventor), indicate also:
State of nationality: US   State of residence:*** US
and whether that person is applicant for the purposes of (mark one check-box only):
☐ all designated States  ☐ all designated States except the United States of America  ☒ the United States of America only  ☐ the States indicated in the "Supplemental Box"

The person identified in this sub-box is (mark one check-box only): ☐ applicant and inventor*  ☐ applicant only  ☐ inventor only*
Name and address:**

If the person identified in this sub-box is applicant (or applicant and inventor), indicate also:
State of nationality:   State of residence:***
and whether that person is applicant for the purposes of (mark one check-box only):
☐ all designated States  ☐ all designated States except the United States of America  ☐ the United States of America only  ☐ the States indicated in the "Supplemental Box"

The person identified in this sub-box is (mark one check-box only): ☐ applicant and inventor*  ☐ applicant only  ☐ inventor only*
Name and address:**

If the person identified in this sub-box is applicant (or applicant and inventor), indicate also:
State of nationality:   State of residence:***
and whether that person is applicant for the purposes of (mark one check-box only):
☐ all designated States  ☐ all designated States except the United States of America  ☐ the United States of America only  ☐ the States indicated in the "Supplemental Box"

* If the person indicated as "applicant and inventor" or as "inventor only" is not an inventor for the purposes of all the designated States, give the necessary indications in the "Supplemental box."
** Indicate the name of a natural person by giving his/her family name first followed by the given name(s). Indicate the name of a legal entity by its full official designation. In the address, include both the postal code (if any) and the State (name).
*** If residence is not indicated, it will be assumed that the State of residence is the same as the State indicated in the address.

If this continuation sheet is not used, it need not be included in the Request.

Form PCT/RO/101 (continuation sheet) (January 1991)                                                          See notes on accompanying sheet

DELETED ROWS

'912 - 102

PCT/ 92 / 10 1 3 8

Sheet number **2**

**Box No. IV  AGENT (IF ANY) OR COMMON REPRESENTATIVE (IF ANY); ADDRESS FOR NOTIFICATIONS (IN CERTAIN CASES).** A common representative may be appointed only if there are several applicants and if no agent is or has been appointed; the common representative must be one of the applicants.
The following person (indicates, where applicable, a legal entity) is hereby/has been appointed as agent or common representative to act on behalf of the applicant(s) before the competent International Authorities:

Name and address, including postal code and country:　　　　　If the space below is used instead for an address for notifications, mark here: ☐

Harold D. Steinberg, Martin G. Raskin,
Clifford M. Davidson and Brian Roffe of:
STEINBERG AND RASKIN
1140 Avenue of the Americas
New York, New York 10036

Telephone number (including area code):  212-768-3800  Telegraphic address: **United States of America**  Teleprinter address: 212-382-2124

**Box No. V  DESIGNATION OF GROUPS OF STATES OR STATES[1]; CHOICE OF CERTAIN KINDS OF PROTECTION OR TREATMENT. The following designations are hereby made (please mark the applicable check-boxes):**

Regional Patent

☑ EP  European Patent[2]:  AT Austria, BE Belgium, CH and LI Switzerland and Liechtenstein, DE Germany, DK Denmark, ES Spain, FR France, GB United Kingdom, GR Greece, IT Italy, LU Luxembourg, NL Netherlands, SE Sweden, *and Monaco, PT Portugal* and any other State which is a Contracting State of the European Patent Convention and of the PCT *Ireland*

☒ OA  OAPI Patent: Benin, Burkina Faso, Cameroon, Central African Republic, Chad, Congo, Gabon, Mali, Mauritania, Senegal, Togo, *Cote d'Ivoire* and any other State which is a Contracting State of OAPI and of the PCT; if other OAPI title desired, specify on dotted line[3]:

