34                              92-515

WHAT IS CLAIMED IS:

1.  A method for ~~substantially~~ reducing the range
in daily dosages required to control pain in human
patients, comprising administering an oral controlled
release dosage formulation comprising from about 10 to
5  about 40 mg oxycodone or a salt thereof which provides a
mean maximum plasma concentration of oxycodone from about
6 to about 60 ng/ml from a mean of about 2 to about 4.5
hours after administration, and a mean minimum plasma
concentration from about 3 to about 30 ng/ml from a mean
10  of about 10 to about 14 hours after repeated administra-
tion every 12 hours through steady-state conditions.

2.  A method for ~~substantially~~ reducing the range
in daily dosages required to control pain in substanti-
15  ally all human patients, comprising administering an oral
solid controlled release dosage formulation comprising
from about 10 mg to about 160 mg oxycodone or a salt
thereof which provides a mean maximum plasma concentra-
20  tion of oxycodone up to about 240 ng/ml from a mean of up
to about 2 to about 4.5 hours after administration, and a
mean minimum plasma concentration up to about 120 ng/ml
from a mean of about 10 to about 14 hours after repeated
administration every 12 hours through steady-state
25  conditions.

3.  A controlled release oxycodone formulation for
oral administration to human patients, comprising from
about 10 to about 40 mg oxycodone or a salt thereof, said
30  formulation providing a mean maximum plasma concentration
of oxycodone from about 6 to about 60 ng/ml from a mean
of about 2 to about 4.5 hours after administration, and a
mean minimum plasma concentration from about 3 to about
30 ng/ml from a mean of about 10 to about 14 hours after

'042 - 41

35                                    92-515

repeated administration every 12 hours through steady-
state conditions.

     4.  A controlled release oxycodone formulation for
oral administration to human patients, comprising from
about 10 mg to about 160 mg oxycodone or a salt thereof,
said formulation providing a mean maximum plasma concen-
tration of oxycodone from about 6 to about 240 ng/ml from
a mean of about 2 to about 4.5 hours after administra-
tion, and a mean minimum plasma concentration from about
3 to about 120 ng/ml from a mean of about 10 to about 14
hours after repeated administration every 12 hours
through steady-state conditions.

     5.  A solid controlled release oral dosage form,
comprising
         (a)  oxycodone or a salt thereof in an amount
from about 10 to about 160 mg;
         (b)  an effective amount of a controlled
release matrix selected from the group consisting of
hydrophilic polymers, hydrophobic polymers, digestible
substituted or unsubstituted hydrocarbons having from
about 8 to about 50 carbon atoms, polyalkylene glycols,
and mixtures of any of the foregoing; and
         (c)  a suitable amount of a suitable
pharmaceutical diluent, wherein said composition provides
a mean maximum plasma concentration of oxycodone from
about 6 to about 240 ng/ml from a mean of about 2 to
about 4.5 hours after administration, and a mean minimum
plasma concentration from about 3 to about 120 ng/ml from
a mean of about 10 to about 14 hours after repeated
administration every 12 hours through steady-state
conditions.

'042 - 42

6.   The controlled release composition of claim 5,
wherein said controlled release matrix comprises an
acrylic resin.

5    7.   A solid controlled release oral dosage form,
comprising
        (a)  an analgesically effective amount of
spheroids comprising oxycodone or a salt thereof and
either a spheronising agent or an acrylic polymer or
10   copolymer, such that the total dosage of oxycodone in
said dosage form is from about 10 to about 160 mg;
        (b)  a film coating which controls the release
of the oxycodone or oxycodone salt at a controlled rate
in an aqueous medium, wherein said composition provides
15   an in vitro dissolution rate of the dosage form;
        said composition providing a mean maximum plasma
concentration of oxycodone from about 6 to about 240
ng/ml from a mean of about 2 to about 4.5 hours after
administration, and a mean minimum plasma concentration
20   from about 3 to about 30 ng/ml from a mean of about 10 to
about 14 hours after repeated administration every 12
hours through steady-state conditions.

8.   The controlled release composition of claim 7,
25   wherein said film coating comprises a water insoluble
material selected from the group consisting of shellac or
zein, a water insoluble cellulose, or a polymethacrylate.

