

129489

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

**August 04, 1999**

IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS

CATION NUMBER:  *08/618,344*

DATE:  *March 19, 1996*

NUMBER:  *5,656,295*

ATE:  *August 12, 1997*

By Authority of the

COMMISSIONER OF PATENTS AND TRADEMARKS

P. R.  GRANT

Certifying Officer

PLAINTIFFS' TRIAL EXHIBIT
00 Civ. 8029 (SHS)
01 Civ. 2109 (SHS)
01 Civ. 8117 (SHS)
**PTX 5**

'295 - 1



| UTILITY SERIAL NUMBER | PATENT DATE | PATENT NUMBER |
| --- | --- | --- |
| 08/618344 | AUG 12 1997 | |

5656295

| SERIAL NUMBER | FILING DATE | CLASS | v. | SUBCLASS | GROUP ART UNIT | EX. |
| --- | --- | --- | --- | --- | --- | --- |
| | 03/19/96 | 514 424 | | 468 | 1502 | WEBMAN |

APPLICANTS: BENJAMIN OSHLACK, NEW YORK, NY; MARK CHASIN, MANALPAN, NJ; JOHN J. MINOGUE, MOUNT VERNON, NY; ROBERT F. KAIKO, WESTON, CT.

**CONTINUING DATA************************

VERIFIED    THIS APPLN IS A CIP OF 08/081,302 06/18/93 PAT 5549912
WHICH IS A CIP OF 07/800,549 11/27/91 PAT 5,266,331

**FOREIGN/PCT APPLICATIONS************
VERIFIED

NOTE-DISCLAIMER
The term of this patent shall not extend
beyond the expiration date
of Pat. No. 5,266,331

NOTE-DISCLAIMER
The term of this patent shall not extend
beyond the expiration date
of Pat. No. 5,508,042

FOREIGN FILING LICENSE GRANTED 06/20/96

| Foreign priority claimed | ☐ yes ☒ no | STATE OR COUNTRY | SHEETS DRWG. | TOTAL CLAIMS | INDEP CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 35 USC 119 conditions met | ☐ yes ☐ no | | | | | | |
| Verified and Acknowledged | Examiner's Initials | NY | 2 | 51 | 4 | $959.00 | 200,9311COPA |

STEINBERG RASKIN & DAVIDSON
1140 AVENUE OF THE AMERICAS
NEW YORK NY 10036

CONTROLLED RELEASE OXYCODONE COMPOSITIONS

*U.S. DEPT. OF COMM./ PAT. & TM— PTO-436L (Rev.12-94)

| BAR CODE LABEL | U.S. PATENT APPLICATION | | |
|---|---|---|---|
| **SERIAL NUMBER** 08/618,344 | **FILING DATE** 03/19/96 | **CLASS** 514 | **GROUP ART UNIT** 1205 |

**APPLICANT**

BENJAMIN OSHLACK, NEW YORK, NY; MARK CHASIN, MANALPAN, NJ; JOHN J. MINOGUE, MOUNT VERNON, NY; ROBERT F. KAIKO, WESTON, CT.

```
**CONTINUING DATA**********************
  VERIFIED    THIS APPLN IS A CIP OF   08/081,302 06/18/93
              WHICH IS A CIP OF        07/800,549 11/27/91 PAT    5,266,331
```

```
**FOREIGN/PCT APPLICATIONS***********
  VERIFIED
```

FOREIGN FILING LICENSE GRANTED 06/24/96

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| NY | 5 | 10 | 4 | $958.00 | 200.93311CON |

**ADDRESS**

STEINBERG RASKIN & DAVIDSON
1140 AVENUE OF THE AMERICAS
NEW YORK NY 10036

**TITLE**

CONTROLLED RELEASE OXYCODONE COMPOSITIONS

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date _____        Certifying Officer _____

'295 - 3

PATENT APPLICATION SERIAL NO. **08/618344**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

*D. Cassaway*
*7/23/96*

340 SL 03/27/96 08618344
1 101    828.00 CK 20093311CON

PTO-1556
(5/87)

'295 - 4



08/6 18

200.93311CON

**UNITED STATES PATENT & TRADEMARK OFFICE**

Re: Application of:      Benjamin OSHLACK, et al.

Serial No.:      To Be Assigned

Filed:      Herewith

For:      **CONTROLLED RELEASE
OXYCODONE COMPOSITIONS**

**SUBMISSION OF APPLICATION FOR FILING DATE**

Hon. Commissioner of
Patents & Trademarks                      March 19, 1996
Washington, D.C. 20231

Sir:

    In accordance with 37 CFR 1.53 there is submitted herewith for filing in connection with the above application, and in accordance with 37 CFR 1.53 (b), for assignment of a serial number and filing date, the following:

    1.    A specification containing a description pursuant to 37 CFR 1.71 and at least one claim pursuant to 37 CFR 1.75.

    2.    _5_ sheets of drawings.

    3.    The appropriate filing fee, i.e. $750.00, is enclosed.

    4.    A copy of the signed Declaration or Oath and Power of Attorney, which was filed in connection with the parent case, is enclosed.

"Express Mail" mailing label no. EM 521 032 753 US
Date of Deposit: March 19, 1996
I hereby certify that this correspondence and/or fee
is being deposited with the United States Postal Service
"Express Mail Post Office to Addressee" service under 37
CFR 1.10 on the date indicated above, in an envelope
addressed to: "Commissioner of Patents and Trademarks,
Washington, DC 20231".
STEINBERG, RASKIN & DAVIDSON, P.C.

By: _____

**'295 - 5**

The Declaration sets forth the names, addresses, residences and citizenships of all of the inventors, as follows:

Benjamin OSHLACK
351 East 84th Street
New York, N.Y. 10028
Citizenship: Australia

Mark CHASIN
3 Wayne Court
Manalapan, N.J. 07726
Citizenship: United States of America

John Joseph MINOGUE
33 East Grand Street, B-2B
Mount Vernon, N.Y. 10552
Citizenship: United States of America

Robert Francis KAIKO
10 Norfield Woods Road
Weston, CT 06883
Citizenship: United States of America

The Declaration appoints the undersigned as attorney. Please note the correspondence address: Steinberg, Raskin & Davidson, P.C. 1140 Avenue of the Americas, 21st Floor, New York N.Y. 10036 (212) 768-3800.

According to the provisions of 37 CFR 1.53, a filing date should now be accorded this application, which date is the date that the above application parts are received in the Patent and Trademark Office.

Respectfully submitted,

STEINBERG, RASKIN & DAVIDSON, P.C.

By: _____
Clifford M. Davidson
Reg. No. 32,728

STEINBERG, RASKIN & DAVIDSON, P.C.
1140 Avenue of the Americas
New York, New York 10036
(212) 768-3800

'295 - 6

08/ 618344

FORM PTO-1082

Docket No. 200,93311CON
Date: March 19, 1996

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, DC 20231

Sir:

Transmitted herewith for filing is the patent application of:
Inventor(s): Benjamin OSHLACK, et al.
For: CONTROLLED RELEASE OXYCODONE COMPOSITIONS

Enclosed are:
[X] _5_ sheet(s) of drawing
[ ] An Assignment (and Form PTO-1595) of the invention to _____
[ ] A certified copy of a __ application [ ] and sworn English language translation.
[ ] An associate power of attorney.
[ ] A copy of the verified statement to establish small entity status under 37 CFR 1.9 and 37 CFR 1.27
[X] Submission of Application for Filing Date

The filing fee has been calculated as shown below:

| FOR: | (Col. 1) NO. FILED | (Col. 2) NO. EXTRA | | SMALL ENTITY RATE | FEE | OR | LARGE ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | $375 | | | $ 750 |
| TOTAL CLAIMS | 10 - 20 = | * 0 | | x $ 11 | $ | | x $ 22 | $ |
| INDEP. CLAIMS | 4 - 3 = | * 1 | | x $ 39 | $ | | x $ 78 | $ 78 |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | | | + $125 | $ | | + $245 | $ |

*If the difference in Col. 1 is less than zero, enter "0" in Col. 2

TOTAL: $ ___    OR    $828.00

[ ]    Please charge my Deposit Account No. ____ in the amount of ____. A duplicate copy of this sheet is enclosed.

