LORD BISSELL ♦ BROOK LLP
ATTORNEYS AT LAW

111 SOUTH WACKER DRIVE I CHICAGO, ILLINOIS 60606-4410
312.443.0700 I 312.443.0336 FAX I WWW.LORDBISSELL.COM

September 4, 2007

Hugh L. Moore

312.443.0284
Fax: 312.896.6284
hmoore@lordbissell.com

**BY E-MAIL**

Mr. John J. Normile
Jones Day
222 East 41st Street
New York, New York 10017-6702

Re: Purdue Pharma L.P. v. Mallinckrodt, Inc.

Dear John:

This confirms our requests at the deposition of Dr. Kaiko on August 31, 2007, that Purdue produce the following documents:

(1) All documents reflecting the "calculations" regarding opiates other than morphine that, the witness testified, he had conducted during his tenure at Sloan-Kettering (rough ASCII transcript, pp. 22-23);

(2) All documents evidencing any request by Purdue to its Canadian counterpart for patient records or other data from the clinical studies underlying the Thirlwell article and/or evidencing transmittal of same by Purdue's Canadian counterpart (ASCII tr., pp. 44-45);

(3) All documents containing the individual patient data that, the witness testified, was used in the alleged survey of dosage ranges of morphine (ASCII tr., p. 67); and

(4) The requests for production and documents served on Purdue in the *Boehringer-Ingelheim* case and the *Endo* case (ASCII tr., pp. 67-68).

ATLANTA   I   CHICAGO   I   LONDON   I   LOS ANGELES   I   NEW YORK   I   WASHINGTON

CHI1 1386251v.1



Mr. John J. Normile
September 4, 2007
Page 2


In light of the briefing schedule on the inequitable conduct issue, we ask that Purdue produce these materials as soon as possible.

Very truly yours,

LORD BISSELL & BROOK LLP

Hugh L. Moore

HLM/sk

cc:   Robert J. Goldman, Ropes & Gray LLP w/encs. (by e-mail)
      John F. Sweeney, Morgan & Finnegan, L.L.P. (by e-mail)
      Chad A. Landmon, Axinn, Veltrop & Harkrider LLP (by e-mail)