USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07 (nb)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>OXYCONTIN ANTITRUST LITIGATION | 04-md-1603 (SHS)<br>This document relates to: |
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC., and<br>PURDUE PHARMACEUTICALS L.P., | Civil Action No.: 1:07 Civ. 03972<br>(SHS) |
| Plaintiffs and Counterclaim Defendants, | |
| v. | |
| KV PHARMACEUTICAL COMPANY and<br>ACTAVIS TOTOWA LLC, | |
| Defendants and Counterclaim Plaintiffs, | |
| And Related Counterclaims. | |
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC., and<br>PURDUE PHARMACEUTICALS L.P., | Civil Action No.: 1:07 Civ. 03973<br>(SHS) |
| Plaintiffs and Counterclaim Defendants, | Civil Action No.: 1:07 Civ. 04810<br>(SHS) |
| v. | |
| KV PHARMACEUTICAL COMPANY, | |
| Defendant and Counterclaim Plaintiff, | |
| And Related Counterclaims. | |
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC., and<br>PURDUE PHARMACEUTICALS L.P., | Civil Action No. 1:06 Civ. 13095<br>(SHS) |
| Plaintiffs, | THIS DOCUMENT WAS FILED<br>ELECTRONICALLY VIA CM/ECF |
| v. | |
| MALLINCKRODT INC., | |
| Defendant. | |

[PROPOSED] ORDER GRANTING PURDUE'S MOTION TO SUPPLEMENT
THE RECORD ON THE ENFORCEABILITY OF ITS PATENTS

Plaintiffs (collectively "Purdue") have moved for leave to supplement the *Endo* trial record as relied upon in this action.

Having considered the submissions of the parties *Purdue, and with no opposition having been made,* and for good cause shown, the Court concludes that Purdue's motion should be, and hereby is, GRANTED.

The following documents are admitted into evidence:

1.      Remand Exhibit 1, a copy of an article by Robert F. Kaiko, *Relationships Between Opioid Disposition and Their Pharmacological Effects – An Overview, 67 Postgrad. Med. J. S44* (1991), pre-marked as trial exhibit DX 3657 but neither offered nor admitted at the *Endo* proceeding.

2.      Remand Exhibit 2, a copy of the cover and pages 1-4, 115-24 from the August 31, 2007 deposition of Dr. Robert F. Kaiko in these actions.

3.      Remand Exhibit 3, a copy of an article by Robert F. Kaiko, titled *The United States experience with oral controlled-release morphine (MS Contin Tablets). Parts I and II. Review of nine dose titration studies and clinical pharmacology of 15-mg, 30-mg, 60-mg and 100-mg tablet strengths in normal subjects*, 63 Cancer 2348 (1989), pre-marked as trial exhibit DX 3147 but neither offered nor admitted at the *Endo* proceeding, and bearing production numbers P235630-36.

4.      Remand Exhibit 4, a copy of a monograph published by the American Pain Society titled *Principles of Analgesic Use in the Treatment of Acute Pain and Cancer Pain* (3d ed. 1992) (the "Pain Society Monograph"), produced in discovery in *Endo* from Purdue's files, bearing production numbers P242407-430.

5.   Remand Exhibit 5, a copy of an article by Eisenach et al., titled *Patient-controlled Analgesia Following Cesarean Section: A Comparison with Epidural and Intramuscular Narcotics*, 68 Anesthesiology 444 (March 1988).

6.   Remand Exhibit 6, an excerpt from the Notification Of Transmittal Of The International Search Report Or The Declaration from PCT Application No. PCT/US92/10146, produced by Purdue in discovery in *Endo* with production numbers P206099-105.

7.   Remand Exhibit 7, a copy of pages 1 and 165 of the August 14, 2002 deposition of Robert F. Reder, M.D. and deposition exhibit DX 1397, bearing production numbers P016176-219, marked and authenticated in the Reder deposition.

8.   Remand Exhibit 8, a copy of pages 1, 3, 5-7, and 16-17 of the June 14, 2002 deposition of Ronald Kaplan, M.D. and deposition exhibit DX 673, entitled Purdue Protocol No. OC91-0402B, *Controlled-Release Oxycodone Tablets (Q12H) vs. Immediate-Release Oxycodone Tablets (Q.I.D.): Comparative Efficacy, Safety and Acceptability in Patients Previously Stabilized on Strong Opioid Analgesics for Chronic Cancer-Related Pain* (June 11, 1991), bearing production numbers RK00743-805, marked and authenticated in the Kaplan deposition.

9.   Remand Exhibit 9, a copy of pages 1, 3, 5-7, and 18-19 of the June 14, 2002 deposition of Ronald Kaplan and deposition exhibit DX 674, entitled Purdue Protocol No. OC91-0402A, *Controlled-Release Oxycodone Tablets (30 mg, Q12H) vs. Immediate-Release Oxycodone Tablets (15 mg, Q.I.D.): Comparative Efficacy, Safety and Acceptability in Patients Previously Stabilized on Fixed-Combination Opioid Analgesics for Chronic Cancer-Related Pain* (June 11, 1991), bearing production numbers P615618-65, marked and authenticated in the Kaplan deposition.

      10.     Remand Exhibit 10, a copy of *Cancer Pain Relief*, World Health Organization

Geneva (2d ed. 1996).

        IT IS SO ORDERED.

Dated: Nov 30, 2007

                                         Sidney H. Stein
                                         United States District Court Judge

3