```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                          :       04 md 1603 (SHS)
                                                        This document relates to:
OXYCONTIN ANTITRUST LITIGATION,                 :       06 Civ. 13095 (SHS)
                                                        07 Civ. 3972 (SHS)
------------------------------------------------------------x       07 Civ. 3973 (SHS)
                                                        07 Civ. 4810 (SHS)


SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that oral argument on whether Purdue engaged in inequitable conduct in procuring the patents in suit will take place on Thursday, December 20, 2007, at 10:00 a.m.


Dated: New York, New York
       December 10, 2007

                                      SO ORDERED:

                                      /s/ Sidney H. Stein
                                      Sidney H. Stein, U.S.D.J.