**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re: OXYCONTIN ANTITRUST LITIGATION**

This Document Relates To:

    Louisiana Wholesale Drug Co., Inc.,
    Civil Action No. 04-CV-00229 (SHS)

    Rochester Drug Cooperative, Inc.,
    Civil Action No. 04-CV-00327 (SHS)

    Meijer, Inc.,
    Civil Action No. 04-CV-00494 (SHS)

    Valley Wholesale Drug Co., Inc.,
    Civil Action No. 04-CV-01014 (SHS)

    SAJ Distributors, Inc.
    Civil Action No. 04-CV-01354 (SHS)

    Walgreen, et.al,
    Civil Action No. 04-CV-01446 (SHS)

    Albertson's, et.al.,
    Civil Action No. 04-CV-09649 (SHS)

    CVS Pharmacy, Inc and Rite Aid Corporation,
    Civil Action No. 04-CV-03719 (SHS)

    NeighborCare, Inc.,
    Civil Action No. 04-CV-03156 (SHS)

    Care Pharmacies, Inc.
    Civil Action No. 04-CV-3890 (SHS)

    Medic Drug, Inc.
    Civil Action No. 04-CV-04574 (SHS)

04-MDL-1603 (SHS)

ECF CASE

---

**DECLARATION OF BRUCE E. GERSTEIN**
**IN SUPPORT OF DIRECT PURCHASER CLASS PLAINTIFFS' AND NON-CLASS**
**PLAINTIFFS' MOTION TO LIFT THE STAY**

I, BRUCE E. GERSTEIN, an attorney duly admitted to practice before the courts of New

York, declares as follows:

1.      I am a partner in the law firm of Garwin, Gerstein & Fisher LLP, Co-Lead

Counsel for Direct Purchaser Class Plaintiffs in the above captioned action.

2.      I submit this Declaration in support of Direct Purchaser Class Plaintiffs' and Non-

Class Plaintiffs' Motion to Lift the Stay of this antitrust litigation, and attach copies of the

following documents:

3.      Exhibit A: MANUAL OF PATENT EXAMINING PROCEDURE (8th Ed. Sept.

2007 revision) § 2142;

4.      Exhibit B:  The Patent and Trademark Office's rejection of claims 1-17, dated

April 30, 1992;

5.      Exhibit C:  MANUAL OF PATENT EXAMINING PROCEDURE (8th Ed. Sept.

2007 revision) § 716.01(a);

6.      Exhibit D:  Response of Steinberg and Raskin to the April 30, 1992 rejection of

claims 1-17, dated October 22, 1992.

7.      Exhibit E:  The Patent and Trademark Office's Examiner Interview Summary

Record discussing claims 1-17, dated November 27, 1991;

8.      Exhibit F:  Declaration of Dr. Robert Francis Kaiko, Vice President, Clinical

Research for the Purdue Federick Company regarding controlled release oxycodone

compositions, dated March 9, 1993.

9.      Exhibit G:  MANUAL OF PATENT EXAMINING PROCEDURE (8th Ed. Sept.

2007 revision) § 716.01(c) ;

10.     Exhibit H:  MANUAL OF PATENT EXAMINING PROCEDURE (8th Ed. Sept.

2007 revision) § 716.02(g);

11.     Exhibit I:  1989 Article authored by Robert F. Kaiko, PhD, *et al*, entitled "The United States Experience with Oral Controlled-Release Morphine (MS Contin Tablets)".

12.     Exhibit J: 1998 Article entitled "Controlled-release oxycodone compared with controlled release morphine in the treatment of cancer pain: a randomized, double-blind, parallel group study".

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of February, 2008.


/s/ Bruce E. Gerstein
Bruce E. Gerstein