# EXHIBIT B



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/800,549 | 11/27/91 | OSHLACK | B | 91-318 |

| EXAMINER |
|---|
| SPEAR, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1502 | 2 |

DATE MAILED: 04/30/92

STEINBERG & RASKIN
1140 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

[X] This application has been examined  [X] Responsive to communication filed on 11-27-1991  [ ] This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. [X] Notice of References Cited by Examiner, PTO-892.    2. [ ] Notice re Patent Drawing, PTO-948.
3. [ ] Notice of Art Cited by Applicant, PTO-1449.    4. [ ] Notice of Informal Patent Application, Form PTO-152.
5. [ ] Information on How to Effect Drawing Changes, PTO-1474.    6. [ ] _____

**Part II    SUMMARY OF ACTION**

1. [X] Claims __1 – 17__ _____ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. [ ] Claims _____ have been cancelled.

3. [ ] Claims _____ are allowed.

4. [X] Claims __1 – 17__ _____ are rejected.

5. [ ] Claims _____ are objected to.

6. [ ] Claims _____ are subject to restriction or election requirement.

7. [ ] This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. [ ] Formal drawings are required in response to this Office action.

9. [ ] The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are [ ] acceptable. [ ] not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. [ ] The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been [ ] approved by the examiner. [ ] disapproved by the examiner (see explanation).

11. [ ] The proposed drawing correction, filed on _____, has been [ ] approved. [ ] disapproved (see explanation).

12. [ ] Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has [ ] been received [ ] not been received
    [ ] been filed in parent application, serial no. _____; filed on _____

13. [ ] Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 193 i C.D. 11; 453 O.G. 213.

14. [ ] Other

Serial No. 800,549                    -2-

Art Unit  1502

The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

A patent may not be obtained though the invention is not
identically disclosed or described as set forth in section
102 of this title, if the differences between the subject
matter sought to be patented and the prior art are such that
the subject matter as a whole would have been obvious at the
time the invention was made to a person having ordinary
skill in the art to which said subject matter pertains.
Patentability shall not be negatived by the manner in which
the invention was made.

Subject matter developed by another person, which qualifies
as prior art only under subsection (f) or (g) of section 102
of this title, shall not preclude patentability under this
section where the subject matter and the claimed invention
were, at the time the invention was made, owned by the same
person or subject to an obligation of assignment to the same
person.

Claims 1-17 are rejected under 35 U.S.C. § 103 as being

unpatentable over Goldie et al. U.S. 4,990,341 in view of Oshlack

U.S. 4,861,598.

Goldie et al. teaches a controlled release oral dosage form

of an analgesic, hydromorphone, wherein the active ingredient is

in a controlled release matrix. See claim 1. Goldie further

teaches peak plasma levels attained between 2.25 and 3.75 hours

per claim 4. The reference further teaches dosage ranges which

are the same as those of applicants. Conventional matrix forming

materials are disclosed in columns 3 and 4. Coating materials

are shown at col. 4, lines 37-45. Conventional granulation

processes are disclosed in the Examples. Although Goldie does

not use oxycodone, both oxycodone and hydromorphone being

Serial No. 800,549                    -3-

Art Unit   1502

derivatives of natural alkaloids with many structural
similarities are considered interchangeable in the matrix
compositions.

Oshlack is relied on for teaching matrix composition as
those of applicants' wherein the active agent is oxycodone.  See
Example II.  Claim 1.

It would have been obvious to one of ordinary skill in the
art to use oxycodone in the Goldie et al. invention.  The
motivation to do so is suggested by a desirability to provide
optimum drug bioavailabilty by controlled release from a matrix
composition.

Claims 1-17 are rejected.

Any inquiry concerning this communication should be directed
to James M. Spear at telephone number (703) 308-2351.

J. Spear/mbb
April 27, 1992

THURMAN K. PAGE
SUPERVISORY PATENT EXAMINER
ART UNIT 152

TO SEPARATE    .O TOP AND BOTTOM EDGES, SNAP—APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 800549 | GROUP ART UNIT 1502 | ATTACHMENT TO PAPER NUMBER 2 |
|---|---|---|---|

NOTICE OF REFERENCES CITED

APPLICANT(S) *OSHLACK et al.*

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| A | | 4861598 | 8-89 | Oshlack | 424 | 470 | / |
| B | | 4990341 | 2-91 | Goldie et al. | 424 | 484 | 4-89 |
| C | | | | | | | |
| D | | | | | | | |
| E | | | | | | | |
| F | | | | | | | |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| L | | | | | | | | | |
| M | | | | | | | | | |
| N | | | | | | | | | |
| O | | | | | | | | | |
| P | | | | | | | | | |
| Q | | | | | | | | | |

**OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)**

| R | |
| S | |
| T | |
| U | |

| EXAMINER James M. Spear | DATE 4-18-92 |

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)