National Patent (if other kind of protection or treatment desired, specify on dotted line)[3]

| | | | |
|---|---|---|---|
| ☒ AT | Austria[3] | ☒ KR | Republic of Korea[3] |
| ☒ AU | Australia[3] | ☒ LK | Sri Lanka |
| ☒ BB | Barbados | ☒ LU | Luxembourg[3] |
| ☒ BG | Bulgaria[3] | ☒ MC | Monaco[3] |
| ☒ BR | Brazil[3] | ☒ MG | Madagascar |
| ☒ CA | Canada | ☒ MW | Malawi[3] |
| ☒ CH and LI | Switzerland and Liechtenstein | ☒ NL | Netherlands |
| ☒ DE | Germany[3] | ☒ NO | Norway |
| ☒ DK | Denmark | ☒ PL | Poland[2] |
| ☒ ES | Spain[3] | ☒ RO | Romania |
| ☒ FI | Finland | ☒ SD | Sudan |
| ☒ GB | United Kingdom | ☒ SE | Sweden |
| ☒ HU | Hungary | ☒ SU | Soviet Union[2] *Russian Federation* |
| ☒ JP | Japan[3] | | |
| ☒ KP | Democratic People's Republic of Korea[3] | ☒ US | United States of America[3] |

Space reserved for designated States (for the purposes of a national patent) which have become party to the PCT after the issuance of this sheet:

Additional EP countries:All countries currently members of the EPO including Ireland, Portugal

Mongolia, Czechoslovakia, Cote d'Ivoire

(1) The applicant's choice of the order of designations may be indicated by marking the check-boxes with sequential arabic numerals (see also the "Notes to Box No. V").
(2) The selection of particular States for a European patent can be made upon entering the national (regional) phase before the European Patent Office (see also the "Notes to Box No. V").
(3) If another kind of protection or a title of addition or, in the United States of America, treatment as a continuation or a continuation-in-part is desired, specify according to the instructions given in the "Notes to Box No. V".

Form PCT/RO/101 (second sheet) (January 1991)　　　　　　　　　　　　　See notes on accompanying sheet

'912 - 103

PCTR : 92 / 10 1 5

Sheet number: 4

| Box No. VI   PRIORITY CLAIM (IF ANY). The priority of the following earlier application(s) is hereby claimed: | | | |
|---|---|---|---|
| Country (country in which it was filed if national application; one of the countries for which it was filed if regional or international application) | Filing Date (day, month, year) | Application No. | Office of filing (fill in only if the earlier application is an international application, or a regional application) |
| (1) United States of America | 27 November 1991 (27/11/91) | 07/800,549 | |
| (2) | | | |
| (3) | | | |

(Letter codes may be used to indicate country and/or Office of filing)

When the earlier application was filed with the Office which, for the purposes of the present international application, is the receiving Office, the applicant may, *expire payment of the required fee*, ask the following:

[X] the receiving Office is hereby requested to prepare and transmit to the International Bureau a certified copy of the above-mentioned earlier application/of the earlier application identified above by the number (insert the applicable number): .........

**Box No. VII   EARLIER SEARCH (IF ANY).** Fill in where a search (international, international-type or other) by the International Searching Authority has already been requested (or completed) and the said Authority is now requested to base the international search, to the extent possible, on the results of the said earlier search. Identify such search or request either by reference to the relevant application (or the translation thereof) or by reference to the search request.

International application number or number and country (or regional Office) of other application:
United States of America
07/800,549
Date of request for search:

International /regional /national filing date:
27 November 1991 (27,11,91)

*Number (if available) given to search request:*

**Box No. VIII   SIGNATURE OF APPLICANT(S) OR AGENT**

Clifford M. Davidson

If the present Request form is signed on behalf of any applicant by an agent, a separate power of attorney appointing the agent and signed by the applicant is required. If in such case it is desired to make use of a general power of attorney (deposited with the receiving Office), a copy thereof must be attached to this form.

| Box No. IX   CHECK LIST (To be filled in by the Applicant) | | | This international application as filed is accompanied by the items marked below: | |
|---|---|---|---|---|
| This international application contains the following number of sheets: | | | 1. [X] separate signed power of attorney **Unsigned** | |
| 1. request | 4 | sheets | 2. [ ] copy of general power of attorney | |
| 2. description | 41 | sheets | 3. [ ] priority document(s) (see Box No. VI) | |
| 3. claims | 6 | sheets | 4. [ ] receipt of the fees paid or revenue stamps | |
| 4. abstract | 1 | sheet | 5. [X] cheque for the payment of fees | |
| 5. drawings | 5 | sheets | 6. [X] request to charge deposit account | |
| | Total | 57 | sheets | 7. [ ] other document (specify) |

Figure number _____ of the drawings. (if any) is suggested to accompany the abstract for publication.