9.   A controlled release tablet for oral adminis-
30   tration comprising from about 10 to about 160 mg oxy-
codone or an oxycodone salt dispersed in a controlled
release matrix, said tablet providing an in-vitro
dissolution of the dosage form, when measured by the USP
Paddle Method at 100 rpm at 900 ml aqueous buffer (pH
35   between 1.6 and 7.2) at 37° C, between 12.5% and 42.5%

'042 - 43

37                          92-515

(by wt) oxycodone released after 1 hour, between 25% and
55% (by wt) oxycodone released after 2 hours, between 45%
and 75% (by wt) oxycodone released after 4 hours and
between 55% and 85% (by wt) oxycodone released after 6
5   hours, the in vitro release rate being substantially
independent of pH and chosen such that a mean maximum
plasma concentration of oxycodone from about 6 to about
240 ng/ml is obtained in vivo from a mean of about 2 to
about 4.5 hours after administration of the dosage form,
10  and a mean minimum plasma concentration from about 3 to
about 30 ng/ml from a mean of about 10 to about 14 hours
after repeated administration every 12 hours through
steady-state conditions.

15      10.  A dosage form according to claim 9, wherein the
in vitro dissolution rate is between 17.5% and 38% (by
wt) oxycodone released after 1 hour, between 30% and 50%
(by wt) oxycodone released after 2 hours, between 50% and
70% (by wt) oxycodone released after 4 hours and between
20  60% and 80% (by wt) oxycodone released after 6 hours.

        11.  A dosage form according to claim 9, wherein the
in vitro dissolution rate is between 17.5% and 32.5% (by
wt) oxycodone released after 1 hour,  between 35% and 45%
25  (by wt) oxycodone released after 2 hours, between 55% and
65% (by wt) oxycodone released after 4 hours and between
65% and 75% (by wt) oxycodone released after 6 hours.

38                                    92-515

## ABSTRACT OF THE DISCLOSURE

A method for substantially reducing the range in
daily dosages required to control pain in approximately
90% of patients is disclosed whereby an oral solid
5   controlled release dosage formulation having from about
10 to about 40 mg of oxycodone or a salt thereof is
administered to a patient.  The formulation provides a
mean maximum plasma concentration of oxycodone from about
6 to about 60 ng/ml from a mean of about 2 to about 4.5
10  hours after administration, and a mean minimum plasma
concentration from about 3 to about 30 ng/ml from about
10 to about 14 hours after repeated "q12h" (i.e., every
12 hour) administration through steady-state conditions.
Another embodiment is directed to a method for substan-
15  tially reducing the range in daily dosages required to
control pain in substantially all patients by adminis-
tering an oral solid controlled release dosage formu-
lation comprising up to about 160 mg of oxycodone or a
salt thereof, such that a mean maximum plasma concen-
20  tration of oxycodone up to about 240 ng/ml from a mean of
up to about 2 to about 4.5 hours after administration,
and a mean minimum plasma concentration up to about 120
ng/ml from about 10 to about 14 hours after repeated
"q12h" (i.e., every 12 hour) administration through
25  steady-state conditions are achieved.  Controlled release
oxycodone formulations for achieving the above are also
disclosed.

'042 - 45

U.S.A.

**DECLARATION AND POWER OF ATTORNEY**                               93-311

As a below named inventor, I hereby declare that:
My residence, post office address and citizenship are as stated below next to my name.
I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

CONTROLLED RELEASE OXYCODONE COMPOSITIONS
the specification of which (check one) ☒ is attached hereto.

☐ was filed on _____ as Application Serial No. _____ and was amended on _____ (if applicable).
I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.
I acknowledge the duty to disclose all information which is known to me to be material to the patentability of this application as defined in Title 37, Code of Federal Regulations, §1.56.
I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

PRIOR FOREIGN APPLICATION(S)

| | | | Priority claimed |
|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year filed) | ☐ Yes  ☐ No |
| (Number) | (Country) | (Day/Month/Year filed) | ☐ Yes  ☐ No |
| (Number) | (Country) | (Day/Month/Year filed) | ☐ Yes  ☐ No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| 07/800,549 | November 27, 1991 | Pending |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |
| PCT/US92/10146 | November 25, 1992 | Pending |
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