[X]    A check in the amount of $828.00 is enclosed to cover:
　　　 [X]    the filing fee
　　　 [ ]    assignment recording fee

[X]    The Commissioner is hereby authorized to charge payment of the following fees associated with this communication
       or credit any overpayment to Deposit Account No. 19-4210. A duplicate copy of this sheet is enclosed.
　　　 [X]    Any additional filing fees required under 37 CFR 1.16.
　　　 [ ]    Any patent application processing fees under 37 CFR 1.17.

[ ]    The Commissioner is hereby authorized to charge payment of the following fees during pendency of this application
       or credit any overpayment to Deposit Account No. 19-4210. A duplicate copy of this sheet is enclosed.
　　　 [ ]    Any patent application processing fees under 37 CFR 1.17.
　　　 [ ]    The issue fee set in 37 CFR 1.18 at or before mailing of the Notice of Allowance, pursuant to 37 CFR 1.311(b).
　　　 [ ]    Any filing fees under 37 CFR 1.16 for presentation of extra claims.

Clifford M. Davidson
Reg. No. 32,728

STEINBERG, RASKIN & DAVIDSON, P.C.
1140 Avenue of the Americas
New York, New York 10036    NY
(212) 768-3800

"Express Mail" mailing label no. EM 521 032 753 US
Date of Deposit: March 19, 1996
I hereby certify that this correspondence and/or fee is being deposited with the United States
Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the
date indicated above, in an envelope addressed to: "Commissioner of Patents and
Trademarks, Washington, DC 20231".
STEINBERG, RASKIN & DAVIDSON, P.C.
By: _____

'295 - 7

08/693448 28-101  A.



1                    200.93311CON

## CONTROLLED RELEASE OXYCODONE COMPOSITIONS

a.

This application is a continuation of 08/081,302,
filed June 18, 1993, *now U.S. Patent No. 5,549,912,* which is a continuation-in-part of
5   07/800,549, filed November 27, 1991, now U.S. Patent No.
5,266,331, ~~hereby incorporated by reference~~.

e.

### BACKGROUND OF THE INVENTION

Surveys of daily dosages of opioid analgesics
10   required to control pain suggest that an approximately
eight-fold range in daily dosages is required to control
pain in approximately 90% of patients. This extraordin-
ary wide range in the appropriate dosage makes the titra-
tion process particularly time consuming and resource
15   consuming, as well as leaving the patient without
acceptable pain control for an unacceptably long
duration.

In the management of pain with opioid analgesics, it
has been commonly observed and reported that there is
20   considerable inter-individual variation in the response
to a given dose of a given drug, and, therefore, consid-
erable variability among patients in the dosage of opioid
analgesic required to control pain without unacceptable
side effects. This necessitates considerable effort on
25   the part of clinicians in establishing the appropriate
dose in an individual patient through the time consuming
process of titration, which requires careful assessment
of both therapeutic and side effects and dosage adjust-
ments over a period of days and sometimes longer before

"Express Mail" mailing label no.  EM 521 032 753 US
Date of Deposit:  March 19, 1996
I hereby certify that this correspondence and/or fee
is being deposited with the United States Postal Service
"Express Mail Post Office to Addressee" service under
37 CFR 1.10 on the date indicated above, in an
envelope addressed to: "Commissioner of Patents
and Trademarks, Washington, D.C. 20231".
STEINBERG, RASKIN & DAVIDSON, P.C.

By: _____

2                          200.93311CON

the appropriate dosage is determined.  The American Pain
Society's 3rd Edition of Principles of Analgesic Use in
the Treatment of Acute Pain and Cancer Pain explains that
one should "be aware that the optimal analgesic dose
5   varies widely among patients.  Studies have shown that in
all age groups, there is enormous variability in doses of
opioids required to provide relief, even among opioid
naive patients with identical surgical lesions.... This
great variability underscores the need to write analgesic
10  orders that include provision for supplementary doses,
and to use intravenous boluses and infusions to provide
rapid relief of severe pain.... Give each analgesic an
adequate trial by dose titration...before switching to
another drug."

15      An opioid analgesic treatment which acceptably
controls pain over a substantially narrower daily dosage
range would, therefore, substantially improve the
efficiency and quality of pain management.

        It has previously been known in the art that con-
20  trolled release compositions of opioid analgesics such as
morphine, hydromorphone or salts thereof could be pre-
pared in a suitable matrix.  For example, U.S. Patent No.
4,990,341 (Goldie), also assigned to the assignee of the
present invention, describes hydromorphone compositions
25  wherein the dissolution rate in vitro of the dosage form,
when measured by the USP Paddle Method at 100 rpm in 900
ml aqueous buffer (pH between 1.6 and 7.2) at 37º C, is
between 12.5 and 42.5% (by wt) hydromorphone released
after 1 hour, between 25 and 55% (by wt) released after 2
30  hours, between 45 and 75% (by wt) released after 4 hours
and between 55 and 85% (by wt) released after 6 hours.

35



                                    '295 - 9

3                    200.93311CON

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a method for substantially improving the efficiency and quality of pain management.

5      It is another object of the present invention to provide an opioid analgesic formulation which substantially improves the efficiency and quality of pain management.

     It is another object of the present invention to

10 provide a method and formulation(s) which substantially reduce the approximately eight-fold range in daily dosages required to control pain in approximately 90% of patients.

     It is another object of the present invention to

15 provide a method and formulation(s) which substantially reduce the variability in daily dosages and formulation requirements necessary to control pain in substantially all patients.

     It is yet another object of the present invention to

20 provide a method for substantially reducing the time and resources need to titrate patients requiring pain relief on opioid analgesics.

     It is yet another object of the present invention to provide controlled release opioid formulations which have

25 substantially less inter-individual variation with regard to the dose of opioid analgesic required to control pain without unacceptable side effects.

     The above objects and others are attained by virtue of the present invention, which is related to a solid

30 controlled release oral dosage form, the dosage form comprising from about 10 to about 40 mg of oxycodone or a salt thereof in a matrix wherein the dissolution rate in vitro of the dosage form, when measured by the USP Paddle Method at 100 rpm in 900 ml aqueous buffer (pH between

35 1.6 and 7.2) at 37°C is between 12.5 and 42.5% (by wt)



'295 - 10

4                    200.93311CON

oxycodone released after 1 hour, between 25 and 56% (by
wt) oxycodone released after 2 hours, between 45 and 75%
(by wt) oxycodone released after 4 hours and between 55
and 85% (by wt) oxycodone released after 6 hours, the in
5   vitro release rate being substantially independent of pH,
such that the peak plasma level of oxycodone obtained in
vivo occurs between 2 and 4.5 hours after administration
of the dosage form.

    USP Paddle Method is the Paddle Method described,
10  e.g., in U.S. Pharmacopoeia XXII (1990).

    In the present specification, "substantially
independent of pH" means that the difference, at any
given time, between the amount of oxycodone released at,
e.g., pH 1.6, and the amount released at any other pH,
15  e.g., pH 7.2 (when measured in vitro using the USP Paddle
Method at 100 rpm in 900 ml aqueous buffer), is 10% (by
weight) or less. The amounts released being, in all
cases, a mean of at least three experiments.

    The present invention is further related to a method
20  for substantially reducing the range in daily dosages re-
quired to control pain in approximately 90% of patients,
comprising administering an oral solid controlled release
dosage formulation comprising from about 10 to about 40
mg of oxycodone or a salt thereof, said formulation pro-
25  viding a mean maximum plasma concentration of oxycodone
from about 6 to about 60 ng/ml from a mean of about 2 to
about 4.5 hours after administration, and a mean minimum
plasma concentration from about 3 to about 30 ng/ml from
a mean of about 10 to about 14 hours after repeated
30  "q12h" (i.e., every 12 hour) administration through
steady-state conditions.