(The following is to be filled in by the receiving Office)

13 Rec'd PCT/PTO 25 NOV 1992

1. Date of actual receipt of the purported international application:

2. Corrected date of actual receipt due to later but timely received papers or drawings completing the purported international application:

3. Date of timely receipt of the required corrections under Article 11 of the PCT:

4 Drawings [ ] Received     [ ] No Drawings

(The following is to be filled in by the International Bureau)

Date of receipt of the record copy:

Form PCT/RO/101 (last sheet) (January 1991)     See notes on accompanying sheet

'912 - 104

PATENT COOPERATION TREATY

From the RECEIVING OFFICE

**PCT**

To:

HAROLD D. STEINBERG
STEINBERG & RASKIN
1140 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036

NOTIFICATION OF THE INTERNATIONAL
APPLICATION NUMBER AND OF THE
INTERNATIONAL FILING DATE

(PCT Rule 20.5(c))

| Date of mailing *(day/month/year)* | |
|---|---|
| | **2 4 DEC 1992** |

**IMPORTANT NOTIFICATION**

| Applicant's or agent's file reference 92-515 | | |
|---|---|---|
| International application No. PCT/US92/10146 | International filing date *(day/month/year)* 25 NOV 92 | Priority date *(day/month/year)* 27 NOV 91 |

| Applicant | EUROCELTIQUE S.A. |
|---|---|

| Title of the invention | CONTROLLED RELEASE OXYCODONE COMPOSITIONS |
|---|---|

1. The applicant is hereby notified that the international application has been accorded the international application number and the international filing date indicated above.

2. The applicant is further notified that the record copy of the international application:

   ☑ was transmitted to the International Bureau on **2 4 DEC 1992**

   ☐ has not yet been transmitted to the International Bureau for the reason indicated below and a copy of this notification has been sent to the International Bureau*:

   ☐ because the necessary national security clearance has not yet been obtained.

   ☐ because *(reason to be specified)*:

   NO LICENSE CURRENTLY REQUIRED
   FOR FOREIGN TRANSMITTAL OF THIS SUBJECT MATTER
   37 CFR 5.11(e) and/or 37 CFR 5.12 (a)

* The International Bureau monitors the transmittal of the record copy by the receiving Office and will notify the applicant (with Form PCT/IB/301) of its receipt. Should the record copy not have been received by the expiration of 14 months from the priority date, the International Bureau will notify the applicant (Rule 22.1(c)).

| Name and mailing address of the receiving Office | Authorized officer |
|---|---|
| COMMISSIONER OF PATENTS AND TRADEMARKS Box PCT Washington, D.C. 20231    Attn: RO/US | |
| Facsimile No. | Telephone No. |

Form PCT/RO/105 (July 1992)

MARK A. HOGARTH
INTERNATIONAL DIVISION

**'912 - 105**

PCT/US92/10

'ATENT COOPERATION TRE, Y

From the INTERNATIONAL BUREAU

**PCT**

NOTIFICATION OF RECEIPT OF
RECORD COPY

(PCT Rule 24.2(a))

To:

STEINBERG, Harold, D.
Steinberg and Raskin
1140 Avenue of the Americas
New York, NY 10036
ÉTATS-UNIS D'AMÉRIQUE

| Date of mailing:<br>30 December 1992 (30.12.92) | **IMPORTANT NOTIFICATION** |
|---|---|
| Applicant's or agent's file reference:<br>92-515 | International application No.:<br>PCT/US92/10146 |

The applicant is hereby notified that the International Bureau has received the record copy of the international application as detailed below.

Name(s) of the applicant(s) and State(s) for which they are applicants:

EUROCELTIQUE S.A. (for all designated States except US)
OSHLACK, Benjamin et al (for US)

| International filing date | : | 25 November 1992 (25.11.92) |
|---|---|---|
| Priority date(s) claimed | : | 27 November 1991 (27.11.91) |
| Date of receipt of the record copy<br>by the International Bureau | : | 28 December 1992 (28.12.92) |
| Designated Offices which will be notified<br>of the receipt of the record copy | : | AT,AU,BB,BG,BR,CA,CH,CS,DE,DK,EP*,ES,FI,GB,HU,<br>JP,KP,KR,LK,LU,MG,MN,MW,NL,NO,OA,PL,PT,RO,RU,<br>SD,SE,US<br>* AT,BE,CH,DE,DK,ES,FR,GB,GR,IE,IT,LU,MC,NL,PT,SE |

**ATTENTION**

The applicant should carefully check the data appearing in this Notification. In case of any discrepancy between these data and the indications in the international application, the applicant should immediately inform the International Bureau.