And I hereby appoint Harold D. Steinberg, Registration No. 17, 255, Martin G. Raskin, Registration No. 25,642, and Clifford M. Davidson, Registration No. 32,728 my attorneys, with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith; correspondence address: STEINBERG & RASKIN, 1140 Avenue of the Americas, New York, N.Y. 10036; Telephone: 212-768-3800; Fax: 212-382-2124.
I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first
Inventor Benjamin OSHLACK
Inventor's signature _Benjamin Oshlack_
Date 14. May 1993
Residence New York, NY
Citizenship Australia
Post Office Address 351 East 84th Street
New York, NY  10028

Full name of joint
Inventor, if any Mark CHASIN
Second Inventor's signature _Mark Chasin_
Date May 14, 1993
Residence Manalpan, New Jersey
Citizenship U.S.A.
Post Office Address 3 Wayne Court
Manalpan, NJ  07726

Full name of joint
Inventor, if any John Joseph MINOGUE
Third Inventor's signature _John Joseph Minogue_
Date MAY 14, 1993
Residence Mount Vernon, NY
Citizenship U.S.A.
Post Office Address 33 East Grand Street, B-2B
Mount Vernon, NY  10552

Full name of joint
Inventor, if any Robert FRANCIS KAIKO
Fourth Inventor's signature _Robert Francis Kaiko_
Date MAY 14, 1993
Residence Weston, Connecticut
Citizenship U.S.A.
Post Office Address 10 Norfield Woods Road
Weston, CT  06883

Full name of joint
Inventor, if any _____
Fifth Inventor's signature _____
Date _____
Residence _____
Citizenship _____
Post Office Address _____

Full name of joint
Inventor, if any _____
Sixth Inventor's signature _____
Date _____
Residence _____
Citizenship _____
Post Office Address _____

'042 - 46

08/467584



*FIG. I*

'042 - 47

08/467584



FIG.2

'042 - 48

08/467584



FIG. 3

08/467584



*FIG. 4*

08/467584



FIG. 5

'042 - 51

730:101        08/467584   A

FORM 54 (MODIFIED)
DIVISIONAL-CONTINUATION PROGRAM APPLICATION

TRANSMITTAL FORM

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Docket No.    20093311.DIV

Anticipated Classification of this application:

    Class      514
    Subclass   282

Prior application: 08/081,302

Examiner   E. Webman
Art Unit   1502

The Commissioner of                          June 6, 1995
Patents and Trademarks
Washington, D.C. 20231

Sir:

    This is a request for filing a divisional application under 35 C.F.R. §1.60 of pending prior application Serial No. 08/081,302, filed on June 18, 1993.

For: CONTROLLED RELEASE OXYCODONE COMPOSITIONS

1.    [x]   Enclosed is a copy of the prior application including the oath or declaration as originally filed and an affidavit or declaration verifying it as a true copy.  (See 8 and 8a for drawing requirements.)

2.    [ ]   Prepare a copy of the prior application.

"Express Mail" mailing label no. TB 639 428 042 US
Date of deposit: June 6, 1995
I hereby certify that this correspondence and/or fee is being
deposited with the United States Postal Service "Express Mail
Post Office to Addressee" service under 37 CFR 1.10 on the
date indicated above in an envelope addressed to "Commissioner
of Patents and Trademarks, Washington, DC 20231"
STEINBERG, RASKIN & DAVIDSON, P.C.

BY:

'042 - 52

3.    [X]  The filing fee is calculated below:

CLAIMS AS FILED IN THE PRIOR APPLICATION LESS
ANY CLAIMS CANCELLED BY AMENDMENT BELOW

| For | Number filed | Number extra | Rate | Basic fee $730.00 |
|---|---|---|---|---|
| Total claims | 2 - 20 = | 0 | × 22 | 0.00 |
| Independent claims | 2 - 3 = | 0 | × 76 | 0.00 |
| Total filing fee | | | | $730.00 |

4.    [X]  The Commissioner is hereby authorized to charge any fees
          which may be required, or credit any overpayment to
          Account No. 19-4210.  A duplicate copy of this sheet is
          enclosed.

5.    [X]  A check in the amount of $730.00 is enclosed.

6.    [X]  Cancel in this application original claims 3-11 of the
          prior application (without prejudice) before calculating
          the filing fee. (At least one original independent claim
          must be retained for filing purposes.)

7.    [X]  Amend the specification by inserting before the first line
          the sentence: This is a divisional of application Serial
          No. 08/081,302, filed June 18, 1993, which is a
          continuation-in-part of U.S. Application Serial No.
          07/800,549, filed November 27, 1991, now U.S. Patent No.
          5,266,331.