    The present invention is further related to a method
for substantially reducing the range in daily dosages
required to control pain in substantially all patients,
35  comprising administering an oral solid controlled release

5                 200.93311CON

dosage formulation comprising up to about 160 mg of
oxycodone or a salt thereof, said formulation providing a
mean maximum plasma concentration of oxycodone up to
about 240 ng/ml from a mean of up to about 2 to about 4.5
5   hours after administration, and a mean minimum plasma
concentration up to about 120 ng/ml from a mean of about
10 to about 14 hours after repeated "q12h" (i.e., every
12 hour) administration through steady-state conditions.

The present invention is further related to con-
10  trolled release oxycodone formulations comprising from
about 10 to about 40 mg oxycodone or a salt thereof, said
formulations providing a mean maximum plasma concentra-
tion of oxycodone from about 6 to about 60 ng/ml from a
mean of about 2 to about 4.5 hours after administration,
15  and a mean minimum plasma concentration from about 3 to
about 30 ng/ml from about 10 to about 14 hours after
repeated q12h administration through steady-state
conditions.

The present invention is further related to con-
20  trolled release oxycodone formulations comprising up to
about 160 mg oxycodone or a salt thereof, said formula-
tions providing a mean maximum plasma concentration of
oxycodone up to about 240 ng/ml from a mean of about 2 to
about 4.5 hours after administration, and a mean minimum
25  plasma concentration up to about 120 ng/ml from about 10
to about 14 hours after repeated q12h administration
through steady-state conditions.

### BRIEF DESCRIPTION OF THE DRAWINGS

30      The following drawings are illustrative of embodi-
ments of the invention and are not meant to limit the
scope of the invention as encompassed by the claims.

Figures 1-4 are graphs showing the time-effect
curves for pain intensity differences and pain relief for
35  Example 17;



6                    200.93311CON

Figure 5 is a graph showing the mean plasma oxy-
codone concentration for a 10 mg controlled release
oxycodone formulation prepared in accordance with the
present invention and a study reference standard.

5

### DETAILED DESCRIPTION

It has now been surprisingly discovered that the
presently claimed controlled release oxycodone formula-
tions acceptably control pain over a substantially
10  narrower, approximately four-fold (10 to 40 mg every 12
hours - around-the-clock dosing) in approximately 90% of
patients.  This is in sharp contrast to the approximately
eight-fold range required for approximately 90% of
patients for opioid analgesics in general.

15      The use of from about 10 mg to about 40 mg of 12-
hourly doses of controlled-release oxycodone to control
pain in approximately 90% of patients relative to a wider
dosage range of other μ-agonist analgesics, indicated
for moderate to severe pain, is an example of the unique
20  characteristics of the present invention.  It should also
be appreciated that the remaining 10% of patients would
also be successfully managed with 12-hourly controlled-
release oxycodone over a relatively narrower dosage range
than with the use of other similar analgesics.  Substan-
25  tially all of those remaining 10% of patients not managed
with controlled release oxycodone, 10 mg to 40 mg every
12 hours, would be managed using dosages of greater than
40 mg every 12 hours through 160 mg every 12 hours util-
izing any one of a number or multiples of formulation
30  strengths such as 10, 20, 40, 80 and 160 mg unit dosages
or combinations thereof. In contrast, the use of other
similar analgesics such as morphine would require a wider
range of dosages to manage the remaining 10% of patients.
For example, daily dosages of oral morphine equivalents
35  in the range of 1 gram to more than 20 grams have been



'295 - 13

7                    200.93311CON

observed.  Similarly, wide dosage ranges of oral hydro-
morphone would also be required.

    Morphine, which is considered to be the prototypic
opioid analgesic, has been formulated into a 12 hour
5  controlled-release formulations (i.e., MS Contin®
tablets, commercially available from Purdue Pharma,
L.P.).  Despite the fact that both controlled-release
oxycodone and controlled release morphine administered
every 12 hours around-the-clock possess qualitatively
10  comparable clinical pharmacokinetic characteristics, the
oxycodone formulations of the presently claimed invention
can be used over approximately ½ the dosage range as
compared to commercially available controlled release
morphine formulations (such as MS Contin®) to control 90%
15  of patients with significant pain.

    Repeated dose studies with the controlled release
oxycodone formulations administered every 12 hours in
comparison with immediate release oral oxycodone admin-
istered every 6 hours at the same total daily dose result
20  in comparable extent of absorption, as well as comparable
maximum and minimum concentrations.  The time of maximum
concentration occurs at approximately 2 - 4.5 hours after
oral administration with the controlled-release product
as compared to approximately 1 hour with the immediate
25  release product.  Similar repeated dose studies with MS
Contin® tablets as compared to immediate release morphine
provide for comparable relative results as with the
controlled release oxycodone formulations of the present
invention.

30    There exists no substantial deviation from paral-
lelism of the dose-response curves for oxycodone either
in the forms of the controlled release oxycodone formu-
lations of the present invention, immediate release oral
oxycodone or parenteral oxycodone in comparison with oral
35  and parenteral opioids with which oxycodone has been



'295 - 14

8                              200.93311CON

compared in terms of dose-response studies and relative
analgesic potency assays.  Beaver, et al., "Analgesic
Studies of Codeine and Oxycodone in Patients with Cancer.
II.  Comparisons of Intramuscular Oxycodone with Intra-
5   muscular Morphine and Codeine", J. Pharmacol. and Exp.
Ther., Vol. 207, No. 1, pp. 101-108, reported comparable
dose-response slopes for parenteral oxycodone as compared
to parenteral morphine and comparable dose-response
slopes for oral as compared to parenteral oxycodone.

10      A review of dose-response studies and relative
analgesic assays of mu-agonist opioid analgesics, which
include oxycodone, morphine, hydromorphone, levorphanol,
methadone, meperidine, heroin, all indicate no signifi-
cant deviation from parallelism in their dose response

15  relationships.  This is so well established that it has
become an underlining principal providing for establish-
ing relative analgesic potency factors and dose ratios
which are commonly utilized when converting patients from
one mµ-agonist analgesic to another regardless of the

20  dosage of the former.  Unless the dose-response curves
are parallel, conversion factors would not be valid
across the wide range of dosages involved when
substituting one drug for another.

        The clinical significance provided by the controlled

25  release oxycodone formulations of the present invention
at a dosage range from about 10 to about 40 mg every 12
hours for acceptable pain management in approximately 90%
of patients with moderate to severe pain, as compared to
other opioid analgesics requiring approximately twice the

30  dosage range provides for the most efficient and humane
method of managing pain requiring repeated dosing.  The
expertise and time of physicians and nurses, as well as
the duration of unacceptable pain patients must endure
during the opioid analgesic titration process is substan-



'295 - 15

9                    200.93311CON

tially reduced through the efficiency of the controlled
release oxycodone formulations of the present invention.

It is further clinically significant that a dose of
about 80 mg controlled release oxycodone administered
5   every 12 hours will provide acceptable pain relief
management in, e.g., approximately 95% of patients with
moderate to severe pain, and that about 160 mg controlled
release oxycodone administered every 12 hours will pro-
vide acceptable pain relief management in, e.g., approxi-
10  mately all patients with moderate to severe pain.

In order to obtain a controlled release drug dosage
form having at least a 12 hour therapeutic effect, it is
usual in the pharmaceutical art to produce a formulation
that gives a peak plasma level of the drug between about
15  4-8 hours after administration (in a single dose study).
The present inventors have surprisingly found that, in
the case of oxycodone, a peak plasma level at between 2 -
4.5 hours after administration gives at least 12 hours
pain relief and, most surprisingly, that the pain relief
20  obtained with such a formulation is greater than that
achieved with formulations giving peak plasma levels (of
oxycodone) in the normal period of up to 2 hours after
administration.