In addition, the applicant's attention is drawn to the information contained in the Annex, relating to:

[X] time limits for entry into the national phase;

[ ] confirmation of precautionary designations;

[ ] requirements regarding priority documents.

A copy of this Notification is being sent to the receiving Office and to the International Searching Authority.

| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorised officer:<br><br>J. Leitao |
|---|---|
| Facsimile No. (41-22) 740.14.35 | Telephone No. (41-22) 730.91.11 |

Form PCT/IB/301 (July 1992)

000110556

'912 - 106



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/081,302 | 06/18/93 | OSHLACK | B | 93311 |

WEBMAN, E    EXAMINER

15M1/0411

STEINBERG & RASKIN
1140 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

| ART UNIT | PAPER NUMBER |
|---|---|
| 1502 | 4 |

DATE MAILED: 04/11/94

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined ☐ Responsive to communication filed on _____ ☐ This action is made final.

A shortened statutory period for response to this action is set to expire _____ month(s), _30_ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.            2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.               4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _____1 — 11_____ are pending in the application.

    Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☐ Claims _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☒ Claims _____1 — 11_____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
    are ☐ acceptable. ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the
    examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed on _____, has been ☐ approved. ☐ disapproved (see explanation).

12. ☐ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

'912 - 107

Serial Number: 08/081,302                                    -2-

Art Unit: 1502

    Restriction to one of the following inventions is required
under 35 U.S.C. § 121:

    I.   Claims 1-2, drawn to method, classified in Class 514,
subclass 282.

    II.  Claims 3-11, drawn to composition, classified in
Class 424, subclass 464.

    The inventions are distinct, each from the other because of
the following reasons:

    Inventions II and I are related as product and process of
use.  The inventions can be shown to be distinct if either or
both of the following can be shown: (1) the process for using the
product as claimed can be practiced with another materially
different product or (2) the product as claimed can be used in a
materially different process of using that product (M.P.E.P.
§ 806.05(h)).  In the instant case the process as claimed can be
practiced with another materially different product such as an
injectable gel.

    Because these inventions are distinct for the reasons given
above and have acquired a separate status in the art as shown by
their different classification, restriction for examination
purposes as indicated is proper.

Serial Number: 08/081,302                                    -3-

Art Unit: 1502

Should group II be elected, the following election of one of species a)-d) rejected below is required.

This application contains claims directed to the following patentably distinct species of the claimed invention:

    a)   the composition of claims 3, 4

    b)   the composition of claims 5, 6

    c)   the composition of claims 7, 8

    d)   the composition of claims 9, 10 and 11.

Applicant is required under 35 U.S.C. § 121 to elect a single disclosed species for prosecution on the merits to which the claims shall be restricted if no generic claim is finally held to be allowable. Currently, a solid oral dosage form is generic.

Applicant is advised that a response to this requirement must include an identification of the species that is elected consonant with this requirement, and a listing of all claims readable thereon, including any claims subsequently added. An argument that a claim is allowable or that all claims are generic is considered nonresponsive unless accompanied by an election.

Upon the allowance of a generic claim, applicant will be entitled to consideration of claims to additional species which are written in dependent form or otherwise include all the limitations of an allowed generic claim as provided by 37 C.F.R. § 1.141. If claims are added after the election, applicant must indicate which are readable upon the elected species. M.P.E.P. § 809.02(a).

Should applicant traverse on the ground that the species are not patentably distinct, applicant should submit evidence or identify such evidence now of record showing the species to be obvious variants or clearly admit on the record that this is the

Serial Number: 08/081,302                                    -4-

Art Unit: 1502

case.  In either instance, if the examiner finds one of the
inventions unpatentable over the prior art, the evidence or
admission may be used in a rejection under 35 U.S.C. § 103 of the
other invention.