8.    [ ]  Transfer the drawings from the prior application to this
          application and abandon said prior application as of the
          filing date accorded to this application.  A duplicate
          copy of this sheet is enclosed for filing in the prior
          application file.  (May only be used if signed by person
          authorized by Rule 138 and before payment of base issue
          fee.)

8a.        [X]  New formal drawings are enclosed.

8b.        [ ]  Priority of application in Serial No.  filed on  under
              35 U.S.C. §119.

          [ ]  The certified copy has been filed in prior applica-
              tion, Serial No.          , filed          .

2

'042 - 53

9. [X]   The prior application is assigned of record to Euroceltique, S.A.

10. [X]  The power of attorney in this prior application is to Harold D. Steinberg, Reg. No. 17,255, Martin G. Raskin, Reg. No. 25,642, and Clifford M. Davidson, Reg. No. 32,728, 1140 Avenue of the Americas, New York, N.Y. 10036.

    a. [X] The power appears in the original papers in the prior application.

    b. [ ] Since the power does not appear in the original papers, a copy of the power in the prior application is enclosed.

    c. [X] Address all future communications to Steinberg, Raskin & Davidson, P.C. 1140 Avenue of the Americas, New York, N.Y. 10036, Tel. (212) 768-3800.

11. [ ]  A preliminary amendment is enclosed. (Claims added by this amendment have been properly numbered consecutively beginning with the number next following the highest numbered original claim in the prior application).

12. [X]  I hereby verify that the attached papers are a true copy of prior application Serial No. 08/081,302, as originally filed on June 18, 1993.

The undersigned declare further that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that those statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

By: _____
    Clifford M. Davidson
    Attorney of Record
    Reg. No. 32,728

Steinberg, Raskin & Davidson, P.C.
1140 Avenue of the Americas
New York, New York 10036
(212) 786-3800

B:\20093311.DIV

3

'042 - 54



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office.**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/467,584 | 06/06/95 | WEIMAN | | |

STEINBERG RASKIN & DAVIDSON    PSM1/1103
1140 AVENUE OF THE AMERICAS
NEW YORK NY 10036

WEIMAN, E

| EXAMINER |
|---|

| ART UNIT | PAPER NUMBER |
|---|---|
| 1502 | 3 |

11/03/95

DATE MAILED:

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined    ☐ Responsive to communication filed on_____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire    3    month(s),    _____    days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.    2. ☒ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims    1, 2    are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims    1, 2    are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the
    examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____ ; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**

PTOL-326 (Rev. 2/93)

'042 - 55

Serial Number: 08/467,584                              -2-

Art Unit: 1502

Claims 1, 2 are rejected under 35 U.S.C. § 112, first paragraph, as the disclosure is enabling only for claims limited to that which is disclosed as critical. See M.P.E.P. §§ 706.03(n) and 706.03(z).

On page 11, lines 24-28 a ratio of hydroxyalkyl cellulose to aliphatic alcohol or polyalkylene glycol of 1:2-1:4 is disclosed as determinative of the release rate of oxycodone. No other ratio is specified. However, claims 1, 2 specify no ratio at all. Thus, the specification is insufficient to support the breadth of the claims.

Claims 1, 2 are rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

No where in claims 1, 2 is the vehicle disclosed which delivers the active agent at the claimed rate. No ingredients are specified.

'042 - 56

Serial Number: 08/467,584                                    -3-

Art Unit: 1502

The following is a quotation of the first paragraph
of 35 U.S.C. § 112:

> The specification shall contain a written
> description of the invention, and of the manner and
> process of making and using it, in such full,
> clear, concise, and exact terms as to enable any
> person skilled in the art to which it pertains, or
> with which it is most nearly connected, to make and
> use the same and shall set forth the best mode
> contemplated by the inventor of carrying out his
> invention.

The specification is objected to under 35 U.S.C.
§ 112, first paragraph, as failing to provide an
adequate written description of the invention.

On page 10, line 31 - page 11, line 13 suggested
ingredients are recited.

However, it is unclear precisely which are present
in the vehicle, since all are optional.

Claims 1, 2 are rejected under 35 U.S.C. § 112,
first paragraph, for the reasons set forth in the
objection to the specification.

No claims are allowed.