A further advantage of the present composition,
25  which releases oxycodone at a rate that is substantially
independent of pH, is that it avoids dose dumping upon
oral administration. In other words, the oxycodone is
released evenly throughout the gastrointestinal tract.

The present oral dosage form may be presented as,
30  for example, granules, spheroids or pellets in a capsule
or in any other suitable solid form.  Preferably, how-
ever, the oral dosage form is a tablet.

The present oral dosage form preferably contains
between 1 and 500 mg, most especially between 10 and 160
35  mg, of oxycodone hydrochloride.  Alternatively, the



10                    200.93311CON

dosage form may contain molar equivalent amounts of other
oxycodone salts or of the oxycodone base.

The present matrix may be any matrix that affords in
vitro dissolution rates of oxycodone within the narrow
5   ranges required and that releases the oxycodone in a pH
independent manner.  Preferably the matrix is a controll-
ed release matrix, although normal release matrices
having a coating that controls the release of the drug
may be used.  Suitable materials for inclusion in a
10  controlled release matrix are

(a)  Hydrophilic polymers, such as gums, cellulose
ethers, acrylic resins and protein derived materials.  Of
these polymers, the cellulose ethers, especially hydroxy-
alkylcelluloses and carboxyalkylcelluloses, are pre-
15  ferred.  The oral dosage form may contain between 1% and
80% (by weight) of at least one hydrophilic or
hydrophobic polymer.

(b)  Digestible, long chain ($C_9$-$C_{50}$, especially
$C_{12}$-$C_{40}$), substituted or unsubstituted hydrocarbons, such
20  as fatty acids, fatty alcohols, glyceryl esters of fatty
acids, mineral and vegetable oils and waxes.  Hydrocar-
bons having a melting point of between 25° and 90°C are
preferred.  Of these long chain hydrocarbon materials,
fatty (aliphatic) alcohols are preferred.  The oral
25  dosage form may contain up to 60% (by weight) of at least
one digestible, long chain hydrocarbon.

(c)  Polyalkylene glycols.  The oral dosage form may
contain up to 60% (by weight) of at least one polyalkyl-
ene glycol.

30      One particular suitable matrix comprises at least
one water soluble hydroxyalkyl cellulose, at least one
$C_{12}$-$C_{36}$, preferably $C_{14}$-$C_{22}$, aliphatic alcohol and,
optionally, at least one polyalkylene glycol.

The at least one hydroxyalkyl cellulose is prefer-
35  ably a hydroxy ($C_1$ to $C_6$) alkyl cellulose, such as

'295 - 17

hydroxypropylcellulose, hydroxypropylmethylcellulose and, especially, hydroxyethyl cellulose. The amount of the at least one hydroxyalkyl cellulose in the present oral dosage form will be determined, inter alia, by the precise rate of oxycodone release required. Preferably however, the oral dosage form contains between 5% and 25%, especially between 6.25% and 15% (by wt) of the at least one hydroxyalkyl cellulose.

The at least one aliphatic alcohol may be, for example, lauryl alcohol, myristyl alcohol or stearyl alcohol. In particularly preferred embodiments of the present oral dosage form, however, the at least one aliphatic alcohol is cetyl alcohol or cetostearyl alcohol. The amount of the at least one aliphatic alcohol in the present oral dosage form will be determined, as above, by the precise rate of oxycodone release required. It will also depend on whether at least one polyalkylene glycol is present in or absent from the oral dosage form. In the absence of at least one polyalkylene glycol, the oral dosage form preferably contains between 20% and 50% (by wt) of the at least one aliphatic alcohol. When at least one polyalkylene glycol is present in the oral dosage form, then the combined weight of the at least one aliphatic alcohol and the at least one polyalkylene glycol preferably constitutes between 20% and 50% (by wt) of the total dosage.

In one preferred embodiment, the controlled release composition comprises from about 5 to about 25% acrylic resin and from about 8 to about 40% by weight aliphatic alcohol by weight of the total dosage form. A particularly preferred acrylic resin comprises Eudragit® RS PM, commercially available from Rohm Pharma.

In the present preferred dosage form, the ratio of, e.g., the at least one hydroxyalkyl cellulose or acrylic resin to the at least one aliphatic alcohol/polyalkylene

12                 200.93311CON

glycol determines, to a considerable extent, the release
rate of the oxycodone from the formulation.  A ratio of
the at least one hydroxyalkyl cellulose to the at least
one aliphatic alcohol/polyalkylene glycol of between 1:2
5  and 1:4 is preferred, with a ratio of between 1:3 and 1:4
being particularly preferred.

The at least one polyalkylene glycol may be, for
example, polypropylene glycol or, which is preferred,
polyethylene glycol.  The number average molecular weight
10  of the at least one polyalkylene glycol is preferred
between 1000 and 15000 especially between 1500 and 12000.

Another suitable controlled release matrix would
comprise an alkylcellulose (especially ethyl cellulose),
a $C_{12}$ to $C_{36}$ aliphatic alcohol and, optionally, a poly-
15  alkylene glycol.

In addition to the above ingredients, a controlled
release matrix may also contain suitable quantities of
other materials, e.g. diluents, lubricants, binders,
granulating aids, colorants, flavorants and glidants that
20  are conventional in the pharmaceutical art.

As an alternative to a controlled release matrix,
the present matrix may be a normal release matrix having
a coat that controls the release of the drug.  In par-
ticularly preferred embodiments of this aspect of the
25  invention, the present dosage form comprises film coated
spheroids containing active ingredient and a non-water
soluble spheronising agent.  The term spheroid is known
in the pharmaceutical art and means a spherical granule
having a diameter of between 0.5 mm and 2.5 mm especially
30  between 0.5 mm and 2 mm.

The spheronising agent may be any pharmaceutically
acceptable material that, together with the active in-
gredient, can be spheronised to form spheroids.  Micro-
crystalline cellulose is preferred.

'295 - 19

A suitable microcrystalline cellulose is, for
example, the material sold as Avicel PH 101 (Trade Mark,
FMC Corporation).  According to a preferred aspect of the
present invention, the film coated spheroids contain
5    between 70% and 99% (by wt), especially between 80% and
95% (by wt), of the spheronising agent, especially
microcrystalline cellulose.

In addition to the active ingredient and spheron-
ising agent, the spheroids may also contain a binder.
10   Suitable binders, such as low viscosity, water soluble
polymers, will be well known to those skilled in the
pharmaceutical art.  However, water soluble hydroxy lower
alkyl cellulose, such as hydroxy propyl cellulose, are
preferred.  Additionally (or alternatively) the spheroids
15   may contain a water insoluble polymer, especially an
acrylic polymer, an acrylic copolymer, such as a
methacrylic acid-ethyl acrylate copolymer, or ethyl
cellulose.

The spheroids are preferably film coated with a
20   material that permits release of the oxycodone (or salt)
at a controlled rate in an aqueous medium.  The film coat
is chosen so as to achieve, in combination with the other
ingredients, the in-vitro release rate outlined above
(between 12.5% and 42.5% (by wt) release after 1 hour,
25   etc.).

The film coat will generally include a water
insoluble material such as

(a) a wax, either alone or in admixture with a fatty
alcohol,
30      (b) shellac or zein,

(c) a water insoluble cellulose, especially ethyl
cellulose,

(d) a polymethacrylate, especially Eudragit®.

Preferably, the film coat comprises a mixture of the
35   water insoluble material and a water soluble material.

14                    200.93311CON

The ratio of water insoluble to water soluble material is
determined by, amongst other factors, the release rate
required and the solubility characteristics of the
materials selected.

5          The water soluble material may be, for example,
polyvinylpyrrolidone or, which is preferred, a water
soluble cellulose, especially hydroxypropylmethyl
cellulose.

          Suitable combinations of water insoluble and water
10   soluble materials for the film coat include shellac and
polyvinylpyrrolidone or, which is preferred, ethyl
cellulose and hydroxypropylmethyl cellulose.