    Applicant is advised that the response to this requirement

to be complete must include an election of the invention to be

examined even though the requirement be traversed.

    Any inquiry concerning this communication or earlier
communications from the examiner should be directed to Edward J.
Webman whose telephone number is (703) 308-4432.

                                        EDWARD J. WEBMAN
                                        PRIMARY EXAMINER
                                        GROUP 1500

Edward J. Webman:cb
April 6, 1994

'912 - 110



*1502*

*EAP*
*05/25/9*
*5*

93-311

## UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Examiner: E. Webman | Art Unit: 1502 |
| Re:  Application of: | Benjamin OSHLACK, et al. |
| Serial No.: | 08/081,302 |
| Filed: | June 18, 1993 |
| For: | CONTROLLED RELEASE<br>OXYCODONE COMPOSITIONS |

### RESPONSE TO RESTRICTION REQUIREMENT

Hon. Commissioner of
Patents and Trademarks                May 11, 1994
Washington, D.C. 20231

Sir:

In response to the Restriction Requirement dated April 11,
1994, applicants hereby elect to prosecute Group II (claims 3-11),
drawn to the composition, classified in Class 424, Subclass 464.

In the Restriction Requirement, the Examiner further required
an election of one of species (a)-(d). Applicants hereby elect the
"species" (d), in other words, the composition of claims 9, 10 and
11. This election is also made with traverse.

I hereby certify that this correspondence and/or fee
is being deposited with the United States Postal Service
as first class mail in an envelope addressed to
"Commissioner of Patents and Trademarks, Washington, DC 20231"
on May 11, 1994.

STEINBERG, RASKIN & DAVIDSON

BY:_____

**'912 - 111**

With regard to the Restriction Requirement, the Examiner states that inventions of Groups I (claims 1-2 drawn to the method) and II (claims 3-11 drawn to the composition) are distinct because "in the instant case the process as claimed can be practiced with another material different product such as an injectable gel".

In this case, it is respectfully submitted that the Examiner has failed to recognize the fact that claims 1 and 2 both specify that the method is related to administering an <u>oral</u> controlled release dosage formulation. Further, the composition of Group II are also only for oral administration. Therefore, to state that the process can be practiced with a materially different product as an injectable gel is simply not understood. In view of this fact, it is respectfully submitted that the restriction requirement has been overcome and should now be removed.

The Examiner's requirement of an election is also not understood. The subject matter of claims 3-11 is a controlled release oxycodone formulation which provides specified mean maximum plasma concentrations and mean minimum plasma concentrations for a given dosage range at a given range of time periods. It is not understood why an election is necessary. In view of this fact, the Examiner's election requirement is also traversed and it is requested that the Examiner remove this requirement.

An early and favorable action on the merits is earnestly solicited.

2

'912 - 112

If the Examiner would consider it beneficial to further dis-
cuss any aspect of this response or of the restriction requirement,
then the Examiner is invited to contact the undersigned at the
telephone number provided below.

Respectfully submitted,

STEINBERG, RASKIN & DAVIDSON

Clifford M. Davidson

STEINBERG, RASKIN & DAVIDSON
1140 Avenue of the Americas
New York, New York 10036
(212) 768-3800

CMD/PF/93-311/RESTREQ.M11

3

**'912 - 113**




**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/081,302 | 06/18/93 | OSHLACK | B    93311 |

| WEBMAN, E | EXAMINER |
|---|---|

STEINBERG & RASKIN          15M1/0822
1140 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

| ART UNIT | PAPER NUMBER |
|---|---|
| 1502 | 6 |

DATE MAILED:    08/22/94

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☐ This application has been examined    ☒ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.        2. ☒ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449.            4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.  6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _____1 — 11_____ are pending in the application.

   Of the above, claims _____1 — 8_____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _____9 — 11_____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the
    examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____ ; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**

PTOL-326 (Rev. 2/93)

'912 - 114

Serial Number: 07/081,302                                    -2-
Art Unit: 1502

Applicant's election with traverse of claims 9, 10, 11 in Paper No. 5 is acknowledged. The traversal is on the ground(s) that the method requires oral administration. This is not found persuasive because the method of use is to reduce pain, not necessarily by oral administration. The election is over various species of formulations: an unspecified formulation, e.g., a solution, an unspecified solid, a coated spheroid, and a table.