'042 - 57

Serial Number: 08/467,584                                    -4-

Art Unit: 1502


       Any inquiry concerning this communication or
earlier communications from the examiner should be
directed to Edward J. Webman, whose telephone number is
(703) 308-4432.  The examiner can normally be reached
on Monday-Friday from 9:30 a.m. to 5:30 p.m.

       If attempts to reach the examiner by telephone are
unsuccessful, the examiner's supervisor, T.K. Page, can
be reached on (703) 308-2927.  The fax phone number for
this Group is (703) 305-5408.

       Any inquiry of a general nature or relating to the
status of this application should be directed to the
Group receptionist whose telephone number is (703) 308-
2351.



Edward J. Webman:cb
Primary Examiner

Wednesday, November 1, 1995

EDWARD J. WEBMAN
PRIMARY EXAMINER
GROUP 1500


'042 - 58

Form PTO 948 (Rev. 10-94)    U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office    Application No. _467584_

## NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

PTO Draftspersons review all originally filed drawings regardless of whether they are designated as formal or informal. Additionally, patent Examiners will review the drawings for compliance with the regulations. Direct telephone inquiries concerning this review to the Drawing Review Branch, 703-305-8404.

The drawings filed (insert date) 6/6/96 are
A.____ not objected to by the Draftsperson under 37 CFR 1.84.
B.____ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this Notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ____ Not black solid lines. Fig(s)____
   ____ Color drawings are not acceptable until petition is granted.
   Fig(s)____
2. PHOTOGRAPHS. 37 CFR 1.84(b)
   ____ Photographs are not acceptable until petition is granted.
   Fig(s)____
   ____ Photographs not properly mounted (must use bristol board or photographic double-weight paper). Fig(s)____
   ____ Poor quality (half-tone). Fig(s)____
3. GRAPHIC FORMS. 37 CFR 1.84 (d)
   ____ Chemical or mathematical formula not labeled as separate figure.
   Fig(s)____

____ View and enlarged view not labeled separately or properly.
____ Sectional views. 37 CFR 1.84 (h) 3
____ Hatching not indicated for sectional portions of an object.
   Fig(s)____
____ Cross section not drawn same as view with parts in cross section with regularly spaced parallel oblique strokes. Fig(s)____
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)____
9. SCALE. 37 CFR 1.84(k)
   ____ Scale not large enough to show mechanism with crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig(s)____
   ____ Indication such as "actual size" or scale 1/2" not permitted.
   Fig(s)____



## COMMENTS:



*GP 1502*

*4/ Pujor*

200.93311.DIV

## UNITED STATES PATENT AND TRADEMARK OFFICE

Re:    Application of:      Benjamin OSHLACK et al.
       Serial No.:          08/467,584
       Filed:              June 6, 1995                      NOV 1 1995
                                                             RECEIVED
       For:                **CONTROLLED RELEASE OXYCODONE**
                           **COMPOSITIONS**

### INFORMATION DISCLOSURE STATEMENT

Hon. Commissioner of
 Patents and Trademarks                          October 13, 1995
Washington, D.C. 20231

Sir:

    Applicants hereby submit PTO Form 1449 which lists references cited during the prosecution of the priority applications U.S. Serial No. 07/800,549 filed November 27, 1991 and 08/081,302 filed June 18, 1993.  Copies of the references cited were submitted during the prosecution of the parent applications.

    This Information Disclosure Statement is being filed prior to the issuance of the first Office Action, therefore, it is respectfully submitted that no fee is due.

    It is respectfully requested that these references be considered and made of record.

                  Respectfully submitted,

                  STEINBERG, RASKIN & DAVIDSON, P.C.

                  Clifford M. Davidson
                  Reg. No. 32,728

Steinberg, Raskin & Davidson, P.C.
1140 Avenue of the Americas
New York, New York 10036
(212) 768-3800
I hereby certify that this correspondence and/or fee is
being deposited with the United States Postal Service
as first class mail in an envelope addressed to:
"Commissioner of Patents and Trademarks,
Washington, D.C. 20231" on October 13, 1995.
STEINBERG, RASKIN & DAVIDSON, P.C.
BY:

MAIL ROOM
OCT
16
1995
PAT. & TRADEMARK OFF.