          In order to facilitate the preparation of a solid,
controlled release, oral dosage form according to this
15   invention there is provided, in a further aspect of the
present invention, a process for the preparation of a
solid, controlled release, oral dosage form according to
the present invention comprising incorporating hydro-
morphone or a salt thereof in a controlled release
20   matrix. Incorporation in the matrix may be effected, for
example, by

          (a)  forming granules comprising at least one water
soluble hydroxyalkyl cellulose and oxycodone or a
oxycodone salt,
25          (b)  mixing the hydroxyalkyl cellulose containing
granules with at least one $C_{12}$-$C_{36}$ aliphatic alcohol, and
          (c)  optionally, compressing and shaping the
granules. Preferably, the granules are formed by wet
granulating the hydroxyalkyl cellulose/oxycodone with
30   water. In a particularly preferred embodiment of this
process, the amount of water added during the wet
granulation step is preferably between 1.5 and 5 times,
especially between 1.75 and 3.5 times, the dry weight of
the oxycodone.

The present solid, controlled release, oral dosage form may also be prepared, in the form of film coated spheroids, by

    (a)  blending a mixture comprising oxycodone or a
5  oxycodone salt and a non-water soluble spheronising agent,

    (b)  extruding the blended mixture to give an extrudate,

    (c)  spheronising the extrudate until spheroids are
10  formed, and

    (d)  coating the spheroids with a film coat.

The present solid, controlled release, oral dosage form and processes for its preparation will now be described by way of example only.

15

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following examples illustrate various aspects of the present invention. They are not meant to be construed to limit the claims in any manner whatsoever.

20

### EXAMPLE 1

### Controlled Release Oxycodone HCl 30 mg Tablets
### – Aqueous Manufacture

The required quantities of oxycodone hydrochloride,
25  spray-dried lactose, and Eudragit® RS PM are transferred into an appropriate-size mixer, and mixed for approximately 5 minutes. While the powders are mixing, the mixture is granulated with enough water to produce a moist granular mass. The granules are then dried in a
30  fluid bed dryer at 60°C, and then passed through an 8-mesh screen. Thereafter, the granules are redried and pushed through a 12-mesh screen. The required quantity of stearyl alcohol is melted at approximately 60-70°C, and while the granules are mixing, the melted stearyl



16                    200.93311CON

alcohol is added. The warm granules are returned to the mixer.

The coated granules are removed from the mixer and allowed to cool. The granules are then passed through a

5    12-mesh screen. The granulate is then lubricated by mixing the required quantity of talc and magnesium stearate in a suitable blender. Tablets are compressed to 375 mg in weight on a suitable tableting machine. The formula for the tablets of Example 1 is set forth in

10   Table 1 below:

TABLE 1

Formula of Oxycodone HCl 30-mg Tablets

| Component | mg/Tablet | % (by wt) |
|---|---|---|
| Oxycodone Hydrochloride | 30.0 | 8 |
| Lactose (spray-dried) | 213.75 | 57 |
| Eudragit® RS PM | 45.0 | 12 |
| Purified Water | q.s* | -- |
| Stearyl Alcohol | 75.0 | 20 |
| Talc | 7.5 | 2 |
| Magnesium Stearate | 3.75 | 1 |
| Total: | 375.0 | 100 |

*Used in manufacture and remains in final product as residual quantity only.

25   The tablets of Example 1 are then tested for dissolution via the USP Basket Method, 37°C, 100 RPM, first hour 700 ml gastric fluid at pH 1.2, then changed to 900 ml at 7.5. The results are set forth in Table 2 below:

TABLE 2

Dissolution of Oxycodone 30 mg Controlled Release Tablets

| Time | % Oxycodone Dissolved |
|---|---|
| 1 | 33.1 |
| 2 | 43.5 |
| 4 | 58.2 |
| 8 | 73.2 |
| 12 | 81.8 |
| 18 | 85.8 |
| 24 | 89.2 |

'295 - 23

17                    200.93311CON

## EXAMPLE 2
## Controlled Oxycodone HCl 10 mg
## Release Tablets – Organic Manufacture

The required quantities of oxycodone hydrochloride
5   and spray dried lactose are transferred into an appro-
priate sized mixer and mix for approximately 6 minutes.
Approximately 40 percent of the required Eudragit® RS PM
powder is dispersed in Ethanol.  While the powders are
mixing, the powders are granulated with the dispersion
10  and the mixing continued until a moist granular mass is
formed.  Additional ethanol is added if needed to reach
granulation end point.  The granulation is transferred to
a fluid bed dryer and dried at 30°C; and then passed
through a 12-mesh screen.  The remaining Eudragit® RS PM
15  is dispersed in a solvent of 90 parts ethanol and 10
parts purified water; and sprayed onto the granules in
the fluid bed granulator/dryer at 30°C.  Next, the granu-
late is passed through a 12-mesh screen.  The required
quantity of stearyl alcohol is melted at approximately
20  60-70°C.  The warm granules are returned to the mixer.
While mixing, the melted stearyl alcohol is added.  The
coated granules are removed from the mixer and allowed to
cool.    Thereafter, they are passed through a 12-mesh
screen.

25      Next, the granulate is lubricated by mixing the
required quantities of talc and magnesium stearate in a
suitable blender.  The granulate is then compressed to
125 mg tablets on a suitable tableting machine.

The formula for the tablets of Example 2 (10 mg con-
30  trolled release oxycodone) is set forth in Table 3 below:



18                  200.93311CON

## Table 3
### Formula of Oxycodone HCl 10 mg Controlled Release Tablets

| Component | Mg/Tablet | Percent (by wt) |
|---|---|---|
| Oxycodone hydrochloride | 10.00 | 8 |
| Lactose (spray-dried) | 71.25 | 57 |
| Eudragit® RS PM | 15.00 | 12 |
| Ethanol | q.s.* | -- |
| Purified Water | q.s.* | -- |
| Stearyl Alcohol | 25.00 | 20 |
| Talc | 2.50 | 2 |
| Magnesium stearate | 1.25 | 1 |
| Total: | 125.00 mg | 100 |

5

10

*Used only in the manufacture and remains in final product as residual quantity only.

15    The tablets of Example 2 are then tested for dissolution via USP Basket Method at 37°C, 100 RPM, first hour 700 ml simulated gastric (pH 1.2) then changed to 900 ml at pH 7.5.

20    The results are set forth in Table 4 below:

## Table 4
### Dissolution of Oxycodone 10 mg
### Controlled Release Tablets

| Hour | % Dissolved |
|---|---|
| 1 | 35.9 |
| 2 | 47.7 |
| 4 | 58.5 |
| 8 | 67.7 |
| 12 | 74.5 |
| 18 | 76.9 |
| 24 | 81.2 |

25

30

'295 - 25

19                    200.93311CON

## EXAMPLES 3 - 4
### Controlled Release Oxycodone
### 10 and 20 mg Tablets (Aqueous Manufacture)

Eudragit® RS 30D and Triacetin® are combined while
5   passing though a 60 mesh screen, and mixed under low
shear for approximately 5 minutes or until a uniform
dispersion is observed.

Next, suitable quantities of Oxycodone HCl, lactose,
and povidone are placed into a fluid bed granulator/dryer
10  (FBD) bowl, and the suspension sprayed onto the powder in
the fluid bed. After spraying, the granulation is passed
through a #12 screen if necessary to reduce lumps. The
dry granulation is placed in a mixer.

In the meantime, the required amount of stearyl
15  alcohol is melted at a temperature of approximately 70°C.
The melted stearyl alcohol is incorporated into the
granulation while mixing. The waxed granulation is
transferred to a fluid bed granulator/dryer or trays and
allowed to cool to room temperature or below. The cooled
20  granulation is then passed through a #12 screen. There-
after, the waxed granulation is placed in a mixer/blender
and lubricated with the required amounts of talc and
magnesium stearate for approximately 3 minutes, and then
the granulate is compressed into 125 mg tablets on a
25  suitable tableting machine.