The requirement is still deemed proper and is therefore made FINAL.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless --
35 U.S.C. § 101 reads as follows:
"Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter or any new and useful improvement thereof, may obtain a patent therefore, subject to the conditions and requirements of this title".

Claims 9-11 are rejected under 35 U.S.C. § 102(b) as being anticipated by 4,990,341.

Applicants disclose that 4,990,341 teaches oppid analgesics with the claimed rate of release (page 2, lines 8-20). Tables are disclosed (example 1 in '341).

No claims allowed.

'912 - 115

Serial Number: 07/081,302                                         -3-

Art Unit: 1502


        Any inquiry concerning this communication or earlier
communications from the examiner should be directed to
Edward J. Webman whose telephone number is (703) 308-4432.


Webman:css
August 20, 1994

EDWARD J. WEBMAN
PRIMARY EXAMINER
GROUP 1500

**'912 - 116**

Form PTO 948 (Rev. 10-93)          U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office          Application No. 08/302

## NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

PTO Draftspersons review all originally filed drawings regardless of whether they are designated as formal or informal. Additionally, patent Examiners will review the drawings for compliance with the regulations. Direct telephone inquiries concerning this review to the Drawing Review Branch, 703-305-8404.

The drawings filed (insert date) 6/18/93 , are
A.____ not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.
B.____ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this Notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ____ Not black solid lines.
   ____ Color drawings are not acceptable until petition is granted.

2. PHOTOGRAPHS. 37 CFR 1.84(b)
   ____ Photographs are not acceptable until petition is granted.

3. GRAPHIC FORMS. 37 CFR 1.84 (d)
   ____ Chemical or mathematical formula not labeled as separate figure. Fig(s)
   ____ Group of waveforms not presented as a single figure, using common vertical axis with time extending along horizontal axis. Fig(s)
   ____ Individuals waveform not identified with a separate letter designation adjacent to the vertical axis. Fig(s)

4. TYPE OF PAPER. 37 CFR 1.84(e)
   ____ Paper not flexible, strong, white, smooth, nonshiny, and durable. Sheet(s)
   ____ Erasures, alterations, overwritings, interlineations, cracks, creases, and folds not allowed. Sheet(s)

5. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable paper sizes:
   21.6 cm. by 35.6 cm. (8 1/2 by 14 inches)
   21.6 cm. by 33.1 cm. (8 1/2 by 13 inches)
   21.6 cm. by 27.9 cm. (8 1/2 by 11 inches)
   21.0 cm. by 29.7 cm. (DIN size A4)
   ____ All drawing sheets not the same size. Sheet(s)
   ____ Drawing sheet not an acceptable size. Sheet(s)

6. MARGINS. 37 CFR 1.84(g): Acceptable margins:

| Paper size | | | |
|---|---|---|---|
| 21.6 cm. X 35.6 cm. (8 1/2 X 14 inches) | 21.6 cm. X 33.1 cm. (8 1/2 X 13 inches) | 21 cm. X 27.9 cm. (8 1/2 X 11 inches) | 21 cm. X 29.7 cm. (DIN Size A4) |
| T 5.1 cm. (2") | 2.5 cm. (1") | 2.5 cm. (1") | 2.5cm. |
| L .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 2.5 cm. |
| R .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.5 cm. |
| B .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.0 cm. |

   Margins do not conform to chart above.
   Sheet(s)
   ____ Top (T) ____ Left (L) ____ Right (R) ____ Bottom (B)

7. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   ____ All views not grouped together. Fig(s)
   ____ Views connected by projection lines. Fig(s)
   ____ Views contain center lines. Fig(s)
   Partial views. 37 CFR 1.84(h)(2)
   ____ Separate sheets not linked edge to edge. Fig(s)
   ____ View and enlarged view not labeled separately. Fig(s)
   ____ Long view relationship between different parts not clear and unambiguous. 77 CFR 1.84(h)(2)(ii)
   Sectional views. 37 CFR 1.84(h)(3)
   ____ Hatching not indicated for sectional portions of an object. Fig(s)
   ____ Hatching of regularly spaced oblique parallel lines not spaced sufficiently. Fig(s)
   ____ Hatching not at substantial angle to surrounding axes or principal lines. Fig(s)
   ____ Cross section not drawn same as view with parts in cross section with regularly spaced parallel oblique strokes. Fig(s)
   ____ Hatching of juxtaposed different elements not angled in a different way. Fig(s)
   Alternate position. 37 CFR 1.84(h)(4)
   ____ A separate view required for a moved position. Fig(s)