Sheet 1 of 1.

| FORM PTO-1449 (REV. 7-80) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 200.93311.DIV | SERIAL NO. 08/467,584 |
|---|---|---|---|
| LIST OF PRIOR ART CITED BY APPLICANT | | APPLICANT Benjamin OSHLACK, et al. | |
| (Use several sheets if necessary) | | FILING DATE June 6, 1995 | GROUP 1502 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | | DATE | NAME | CLASS | SUB-CLASS | *FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | AA | 4 | 8 | 6 | 2 | 5 | 9 | 8 | | 8/89 | Oshlack | 424 | 470 | |
| | AB | 4 | 9 | 9 | 0 | 3 | 4 | 1 | | 2/91 | Goldie et al. | 424 | 484 | NOV 1 1995 |
| ✓ | AC | 5 | 2 | 6 | 6 | 3 | 3 | 1 | | 11/30/93 | Oshlack et al. | 424 | 468 | RECEIVED |
| | AD | | | | | | | | | | | | | |
| | AE | | | | | | | | | | | | | |
| | AF | | | | | | | | | | | | | |
| | AG | | | | | | | | | | | | | |
| | AH | | | | | | | | | | | | | |
| | AI | | | | | | | | | | | | | |
| | AJ | | | | | | | | | | | | | |
| | AK | | | | | | | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | | | | | | DATE | COUNTRY | CLASS | SUB-CLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | YES | NO |
| | AL | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | |
| | AN | | | | | | | | | | | | |
| | AO | | | | | | | | | | | | |
| | AP | | | | | | | | | | | | |

### OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | AR | |
|---|---|---|
| | AS | |
| | AT | |

| EXAMINER | DATE CONSIDERED 12/95 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

'042 - 61



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|

08/467,584   06/06/9~   ~.BLACK                   B    20093311.DIV

WEBMAN, E   | EXAMINER |

1581/1226

STEINBERG RASKIN & DAVIDSON
1140 AVENUE OF THE AMERICAS
NEW YORK NY 10036

| ART UNIT | PAPER NUMBER |
|---|---|
|  | 5 |

DATE MAILED:    12/26/95

### EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1)  Mr. C. M. Davidson                    (3) _____

(2)  E. Webman                             (4) _____

Date of interview    12/18/95

Type:  ☒ Telephonic  ☐ Personal (copy is given to  ☐ applicant  ☐ applicant's representative).

Exhibit shown or demonstration conducted:  ☐ Yes  ☐ No.  If yes, brief description: _____

Agreement ☒ was reached with respect to some or all of the claims in question.  ☐ was not reached.

Claims discussed:    1,2

Identification of prior art discussed    N/A

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:    to bring the case into
condition for allowance, it ws agreed to delete 'substantially' in claims 1,2.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☒ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

_Examiner's Signature_

PTOL-413 (REV. 1-84)

**'042 - 62**



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO |
|---|---|---|---|
| 08/467,584 | 06/06/95 | OSHLACK | B    20093311.DIV |

EXAMINER
WEBMAN, E

15M1/1226

STEINBERG RASKIN & DAVIDSON
1140 AVENUE OF THE AMERICAS
NEW YORK NY 10036

| ART UNIT | PAPER NUMBER |
|---|---|
| 1503 | 6/B |

DATE MAILED: 12/26/95

## NOTICE OF ALLOWABILITY

**PART I.**
1. ☒ This communication is responsive to _WEBER PHONE CALL OF 12/18/95._
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are _1, 2_
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____ filed on _____
6. ☒ Note the attached Examiner's Amendment.
7. ☒ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☒ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☒ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**
A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
✓ Examiner's Amendment
✓ Examiner Interview Summary Record, PTOL-413
✓ Reasons for Allowance
_ Notice of References Cited, PTO-892
✓ Information Disclosure Citation, PTO-1449

_ Notice of Informal Application, PTO-152
_ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
_ Other

PTOL-37 (REV. 4-89) *

USCOMM-DC 89-3789

**'042 - 63**

Serial Number: 08/467584                                    -2-
Art Unit: 1502

    The following is an Examiner's Statement of Reasons for
Allowance: None of the references of record singly anticipate or
in combination motivate one with ordinary skill in the art to
formulate the particular method for reducing the dosage of
oxycodone as set forth in the claims.

    Any comments considered necessary by applicant must be
submitted no later than the payment of the Issue Fee and, to
avoid processing delays, should preferably **accompany** the Issue
Fee.  Such submissions should be clearly labeled "Comments on
Statement of Reasons for Allowance."

    Authorization for this Examiner's Amendment was given in a
telephone interview with Mr. C. M. Davidson on 12/18/95.