The formula for the tablets of Example 3 is set
forth in Table 5 below:

20                    200.93311CON

### Table 5
#### Formula of Controlled Release Oxycodone 10 mg Tablets

| Component | Mg/Tablet | %(by wt) |
|---|---|---|
| Oxycodone Hydrochloride | 10.0 | 8.0 |
| Lactose (spray dried) | 69.25 | 55.4 |
| Povidone | 5.0 | 4.0 |
| Eudragit® RS 30D (solids) | 10.0* | 8.0 |
| Triacetin® | 2.0 | 1.6 |
| Stearyl Alcohol | 25.0 | 20.0 |
| Talc | 2.5 | 2.0 |
| Magnesium Stearate | 1.25 | 1.0 |
| Total: | 125.0 | 100.0 |

    *Approximately 33.33 mg Eudragit® RS 30D Aqueous
dispersion is equivalent to 10 mg of Eudragit® RS 30D dry
substance.

    The tablets of Example 3 are then tested for dis-
solution via the USP Basket Method at 37°C, 100 RPM,
first hour 700 ml simulated gastric fluid at pH 1.2, then
changed to 900 ml at pH 7.5.  The results are set forth
in Table 6 below:

### Table 6
#### Dissolution of Oxycodone 10 mg
#### Controlled Release Tablets

| Hour | % Oxycodone Dissolved |
|---|---|
| 1 | 38.0 |
| 2 | 47.5 |
| 4 | 62.0 |
| 8 | 79.8 |
| 12 | 91.1 |
| 18 | 94.9 |
| 24 | 98.7 |

    The formula for the tablets of Example 4 is set
forth in Table 7 below:

'295 - 27

21                    200.93311CON

### Table 7

#### Formula of Controlled Release Oxycodone 20 mg Tablets

| Component | Mg/Tablet |
|---|---|
| Oxycodone Hydrochloride | 20.0 |
| Lactose (spray dried) | 59.25 |
| Povidone | 5.0 |
| Eudragit® RS 30D (solids) | 10.0* |
| Triacetin® | 2.0 |
| Stearyl Alcohol | 25.0 |
| Talc | 2.5 |
| Magnesium Stearate | 1.25 |
| Total: | 125.0 |

The tablets of Example 4 are then tested for dissolution via the USP Basket Method at 37°C, 100 RPM, first hour 700 ml simulated gastric fluid at pH 1.2, then changed to 900 ml at pH 7.5. The results are set forth in Table 8 below:

### Table 8

#### Dissolution of Oxycodone 20 mg Controlled Release Tablets

| Hour | % Oxycodone Dissolved |
|---|---|
| 1 | 31 |
| 2 | 44 |
| 4 | 57 |
| 8 | 71 |
| 12 | 79 |
| 18 | 86 |
| 24 | 89 |

### EXAMPLES 5-6

In Example 5, 30 mg controlled release oxycodone hydrochloride tablets are prepared according to the process set forth in Example 1.

'295 - 28

22                200.93311CON

In Example 6, 10 mg controlled release oxycodone hydrochloride tablets are prepared according to the process set forth in Example 2.

Thereafter, dissolution studies of the tablets of
5  Examples 5 and 6 are conducted at different pH levels, namely, pH 1.3, 4.56, 6.88 and 7.5.

The results are provided in Tables 9 and 10 below:

### Table 9 - Example 5
#### Percentage Oxycodone HCl
10  #### 30 mg Tablets Dissolved Over Time

| pH | 1 | 2 | 4 | 8 | 12 | 18 | 24 |
|---|---|---|---|---|---|---|---|
| 1.3 | 29.5 | 43.7 | 61.8 | 78.9 | 91.0 | 97.0 | 97.1 |
| 4.56 | 34.4 | 49.1 | 66.4 | 82.0 | 95.6 | 99.4 | 101.1 |
| 6.88 | 33.8 | 47.1 | 64.4 | 81.9 | 92.8 | 100.5 | 105.0 |
| 7.5 | 27.0 | 38.6 | 53.5 | 70.0 | 81.8 | 89.7 | 96.6 |

### Table 10 - Example 6
#### Percentage Oxycodone HCl - 10 mg
20  #### Tablets Dissolved Over Time

| pH | 1 | 2 | 4 | 8 | 12 | 18 | 24 |
|---|---|---|---|---|---|---|---|
| 1.3 | 25.9 | 41.5 | 58.5 | 73.5 | 85.3 | 90.7 | 94.2 |
| 4.56 | 37.8 | 44.2 | 59.4 | 78.6 | 88.2 | 91.2 | 93.7 |
| 6.88 | 34.7 | 45.2 | 60.0 | 75.5 | 81.4 | 90.3 | 93.9 |
| 7.5 | 33.2 | 40.1 | 51.5 | 66.3 | 75.2 | 81.7 | 86.8 |

### EXAMPLES 7—12

In Examples 7—12, 4 mg and 10 mg oxycodone HCl tablets were prepared according to the formulations and
30  methods set forth in the assignee's U.S. Patent No. 4,990,341.

In Example 7, oxycodone hydrochloride (10.00 gm) was wet granulated with lactose monohydrate (417.5 gm) and hydroxyethyl cellulose (100.00 gm), and the granules were
35  sieved through a 12 mesh screen. The granules were then



'295 - 29

23                    200.93311CON

dried in a fluid bed dryer at 50° C and sieved through a
16 mesh screen.

   Molten cetostearyl alcohol (300.0 gm) was added to
the warmed oxycodone containing granules, and the whole
5  was mixed thoroughly.  The mixture was allowed to cool in
the air, regranulated and sieved through a 16 mesh
screen.

   Purified Talc (15.0 gm) and magnesium stearate (7.5
gm) were then added and mixed with the granules.  The
10 granules were then compressed into tablets.

   Example 8 is prepared in the same manner as Example
7; however, the formulation includes 10 mg oxycodone
HCl/tablet.  The formulas for Examples 7 and 8 are set
forth in Tables 11 and 12, respectively.

15

### Table 11
### Formulation of Example 7

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 4.0 | 10.0 |
| Lactose monohydrate | 167.0 | 417.5 |
| Hydroxyethylcellulose | 40.0 | 100.0 |
| Cetostearyl alcohol | 120.0 | 300.0 |
| Purified talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

25

### Table 12
### Formulation of Example 8

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 10.0 | 25.0 |
| Lactose monohydrate | 167.0 | 417.5 |
| Hydroxyethylcellulose | 40.0 | 100.0 |
| Cetostearyl alcohol | 120.0 | 300.0 |
| Talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

35



24                    200.93311CON

In Example 9, 4 mg oxycodone HCl controlled release
tablets are prepared according to the excipient formula
cited in Example 2 of U.S. Patent No. 4,990,341.  The
method of manufacture is the same as set forth in Examp-
les 7 and 8 above.  Example 10 is prepared according to
Example 9, except that 10 mg oxycodone HCl is included
per tablet.  The formulas for Examples 9 and 10 are set
forth in Tables 13 and 14, respectively.

### Table 13
#### Formulation of Example 9

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 4.0 | 10.0 |
| Anhydrous Lactose | 167.0 | 417.5 |
| Hydroxyethylcellulose | 30.0 | 75.0 |
| Cetostearyl alcohol | 90.0 | 225.0 |
| Talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

### Table 14
#### Formulation of Example 14

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 10.0 | 25.0 |
| Hydrous lactose | 167.0 | 417.5 |
| Hydroxyethylcellulose | 30.0 | 75.0 |
| Cetostearyl alcohol | 90.0 | 225.0 |
| Talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

In Example 11, oxycodone 4 mg controlled release
tablets are prepared with the same excipient formula
cited in Example 3 of U.S. patent No. 4,990,341.