____ Modified forms. 37 CFR 1.84(h)(5)
   ____ Modified forms of construction must be shown in separate views.

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ____ View placed upon another view or within outline of another. Fig(s)
   ____ Words do not appear in a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)

9. SCALE. 37 CFR 1.84(k)
   ____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction. Fig(s)
   ____ Indication such as "actual size" or "scale 1/2" not permitted. Fig(s)
   ____ Elements of same view not in proportion to each other. Fig(s)

10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    ____ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (except for color drawings). Fig(s)

11. SHADING. 37 CFR 1.84(m)
    ____ Shading used for other than shape of spherical, cylindrical, and conical elements of an object, or for flat parts. Fig(s)
    ____ Solid black shading areas not permitted. Fig(s)

12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
    ____ Numbers and reference characters not plain and legible. 37 CFR 1.84(p)(1) Fig(s)
    ____ Numbers and reference characters used in conjuction with brackets, inverted commas, or enclosed within outlines. 37 CFR 1.84(p)(l) Fig(s)
    ____ Numbers and reference characters not oriented in same direction as the view. 37 CFR 1.84(p)(l) Fig(s)
    ____ English alphabet not used. 37 CFR 1.84(p)(2) Fig(s)
    ____ Numbers, letters, and reference characters do not measure at least .32 cm. (1/8 inch) in height. 37 CFR(p)(3) Fig(s)

13. LEAD LINES. 37 CFR 1.84(q)
    ____ Lead lines cross each other. Fig(s)
    ____ Lead lines missing. Fig(s)
    ____ Lead lines not as short as possible. Fig(s)

14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    ____ Number appears in top margin. Fig(s)
    ____ Number not larger than reference characters. Fig(s)
    ____ Sheets not numbered consecutively, and in Arabic numerals, beginning with number 1. Sheet(s)

15. NUMBER OF VIEWS. 37 CFR 1.84(u)
    ____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)
    ____ View numbers not preceded by the abbreviation Fig. Fig(s)
    ____ Single view contains a view number and the abbreviation Fig. Fig(s)
    ____ Numbers not larger than reference characters.

16. CORRECTIONS. 37 CFR 1.84(w)
    ____ Corrections not durable and permanent. Fig(s)

17. DESIGN DRAWING. 37 CFR 1.152
    ____ Surface shading shown not appropriate. Fig(s)
    ____ Solid black shading not used for color contrast. Fig(s)

**'912 - 117**



FORM PTO-1083

Docket No. 93-311
Date: February 22, 1995

In re application of:   Benjamin OSHLACK, et al.
Serial No.:   08/081,302
Filed:   June 18, 1993
For:   CONTROLLED RELEASE OXYCODONE COMPOSITIONS

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, DC 20231

Sir:

Transmitted herewith is an Amendment in the above-identified application.

MAR 14 1995

[ ] Small entity status of this application under 37 CFR 1.9 and 1.27 has been established by a verified statement previously submitted.
[ ] A verified statement to establish small entity status under 37 CFR 1.9 and 1.27 is enclosed.
[X] No fee for additional claims is required.
[ ] A filing fee for additional claims calculated as shown below, is required:

| FOR: | (Col. 1) REMAINING AFTER AMENDMENT | (Col. 2) HIGHEST PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY RATE | FEE | OR | LARGE ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| TOTAL CLAIMS | * 3 | Minus** 20= | 0 | x $ 11 | $ | | x $ 22 | $ 0 |
| INDEP. CLAIMS | * 1 | Minus*** 3= | 0 | x $ 38 | $ | | x $ 76 | $ 0 |
| [ ] FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | + $120 | $ | | + $240 | $ |

TOTAL: $     OR   TOTAL: $-0-

* •  If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.
**  If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.