    An Examiner's Amendment to the record appears below.  Should
the changes and/or additions be unacceptable to applicant, an
amendment may be filed as provided by 37 C.F.R. § 1.312.  To
ensure consideration of such an amendment, it **MUST** be submitted
no later than the payment of the Issue Fee.

    In claim 1 line 1 and claim 2 line 1 delete 'substantially'.

Edward J. Webman
December 24, 1995

EDWARD J. WEBMAN
PRIMARY EXAMINER
GROUP 1500

'042 - 64



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

1SM1/1226

STEINBERG RASKIN & DAVIDSON
1140 AVENUE OF THE AMERICAS
NEW YORK NY 10036

**NOTICE OF ALLOWANCE
AND ISSUE FEE DUE**

☐ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed _____

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/467,584 | 06/06/95 | 002 | WEBMAN, E | 1502  12/26/95 |

First Named
Applicant    OSHLACK,    BENJAMIN

TITLE OF
INVENTION

CONTROLLED RELEASE OXYCODONE COMPOSITIONS

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| | 20093311.DIV | 424-468.000 | S26 | UTILITY | NO | $1250.00 | 03/26/96 |

**THE APPLICATION IDENTIFIES ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
_PROSECUTION ON THE MERITS IS CLOSED._

**THE ISSUE FEE MUST BE PAID WITHIN** _THREE MONTHS_ **FROM THE MAILING DATE OF THIS NOTICE OR THIS**
**APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

**HOW TO RESPOND TO THIS NOTICE:**
I. Review the SMALL ENTITY Status shown above.
  If the SMALL ENTITY is shown as YES, verify your
  current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the
     FEE DUE shown above and notify the patent and
     Trademark Office of the change in status, or
  B. If the Status is the same, pay the FEE DUE shown
     above.

If the SMALL ENTITY is shown as NO:
A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with,
   pay of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
   Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned.
   If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number.
    Please direct all communication prior to issuance to Box ISSUE FEE unless advised to contrary.

**IMPORTANT REMINDER:** _Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of_
_maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance_
_fees when due._

PATENT AND TRADEMARK OFFICE COPY

'042 - 65



200.93311.DIV

**UNITED STATES PATENT & TRADEMARK OFFICE**

Re:    Application of:      Benjamin OSHLACK et al.

       Serial No.:      08/467,584

       Filed:      June 6, 1995

       For:      **CONTROLLED RELEASE OXYCODONE COMPOSITIONS**

**SUBMISSION OF FORMAL DRAWINGS**

Commissioner of Patents and Trademarks          January 17, 1996
Washington, D.C. 20231

Sir:

    Applicants submit herewith formal drawings in connection with the above-identified

patent application.

    If it is determined that any further fees are due at this time, the Commissioner is hereby

authorized to charge any such fees to Deposit Account No. 19-4210.

              Respectfully submitted,

              STEINBERG, RASKIN & DAVIDSON, P.C.

        By
              Clifford M. Davidson
              Reg. No. 32,728

Steinberg, Raskin & Davidson, P.C.
1140 Avenue of the Americas
New York, New York 10036
(212) 768-3800
I hereby certify that this correspondence and/or fee is
being deposited with the United States Postal Service
as "first class mail" in an envelope addressed to
"Commissioner of Patents and Trademarks, Washington,
D.C. 20231" on January 17, 1996.
STEINBERG, RASKIN & DAVIDSON, P.C.

BY:

**'042 - 66**

5508042



FIG. I



*FIG.2*



*FIG. 3*



FIG. 4



FIG.5

PART B—ISSUE FEE TRANSMITTAL

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 5 s...ld be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing.

| 1. CORRESPONDENCE ADDRESS | 2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change) |
|---|---|
| STEINBERG RASKIN & DAVIDSON<br>1140 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | INVENTOR'S NAME<br><br>Street Address<br><br>City, State and ZIP Code<br><br>CO-INVENTOR'S NAME<br><br>Street Address<br><br>City, State and ZIP Code<br><br>☐ Check if additional changes are on reverse side |

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/xxx,xxx | 06/06/95 | 002 | WEBMAN, E | 1502   12/26/95 |

First Named Applicant: OSHLACK, BENJAMIN

TITLE OF INVENTION: CONTROLLED RELEASE OXYCODONE COMPOSITIONS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 20093311-DIV | 424-468 000 | S26 | UTILITY | NO | $1250.00 | 03/26/96 |