Oxycodone hydrochloride (32.0 gm) was wet granulated
with lactose monohydrate (240.0 gm) hydroxyethyl cellu-
lose (80.0 gm) and methacrylic acid copolymer (240.0 gm,
Eudragit® L-100-55), and the granules were sieved through



a 12 mesh screen.  The granules were then dried in a
Fluid Bed Dryer at 50º C and passed through a 16 mesh
screen.

    The warmed oxycodone containing granules was added
5   molten cetostearyl alcohol (240.0 gm), and the whole was
mixed thoroughly.  The mixture was allowed to cool in the
air, regranulated and sieved through a 16 mesh screen.
The granules were then compressed into tablets.

    Example 12 is prepared in identical fashion to
10   Example 11, except that 10 mg oxycodone HCl is included
per tablet.  The formulations for Examples 11 and 12 are
set forth in Tables 15 and 16, respectively.

### Table 15
#### Formulation of Example 11

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 4.0 | 32.0 |
| Lactose monohydrate | 30.0 | 240.5 |
| Hydroxyethylcellulose | 10.0 | 80.0 |
| Methacrylic acid copolymer | 30.0 | 240.0 |
| Cetostearyl alcohol | 30.0 | 240.0 |

### Table 16
#### Formulation of Example 12

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 10.0 | 80.0 |
| Lactose monohydrate | 30.0 | 240.5 |
| Hydroxyethylcellulose | 10.0 | 80.0 |
| Methacrylic acid copolymer | 30.0 | 240.0 |
| Cetostearyl alcohol | 30.0 | 240.0 |

30    Next, dissolution studies were conducted on the
tablets of Examples 7—12 using the USP basket method as
described in the U.S. Pharmacopoeia XXII (1990).  The
speed was 100 rpm, the medium was simulated gastric fluid
35   for the first hour followed by simulated intestinal fluid



'295 - 32

26                  200.93311CON

thereafter, at a temperature of 37° C.  Results are given
in Table 17.

### TABLE 17
### DISSOLUTION STUDIES OF EXAMPLES 7-12

| Time (hrs) | % Oxycodone Dissolved | | | | | |
|---|---|---|---|---|---|---|
|  | Ex. 7 | Ex. 8 | Ex. 9 | Ex. 10 | Ex. 11 | Ex. 12 |
| 1 | 23.3 | 25.5 | 28.1 | 29.3 | 31.3 | 40.9 |
| 2 | 35.6 | 37.5 | 41.5 | 43.2 | 44.9 | 55.6 |
| 4 | 52.9 | 56.4 | 61.2 | 63.6 | 62.1 | 74.2 |
| 8 | 75.3 | 79.2 | 83.7 | 88.0 | 82.0 | ·93.9 |
| 12 | 90.7 | 94.5 | 95.2 | 100.0 | 91.4 | 100.0 |

### EXAMPLES 13—16
### Clinical Studies

In Examples 13—16, randomized crossover bioavail-
ability studies were conducted employing the formulation
of Examples 2 (organic manufacture) and 3 (aqueous
manufacture).

In Example 13, a single dose fast/fed study was
conducted on 24 subjects with oxycodone tablets prepared
according to Example 3.

In Example 14, a steady-state study was conducted on
23 subjects after 12 hours with oxycodone tablets pre-
pared according to Example 2, and compared to a 5 mg
oxycodone immediate-release solution.

In Example 15, a single dose study was conducted on
22 subjects using oxycodone tablets prepared according to
Example 3, and compared to a 20 mg oxycodone immediate
release solution.

In Example 16, a 12 subject single-dose study was
conducted using 3 x 10 mg oxycodone tablets prepared
according to Example 3, and compared to a 30 mg oxycodone
immediate release solution.

27                    200.93311CON

The results of Examples 13—16 are set forth in Table 18.

### Table 18

| Example | Dosage | AUC ng/ml/hr | Cmax ng/ml | Tmax hr |
|---------|--------|--------------|------------|---------|
| 13 | 10 mg CR Fast | 63 | 6.1 | 3.8 |
| | 10 mg CR Fed | 68 | 7.1 | 3.6 |
| 14 | 5 mg IR q6h | 121 | 17 | 1.2 |
| | 10 mg CR q12h | 130 | 17 | 3.2 |
| 15 | 20 mg IR | 188 | 40 | 1.4 |
| | 2 x 10 mg CR | 197 | 18 | 2.6 |
| 16 | 30 mg IR | 306 | 53 | 1.2 |
| | 3 x 10 mg CR | 350 | 35 | 2.6 |
| | 30 mg CR | 352 | 36 | 2.9 |

IR denotes immediate-release oxycodone solution.
CR denotes controlled-release tablets

### EXAMPLE 17
### CLINICAL STUDIES

In Example 17, a single dose, double blind, random-
ized study determined the relative analgesic efficacy,
the acceptability, and relative duration of action of an
oral administration of controlled release oxycodone 10,
20 and 30 mg prepared according to the present invention
(CR OXY) compared to immediate release oxycodone 15 mg
(IR OXY), immediate release oxycodone 10 mg in combina-
tion with acetaminophen 650 mg (IR OXY/APAP) and placebo
in 180 patients with moderate or severe pain following
abdominal or gynecological surgery.  Patients rated their
pain intensity and pain relief hourly for up to 12 hours
postdosing.  Treatments were compared using standard
scales for pain intensity and relief, and onset and
duration of pain relief.

All active treatments were significantly superior to
placebo for many of the hourly measures, and for sum pain



'295 - 34

28                    200.93311CON

intensity differences (SPID) and total pain relief
(TOTPAR). A dose response was seen among the 3 dose
levels of CR OXY for pain relief and peak pain intensity
difference (PID), with CR OXY 20mg and 30 mg being
5   significantly better than the 10 mg dose. IR OXY was
significantly superior to CR OXY 10 mg at hr 1 and 2. IR
OXY/APAP was significantly superior to the 3 doses of CR
OXY at hr 1, and to CR OXY 10 mg at hrs 2 through 5.
Onset time was significantly shorter for the IR OXY and
10  IR OXY/APAP treatment groups in comparison to the 3 CR
OXY treatments. The distribution functions for duration
of relief revealed significantly longer duration of
relief for the three CR OXY doses than for IR OXY and IR
OXY/APAP. No serious adverse experiences were reported.
15  The results are more particularly reported in Table 19
below.

TABLE 19
PATIENT DISPOSITION
20                    TREATMENT GROUP

|  | IR OXY | | ----CR OXY---- | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | 15mg | PLACEBO | 10mg | 20mg | 30mg | 2 PERC* | TOTAL |
| 25 Enrolled and Randomized to Study Treatment | 31 | 31 | 30 | 30 | 30 | 30 | 182 |
| 30 Entered the Study Treatment Phase | 31 | 31 | 30 | 30 | 30 | 30 | 182 |
| Completed the Study | 31 | 30 | 30 | 30 | 30 | 30 | 181 |
| 35 Discontinued from the Study | 0 | 1 | 0 | 0 | 0 | 0 | 1 |

40

'295 - 35

29                    200.93311CON

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| Excluded from Efficacy Analysis −Vomited prior to 1 hr post dose | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| −Inadvertently received rescue during study | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Analysis Population: −Evaluable for Safety and Efficacy | 30 | 30 | 30 | 30 | 30 | 30 | 180 |
| −Evaluable for Safety | 31 | 31 | 30 | 30 | 30 | 30 | 182 |

˙ 2 tablets of Percocet®

The time-effect curves for pain intensity, pain intensity differences and pain relief are shown in Figures 1-4. CR OXY 10 mg had significantly ($p < .05$) lower pain intensity scores than the placebo-treated patients at hours 3-11 and lower pain scores than IR OXY 15 mg and Percocet® at hour 10. CR OXY 20 mg has significantly ($p < .05$) lower pain intensity scores compared to placebo at hours 2 – 11 and significantly ($p < .05$) lower pain scores than CR OXY 10 mg, IR OXY 15 mg and Percocet at hours 9-11. CR OXY 30 mg had significantly ($p < .05$) lower pain scores than placebo at hours 2-11 and lower pain scores than CR OXY 10 mg at hours 2, 3, and 5 and lower scores than Percocet® at hour 10.