[X]  Also transmitted herewith are:
    [X] Petition for extension under 37 CFR 1.136 (in duplicate)
    [ ] Other:

[ ]  Please charge my Deposit Account No. 19-4210 in the amount of _____. A duplicate copy of this sheet is enclosed.

[X]  A check in the amount of $870.00 is attached to cover:
    [ ] Filing fee for additional claims under 37 CFR 1.16
    [X] Petition fee for extension under 37 CFR 1.136
    [ ] Other:

[X]  The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 19-4210. A duplicate copy of this sheet is enclosed.

    [X]    Any filing fee under 37 CFR 1.16 for the presentation of additional claims which are not paid by check submitted herewith.
    [ ]    Any patent application processing fees under 37 CFR 1.17.
    [X]    Any petition fees for extension under 37 CFR 1.136 which are not paid by check submitted herewith, and it is hereby requested that this be a petition for an automatic extension of time under 37 CFR 1.136.

Clifford M. Davidson
Reg. No. 32,728
STEINBERG, RASKIN AND DAVIDSON P.C.
1140 Avenue of the Americas
New York, New York 10036
(212) 768-3800

I hereby certify that this correspondence and/or fee is being deposited with the United States Postal Service as first class mail in an envelope addressed to: "Commissioner of Patents and Trademarks, Washington, DC 20231" on February 22, 1995.

STEINBERG, RASKIN AND DAVIDSON P.C.

By: _____

'912 - 118



*15 'u cousen 870 — 117    150*

93-311

## UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Examiner: E. Webman | Art Unit: 1502 | |
| Re: Application of: | Benjamin OSHLACK, et al. | |
| Serial No.: | 08/081,302 | |
| Filed: | June 18, 1993 | |
| For: | CONTROLLED RELEASE OXYCODONE COMPOSITIONS | |

*#7/w·m 3/24/*

*MAR 14 1995*

### PETITION FOR EXTENSION UNDER 37 CFR 1.136(a)

Hon. Commissioner of
Patents and Trademarks            February 22, 1995
Washington, D.C. 20231
Sir:

    Applicants hereby petition the Commissioner of Patents and Trademarks to extend the time for response to the Office Action dated August 22, 1994 for three months from November 22, 1994 to February 22, 1995.

    Submitted herewith is a check for $870.00 to cover the cost of the extension.

    Any deficiency or overpayment should be charged or credited to Deposit Account No. 19-4210. A duplicate copy of this sheet is enclosed.

        Respectfully Submitted,
        STEINBERG, RASKIN & DAVIDSON, P.C.

        By: _____
           Clifford M. Davidson
           Reg. No. 32,728

Steinberg, Raskin & Davidson, P.C.
1140 Avenue of the Americas
New York, N.Y.  10036
(212) 768-3800

I hereby certify that this correspondence and/or fee is
being deposited with the United States Postal Service as
first class mail in an envelope addressed to "Commissioner of
Patents and Trademarks Washington, D.C. 20231" on February 22, 1995.
STEINBERG, RASKIN & DAVIDSON, P.C.

BY: _____

**'912 - 119**

93-311

## UNITED STATES PATENT AND TRADEMARK OFFICE

Examiner: E. Webman       Art Unit: 1502

Re:  Application of:      Benjamin OSHLACK, et al.

     Serial No.:          08/081,302

     Filed:               June 18, 1993

     For:                 CONTROLLED RELEASE
                          OXYCODONE COMPOSITIONS

MAR 14 1995

### AMENDMENT

Hon. Commissioner of                February 22, 1995
Patents and Trademarks
Washington, D.C. 20231

Sir:

In response to the Office Action dated August 22, 1994,

Applicants submit the following remarks:

### REMARKS

Reconsideration of the present application is respectfully

requested.

I.   The Restriction Requirement

In the Office Action dated August 22, 1994, the Examiner has

acknowledged Applicants' election of claims 9-11 with traverse

and made the restriction requirement final, removing claims 1-8

from further consideration.  Applicants respectfully reserve the

I hereby certify that this correspondence and/or
fee is being deposited with the United States
Postal Service as first class mail in an envelope
addressed to "Commissioner of Patents and Trademarks,
Washington, D.C. 20231" on February 22, 1995.
STEINBERG, RASKIN & DAVIDSON, P.C.

BY:

'912 - 120