**3. Correspondence address change** (Complete only if there is a change)
Steinberg, Raskin & Davidson, P.C.
1140 Avenue of the Americas
New York, New York 10036
Attn: Clifford M. Davidson

**4.** For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1. Steinberg, Raskin & Davidson, P.C.
2. 
3. 

DO NOT USE THIS SPACE

050 MH 01/26/96 08467584     1 561       30.00 CK
050 MH 01/26/96 08467584     1 142    1,250.00 CK

**5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT** (print or type)

(i) NAME OF ASSIGNEE:
Euro-Celtique, S.A.
(ii) ADDRESS: (CITY & STATE OR COUNTRY)
122, Bd de la Petrusse, L-2330 LUXEMBOURG

A. ☐ This application is NOT assigned.
☐ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.
   PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☑ Issue Fee   ☒ Advance Order - # of Copies ___ 10
6b. The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER ___ 19-4210
(ENCLOSE PART C)
☐ Issue Fee   ☐ Advance Order - # of Copies ___
☒ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____  (Date) 01/17/96

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

TRANSMIT THIS COPY WITH FEE CERTIFICATE OF MAILING OF REPLIES

'042 - 72



PTO UTILITY GRANT
Paper Number_____

The Commissioner of Patents
and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

**United States Patent**

*Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the invention throughout the United States of America for the term of seventeen years from the date of this patent, subject to the payment of maintenance fees as provided by law.*

*The
United
States
of
America*

Bruce Lehman
*Commissioner of Patents and Trademarks*

Attest

PTO-1584

'042 - 73

STAPLE    AREA

⬤U.S.G.P.O.: 19.... 978

| | ORIGINAL CLASSIFICATION | |
|---|---|---|
| PATENT NUMBER | CLASS | SUBCLASS |
| | 424 | 468 |

CROSS REFERENCE(S)

APPLICATION SERIAL NUMBER

08/467584

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | |
|---|---|---|---|---|
| 424 | 464 | 470 | 486 | 487 |
| 424 | 488 | 494 | 496 | 497 |
| 424 | 498 | 501 | 502 | 495 |
| | | | | |
| | | | | |
| | | | | |

APPLICANT'S NAME (PLEASE PRINT)

Oshlack et al

IF REISSUE, ORIGINAL PATENT NUMBER

| INTERNATIONAL CLASSIFICATION 6 | | |
|---|---|---|
| A 61 K | 9 | 22 |
| A 61 K | 9 | 26 |

ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME)

| GROUP ART UNIT | PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME) |
|---|---|
| 1502 | Edward J. Webman |

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

ISSUE CLASSIFICATION SLIP

PTO 270
(REV. 8-91)

'042 - 74



Staple Issue Slip Here

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | 53 | 2 9 JUN 1995 |
| EXAMINER | ∠R32 | |
| TYPIST | | |
| VERIFIER | 407 | 7-27-95 |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

INDEX OF CLAIMS

SYMBOLS
✓........Rejected
−........Allowed
=(Through numbered)...Canceled
+........Restricted
N........Non-elected
I........Interference
A........Appeal
O........Objected

'042 - 75



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 424 | 406 | 10/95 | ✓ |
| | 464 | | |
| | 465 | | |
| | 468-69 | | |
| | 470 | | |
| | 487-88 | | |
| | 494-98 | | |
| | 494 | | |
| TO | DATE | 12/98 | ✓ |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| NONE | 12/85 | ✓ |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 424 | 486-98 | 12/85 | ✓ |
| | 468-470 | | |
| | 464-65 | | |
| | 444-49 | | |
| | 494 | | |
| | 496-498 | | |

PATENT APPLICATION

08/467584

08467584

APPROVED FOR LICENSE
JUL 05 95
INITIALS

Date
Entered
or
Counted

# CONTENTS

Date
Received
or
Mailed
AUG 9 1995
RECEIVED

1. Application _____ Prts 55 _____ papers.
2. _____ fee a _____
3. 10-16 _____ Rej (3 moc.) _____
4. _____ Prior Art _____
5. _____ Interview Summary _____
6. 12-26 _____ Exam Amdt B _____
7. _____ Form _____ 5 shts) set 1
   PTO GRANT APR 1 6 1996
8. _____
9. _____

(numbered blank lines 10 through 32)

'042 - 77