For hourly pain relief scores categorical and visual analog scales (CAT and VAS), CR OXY 10 mg had significantly ($p < .05$) higher pain relief scores than placebo at hours 3-11 and higher relief scores than IR OXY and Percocet® at hour 10 (and Percocet® at hour 11). CR OXY 20 mg had significantly ($p < .05$) higher relief scores than placebo at hours 2-12 and higher relief scores than



30                    200.93311CON

Percocet® at hours 9-12.  In addition, CR OXY had sig-
nificantly (p < .05) higher pain relief than IR OXY at
hours 10-12.  CR OXY 30 mg had significantly (p < .05)
higher pain relief scores than placebo at hours 2-12 and
5    higher scores than Percocet® at hours 9-12 and IR OXY 15
mg at hour 10.
        Each treatment group was significantly (p < .05)
better than placebo with respect to the sum of the pain
intensity differences (SPID) and total pain relief
10   (TOTPAR).
        Duration of pain relief as measured by the patient
stopwatch method showed that CR OXY 10 mg, 20 mg and 30
mg had significantly (p < .05) longer duration of action
compared to IR OXY 15 mg and 2 tablets Percocet®.  In
15   addition, the three controlled-release formulations had
significantly (p < .05) longer times to remedication
compared to Percocet®.
        Before remedication, a total of 104 (57%) of
patients reported 120 adverse experiences.  The most
20   common were somnolence, fever, dizziness and headache.
        Based upon the results of this study it is concluded
that the controlled release oxycodone formulations of the
present invention relieve moderate to severe post-
operative pain, e.g., due to abdominal or gynecological
25   surgery in women.  There is a dose response noted in
which placebo < 10 mg < 20 mg < 30 mg CR OXY following a
single dose.  Onset of action occurred in one hour with
peak effects noted from 2 to 5 hours and a duration of
effect from 10 to 12 hours.  In the chronic pain situa-
30   tion steady state dosing may prolong this effect.  Side
effects are expected and easily managed.  Headache may be
related to dose.  Dizziness and somnolence were reported.
        IR OXY 15 mg has an intermediate peak effect
compared to controlled release oxycodone.  Its duration
35   of action is shorter (6-8 hours). Percocet® is quite



effective in terms of onset, peak effect and safety.  The
duration of action is 6-8 hours.

    In summary, CR OXY was clearly an effective oral
analgesic, with a slower onset but a longer duration of

5   effect than either IR OXY or IR OXY/APAP.

## EXAMPLE 18
### CLINICAL STUDIES

    In Example 18, a steady state crossover trial was

10  conducted in 21 normal male subjects comparing

    a.   CR OXY 10 mg administered every 12 hours
(q12h); and

    b.   Roxicodone® oral solution 5 mg (ROX)
administered every 6 hours (q6h),

15    Treatment (b) was the study reference standard.  The
average age was 34 years, height 176 cm and weight 75 kg.
No unusual features were noted about the group.

    Figure 5 shows the mean plasma oxycodone concen-
trations for the two formulations over the 12 hour dosing

20  interval.  The results are summarized in Table 18 in
terms of mean values, ratios of mean values and 90%
confidence intervals.

    As inspection of Table 18 reveals, with one excep-
tion, no significant differences were detected between

25  the two formulations.  The single exception is the mean
$t_{max}$ for CR OXY of 3.18 hours which, as expected for a
controlled release formulation, significantly exceeded
the ROX mean of 1.38 hours.  Mean AUC-based bioavail-
ability, (ROX = 100%) was 104.4% with 90% confidence

30  limits of 90.9 to 117.9%.  Thus, the FDA specification of
±20% is met so that the study results support an
assertion of equal oxycodone availability.

32                    200.93311CON

## TABLE 20

### SUMMARY OF PHARMACOKINETIC PARAMETERS FOR OXYCODONE FOLLOWING A SINGLE DOSE OF CR OXY (10mg q12H) AND ROXICODONE® ORAL SOLUTION (5mg q6h)

| PARAMETER | CR OXY | ROXICODONE SOLUTION | OXY/ ROXI (%) | 90% CI* |
|---|---|---|---|---|
| $C_{max}$ (ng/mL) ARITH.MEAN(SD) | 15.11(4.69) | 15.57(4.41) | 97.08 | 85.59-108.50 |
| GEOMETRIC MEAN | 14.43 | 15.01 | 95.14 | |
| $C_{min}$ (ng/mL) ARITH.MEAN(SD) | 6.24(2.64) | 6.47(3.07) | 96.41 | 80.15-112.74 |
| GEOMETRIC MEAN | 5.62 | 5.83 | 96.48 | |
| $t_{max}$ (hrs) ARITH.MEAN (SD) | 3.18(2.21) | 1.38(0.71)* | 230.17 | 160.71-298.71 |
| AUC(0-12 hrs) ARITH. MEAN(SD) | 103.50(40.03) | 99.10(35.04) | 104.44 | 90.92-117.94 |
| GEOMETRIC MEAN | 97.06 | 93.97 | 103.29 | |
| %Swing ARITH.MEAN (SD) | 176.36(139.0) | 179.0(124.25) | 98.53 | 62.06-134.92 |
| %Fluctuation ARITH. MEAN(SD) | 108.69(38.77) | 117.75 (52.47) | 92.22 | 76.81-107.57 |
| End Point ARITH. MEAN(SD) | -1.86(2.78) | -1.86(2.19) | 99.97 | 117.77-22.23 |

*90% Confidence Interval
--Significant Difference p < 0.05

## EXAMPLE 19

### CLINICAL STUDIES

In Example 19, twenty-four normal, healthy male subjects were enrolled in a randomized single-dose two-way crossover study to compare the plasma oxycodone concentrations obtained after dosing with two controlled-release oxycodone 10 mg tablets versus 20 mg (20 ml of 5 mg/5 ml) of immediate release (IR) oxycodone hydrochloride solution. Twenty-three subjects completed the study and were eligible for analysis.



Plasma oxycodone concentrations were determined by a high performance liquid chromatographic procedure. Arithmetic Mean $C_{max}$, $t_{max}$, AUC, and half-lives calculated from individual plasma oxycodone concentration-versus-time data are set forth in Table 21:

TABLE 21

| Pharmaco-kinetic Parameter | Reference Product IR Oxycodone 20 mg | Test Product CR Oxycodone 2 x 10 mg | F. (%) | 90% Confidence Interval |
|---|---|---|---|---|
| $C_{max}$ (ng/ml) | 41.60 | 18.62 | 44.75 | 32.5-57.0 |
| $t_{max}$ (hours) | 1.30 | 2.62 | 200.83 | 169.8-232.6 |
| AUC (0-36) (mg x hr/ml) | 194.35 | 199.62 | 102.71 | 89.5-115.9 |
| AUC (0-∞) (ng x hr/ml) | 194.38 | 208.93 | 107.49 | 92.9-121.9 |
| $t_{\frac{1}{2} (elim)}$ (hrs) | 3.21 | 7.98* | 249.15 | 219.0-278.8 |
| $t_{\frac{1}{2} (abs)}$ (hrs) | 0.35 | 0.92* | 264.17 | 216.0-310.7 |

F. % = Oral bioavailability
(CR oxycodone 2 x 10 mg/IR oxycodone 20 mg)
*Statistically significant (p = 0.0001)

For $C_{max}$, $t_{max}$, $t_{\frac{1}{2} (elim)}$ and $t_{\frac{1}{2} (abs)}$ there were statistically significant differences between the CR OXY and IR OXY. There were no statistically significant differences between the two treatments in the extent of absorption [AUC (0,36), AUC (0,∞)]. The 90% confidence