# EXHIBIT F



91-318

## UNITED STATES PATENT AND TRADEMARK OFFICE

Examiner: J. Spear  Art Unit: 1502

Re: Application of:  Benjamin OSHLACK, et al.

  Serial No.:   07/800,549

  Filed:    November 27, 1991

  For:     CONTROLLED RELEASE OXYCODONE
          COMPOSITIONS

## DECLARATION OF DR. ROBERT FRANCIS KAIKO

*RECEIVED*
*APR 0 8 1993*
*GROUP 1450*

Dr. Robert Francis Kaiko declares as follows:

1. My full name is Robert Francis Kaiko.  I reside at 150 Norfield Woods Road, Weston, Connecticut, U.S.A. 06883.

2. I am currently Vice-President, Clinical Research for the Purdue Frederick Company, Norwalk, Connecticut, U.S.A., where, among other duties, I am responsible for supervising project leaders regarding the planning, conducting and reporting of clinical research activities involving analgesic drugs.

3. As can be ascertained from my attached Curriculum Vitae, I received a Bachelors of Science Degree in Pharmacy from the University of Connecticut in 1970 and a Doctorate in Pharmacology from the Cornell University Graduate School of Medical Sciences in New York in 1974.  Thereafter, I undertook a Post-Doctoral Research Fellowship at the Cornell University Medical College, Department of Pharmacology during the years 1975-1976.

4. Between 1974 and 1985, I held research and academic appointments in the Analgesic Studies Section of the Memorial Sloan-Kettering Cancer Center, as well as the Department of Pharmacology, Cornell University Medical College.  Within the Analgesic Studies Section, I initially established a clinical pharmacokinetics laboratory and subsequently took considerable responsibility for the conduct and reporting of the evaluation of

a wide variety of analgesics in cancer patients. My primary responsibility at Cornell University Medical College was the education of medical students in the clinical pharmacology of opioid analgesics.

5. I have been active in numerous scientific and medical societies and I served as President of the Eastern Pain Association in 1988-1989. Currently, I am on the Board of Directors of the Eastern Pain Association. I have also served more than five years on the American Society for Clinical Pharmacology and Therapeutics Analgesiology Sections Committee on the (US) FDA Guidelines for the Clinical Evaluation of Analgesic Drugs. I have also served as a consultant to the Food and Drug Administration, the Drug Abuse Advisory Board, the World Health Organization, the National Cancer Institute, and the National Institute on Aging. I am often called upon to participate in regional, national, and international scientific and medical education and research forums.

6. I am also a peer reviewer for several journals. More particularly, I have been a Board Member of Pain and Analgesia, PRN Forum, Contributing Editor of Journal of Pain and Symptom Management, Cancer Pain Release, and a reviewer for Journal of Pharmaceutical Sciences, Pharmacotherapy, Drugs, Drug Bulletin, American Journal of Medicine.

7. I have authored more than 75 reviewed articles and more than 115 abstracts, most of which relate to the clinical pharmacology of a wide variety of analgesic medications.

8. Many of my publications are directed to the pharmacologic effects of opioid analgesics in humans, and over 50 of my publications are directed to the results of clinical studies concerning morphine in various formulations. These articles address various aspects of the pharmacokinetics and pharmacodynamics of morphine in humans, e.g., plasma concentrations of morphine, the analgesic

2

effects of morphine, including the length of analgesia obtained by the various formulations tested in these clinical studies.

9.   I believe that my experience as detailed above and in my attached curriculum vitae establishes me as an expert in the pharmacology of opioid analgesics.  The discipline of pharmacology encompasses pharmacokinetics which deals with the rates of movement of a drug or its metabolites into the body, among its many compartments, and out of the body (i.e., the absorption, distribution, biotransformation, and excretion of drugs); and pharmacodynamics which deals with the biochemical and physiological effects of drugs and their mechanisms of action.  Operationally, pharmacokinetics may be defined as what the body does to the drug, and pharmacodynamics may be defined as what the drug does to the body.

10.   I have reviewed and am familiar with the subject matter and claims of U.S. Patent Application Serial No. 07/800,549, filed November 27, 1991, entitled "CONTROLLED RELEASE OXYCODONE COMPOSITIONS".  I have also reviewed U.S. Patent No. 4,990,341 (hereinafter referred to as "the Goldie, et al. '341 patent"), U.S. Patent No. 4,861,598 (hereinafter referred to as "the Oshlack '598 patent"), the combination of which I am informed forms the basis of the Examiner's rejection of the claims based on obviousness.

a.   I am aware that the Goldie, et al. '341 patent has been relied upon as teaching a controlled-release matrix formulation for hydromorphone which shows peak plasma levels attained between 2.25 and 3.75 hours, whereas the Oshlack '598 patent has been cited for teaching matrix compositions as those in the present patent application wherein the active agent is oxycodone.  I am further aware that the Examiner has taken the position that it would have been obvious to one of ordinary skill in the art to use oxycodone in the Goldie, et al. '341 patent.

3

b.   The claims of the present patent application are all related in part to the fact that in order to have at least a 12 hour duration of therapeutic activity, the time to reach peak plasma level ($t_{max}$) of oxycodone in an oral controlled-release formulation should be from 2 to 4 hours after administration.  The inventors have further characterized the invention in the claims by way of <u>in vitro</u> release rate, pH and other characteristics.

11.  It is my opinion that one skilled in the art having in-formation concerning the time to reach peak plasma concentration (hereinafter referred to as "the $t_{max}$") and duration of effect for a controlled-release <u>hydromorphone</u> formulation as set forth in the Goldie, et al. '341 patent, could not predict whether a controlled-release <u>oxycodone</u> formulation having a $t_{max}$ in 2-4 hours would also provide a duration of therapeutic effect of at least 12 hours.

a.   It is my further opinion that the teaching of a controlled-release matrix formulation of oxycodone with accompany-ing <u>in vitro</u> dissolution data is not predictive of the $t_{max}$ and the duration of effect which would be achieved with such a formulation <u>in vivo</u>.

12.  One cannot infer that <u>in vitro</u> release characteristics of a formulation for a particular drug giving rise to certain <u>in vivo</u> peak plasma levels and duration of activity (in this case, hydro-morphone as taught in the Goldie, et al. '341 patent) will provide the same duration of activity for another drug (i.e., oxycodone).

13.  The unpredictable correlation between the pharmacokin-etics and pharmacodynamics (referred to in the art as "PK/PD") of a formulation is a basic tenet of pharmacology.

14.  The relationship between the pharmacokinetics and pharma-codynamics of opioid analgesics is particularly complex and unpre-dictable because of many confounding factors.  Opioid receptors occupy peripheral pharmacokinetic compartments rather than the

4

central compartment from which plasma concentrations are sampled, leading to a lag time or disequilibrium between the time-course of plasma opioid levels and the time-action of the opioid. Mathematical modeling has attempted to deal with this disequilibrium, but the results are not predictive among different patients. In addition, different opioid effects are mediated by opioid receptors that are not part of the same pharmacokinetic compartment, but rather are parts of different peripheral pharmacokinetic compartments.

15. Extensive clinical studies are required before regulatory approval of even a close derivative of a well-known drug (e.g., by the (U.S.) FDA).

16. In my publication entitled "Relationships Between Opioid Disposition and Their Pharmacological Effects - An Overview", Postgrad. Med. J., 67 (suppl. 2), 544-549 (1991), which is an overview of opioid pharmacokinetics and their effects, I stated:

> The understanding of the metabolic disposition and pharmacokinetics of opioid analgesics and their relationship to therapeutic and adverse effects ... has provided the beginning of an applied science in this area. Given the experimental nature and complexity of pharmacokinetic/pharmacodynamic relationships and the state of the art in this area, the most meaningful therapeutic conclusions and extrapolations remain those based on the results of the most adequate and well-controlled therapeutic evaluations..."

A copy of my publication is attached as Exhibit 1.

17. With regard to the Oshlack '598 patent, in vitro dissolution data are but one of many factors which must be considered when formulating a particular drug composition, and are often not indicative of in vivo effect. One skilled in the art would not be able to accurately predict whether an oxycodone formulation with

5

the _in vitro_ dissolution taught in the Oshlack '598 patent would provide the pharmacokinetics (including the $t_{max}$) and the pharmacodynamics (including the duration of effect) set forth in the claims of the presently considered patent application identified above.

18. It is therefore my opinion that one skilled in the art would not arrive at the presently claimed invention by combining the teachings of the Goldie, et al. '341 patent with the Oshlack '598 patent.

19. The declarant further states that the above statements were made with the knowledge that willful false statements and the like are punishable by fine and/or imprisonment, or both, under §1001 of Title 18 of the United States Code, and that any such willful false statement may jeopardize the validity of this application or any patent resulting therefrom.

Date: 3/9/93

Dr. Robert Francis Kaiko

W\PF10\RK-DEC.318

6



MAIL ROOM
38   MAR
12
1993
FIL. & TRADEMARK

Curriculum Vitae

Robert Francis Kaiko

**Business:**

The Purdue Frederick Company
100 Connecticut Avenue
Norwalk, CT 06856
(203) 853-0123, extension 4242

**Home:**

10 Norfield Woods Road
Weston, CT 06883
(203) 454-0107

**Personal Information:**

RECEIVED

APR 0 8 1993

GROUP 150

| | |
|---|---|
| *Birthdate:* | 1/5/47 |
| *Birthplace:* | Norwich, Connecticut |
| *Marital Status:* | Married - Lucy Li |
| *Children:* | Three sons, one daughter |

**Education:**

| 1970 | B.S. | University of Connecticut<br>Storrs, CT<br>(Pharmacy) |
|---|---|---|
| 1974 | Ph.D. | Cornell University Graduate School of Medical Sciences<br>New York, New York<br>(Pharmacology) |

**Research and Academic Appointments:**

| 1990 - Present | Vice President, Clinical Research<br>The Purdue Frederick Company<br>Norwalk, Connecticut |
|---|---|
| 1988 - 1990 | Medical Director, Clinical Research<br>The Purdue Frederick Company<br>Norwalk, Connecticut |
| 1987 - 1988 | Associate Medical Director, Senior Director, Clinical Research<br>The Purdue Frederick Company<br>Norwalk, Connecticut |

Robert Francis Kaiko, Ph.D.
Weston, CT
USA

INVENTORS BACKGROUND (see attached Curriculum Vitae)

Education:

This inventor received a Bachelors of Science degree in pharmacy from the University of Connecticut in 1970 and a Doctorate in Pharmacology from the Cornell University Graduate School of Medical Sciences in New York in 1974. This was followed by a postdoctoral research fellowship at the Cornell University Medical College, Department of Pharmacology during 1975 and 1976.

Research and Academic Appointments:

Between 1974 and 1985 the inventor held research and academic appointments in the Analgesic Studies Section of the Memorial Sloan-Kettering Cancer Center, as well as the Department of Pharmacology, Cornell University Medical College. Within the Analgesic Studies Section, Dr. Kaiko initially established a clinical pharmacokinetics laboratory and subsequently took considerable responsibility for the conduct and reporting of the evaluation of a wide variety of analgesics in cancer patients. The primary responsibility at Cornell University Medical College was the education of medical students in the clinical pharmacology of opioid analgesics.

Extramural Activities:

Dr. Kaiko has been active in numerous scientific and medical societies and served as President of the Eastern Pain Association in 1988 and 1989. The inventor is currently on the Board of Directors of the Eastern Pain Association. For more than five years the inventor has served on the American Society for Clinical Pharmacology and Therapeutics Analgesiology Sections Committee on the FDA Guidelines for the Clinical Evaluation of Analgesic Drugs. The inventor has served as a consultant to the Food and Drug Administration, The Drug Abuse Advisory Board, The Federal Trade Commission, World Health Organization, The National Cancer Institute and The National Institute on Aging, as well as a peer reviewer for several journals.

Bibliography:

The inventor has authored more than 75 peer-reviewed articles and more than 115 abstracts, most of which relate to the clinical pharmacology of a wide variety of analgesic medications.

1

Pharmaceutical Industry Appointments:

In 1985 the inventor joined The Purdue Frederick Company as Associate Medical Director and subsequently was promoted to Associate Medical Director, Senior Director, Clinical Research followed by Medical Director, Clinical Research and now, Vice President, Clinical Research. While currently the inventor is responsible for considerable administrative duties within the Medical Department of The Purdue Frederick Company, he supervises project leaders primarily responsible for the planning, conduct, and reporting of clinical research activities involving analgesic drugs and also supervises biostatistical and clinical data management operations. In addition, the inventor is commonly called upon to participate in numerous regional, national, and international scientific and medical education and research forums.

Background of Invention:

In the management of pain with opioid analgesics, it has been commonly observed and reported that there is considerable inter-individual variation in the response to a given dose of a given drug and, therefore, considerable variability among patients in the dosage of opioid analgesic required to control pain without unacceptable side effects. This necessitates considerable effort on the part of clinicians in establishing the appropriate dose in an individual patient through the time consuming process of titration, which requires careful assessment of both therapeutic and side effects and dosage adjustments over a period of days and sometimes longer before the appropriate dosage is determined. The American Pain Society's 3rd Edition of Principles of Analgesic Use in the Treatment of Acute Pain and Cancer Pain explains that one should "be aware that the optimal analgesic dose varies widely among patients. Studies have shown that in all age groups, there is enormous variability in doses of opioids required to provide relief, even among opioid naive patients with identical surgical lesions.... This great variability underscores the need to write analgesic orders that include provision for supplementary doses, and to use intravenous boluses and infusions to provide rapid relief of severe pain.... Give each analgesic an adequate trial by dose titration.... before switching to another drug."

Surveys of daily dosages of opioid analgesics required to control pain suggest that an approximately eight-fold range in daily dosages is required to control pain in approximately 90% of patients. This extraordinary wide range in the appropriate dosage makes the titration process particularly time consuming and resource consuming, as well as leaving the patient without acceptable pain control for an unacceptably long duration.

An opioid analgesic treatment which acceptably controls pain over a substantially narrower daily dosage range will substantially improve the efficiency and quality of pain management.

2

## INVENTION

Acrogesic (Oxycodone Acrocontin) acceptably controls pain over a substantially narrower, approximately four-fold (10 to 40 mg q12h around-the-clock dosing) in approximately 90% of patients. This is in sharp contrast to the approximately eight-fold range required for approximately 90% of patients for opioid analgesics in general. Morphine is the prototypic opioid analgesic and, as with Acrogesic, has been formulated into a q12h controlled-release formulation. Regardless of the fact that both controlled-release oxycodone and control release morphine administered q12h around-the-clock possess qualitatively comparable clinical pharmacokenitic characteristics, Acrogesic can be used over approximately 1/2 the dosage range as MS Contin to control 90% of patients with significant pain.

Clinical Pharmacokinetics:

Single dose pharmacokinetic studies of Acrogesic in comparison to immediate release oral oxycodone demonstrates comparable extents of absorption but a slower rate of absorption with Acrogesic resulting in a maximal plasma oxycodone concentration approximately half that obtained with the immediate release product at the same administered dose. Similar single dose studies with MS Contin and immediate release oral morphine provide for comparable relative results.

Repeated dose studies with Acrogesic administered q12h in comparison with immediate release oral oxycodone administered q6h at the same total daily dose result in comparable extents of absorption, as well as comparable maximum and minimum concentrations with the time of maximum concentration approximately 3 hours with the controlled-release product as compared to approximately 1 hour with the immediate release product. Similar repeated dose studies with MS Contin as compared to immediate release morphine provide for comparable relative results as with Acrogesic.

Analgesic Efficacy and Dose Response Relationships

While some may suggest that differences in the magnitude of the dosage range required to control pain in a comparable percentage of patients could be explained on the basis of substantial differences in the slopes of the dose-response curves for two different treatments, a detailed examination of the literature reveals no substantial deviation from parallelism of the dose response curves for oxycodone either in the forms of Acrogesic, immediate release oral oxycodone or parenteral oxycodone in comparison with oral and parenteral opioids with which oxycodone has been compared in terms of dose-response studies and relative analgesic potency assays.

Beaver and associates reported comparable dose-response slopes for parenteral oxycodone as compared to parenteral morphine and comparable dose-response slopes for oral as compared to parenteral oxycodone. Sunshine and associates demonstrated a significant dose-response relationship utilizing Acrogesic dosages of 10, 20 and 30 mg which does not deviate from parallelism with dose-response slopes for MS Contin in similarly designed well-controlled analgesic efficacy studies of MS Contin reported by Van Wagoner who compared 30, 60, 90,

and 120 mg of MS Contin as compared with 10 mg of intramuscular morphine and placebo and Bloomfield who compared 30 and 90 mg of MS Contin as compared to 30 and 90 mg of another controlled-release oral morphine preparation, Oramorph SR 30 mg tablets.

A review of dose-response studies and relative analgesic assays of mu-agonist opioid analgesics, which include oxycodone, morphine, hydromorphone, levorphanol, methadone, meperidine, heroin, all indicate no significant deviation from parallelism in their dose response relationships. This is so well established that it has become an underlining principal providing for establishing relative analgesic potency factors and dose ratios which are commonly utilized when converting patients from one mu-agonist analgesic to another regardless of the dosage of the former. Unless the dose response curves are parallel, conversion factors would not be valid across the wide range of dosages involved when substituting one drug for another.

### CLINICAL SIGNIFICANCE

The clinical significance provided by Acrogesic at a dosage range of 10 to 40 mg q12h for acceptable pain management in approximately 90% of patients with moderate to severe pain as compared to other opioid analgesics, requiring approximately twice the dosage range provides for the most efficient and humane method of managing pain requiring repeated dosing. The expertise and time of physicians and nurses, as well as the duration of unacceptable pain patients must endure during the opioid analgesic titration process is substantially reduced through the efficiency of Acrogesic usage.

4

*Research and Academic Appointments (continued):*

| | |
|---|---|
| 1985 - 1987 | Associate Medical Director<br>The Purdue Frederick Company<br>Norwalk, Connecticut |
| 1984 - 1985 | Assistant Member<br>Memorial Sloan-Kettering Cancer<br>New York, New York |
| 1982 - 1985 | Assistant Member<br>Sloan-Kettering Institute, Analgesic Studies Section<br>New York, New York |
| 1980 - 1982 | Associate<br>Sloan-Kettering Institute, Analgesic Studies Section<br>New York, New York . |
| 1979 - 1985 | Adjunct Assistant Professor<br>Cornell University Graduate School of Medical Sciences, Dept. of Pharmacology<br>New York, New York |
| 1979 - 1985 | Instructor<br>Cornell University Medical College, Department of Pharmacology<br>New York, NY |
| 1975 - 1976 | Postdoctoral Research Fellow<br>Cornell University Medical College, Department of Pharmacology<br>New York, NY |
| 1974 - 1980 | Research Associate<br>Sloan-Kettering Institute for Cancer Research, Analgesic Studies Section<br>New York, NY |

*Scientific and Medical Societies*

Eastern Pain Association
    Scientific Program Chairman, E.P.A., 1984
    Regional Delegate, 1983 - 1985
    Vice President, 1987
    President, 1988 and 1989
International Narcotics Research Conference
American Pain Society
American Federation for Clinical Research
New York Academy of Sciences
American Society of Pharmacology and Experimental Therapeutics
American Society for Clinical Pharmacology and Therapeutics
    Analgesiology Section's Committee on the FDA Guidelines for Clinical Evaluation of
        Analgesic Drugs, 1986 - 1987
International Association for the Study of Pain
American College of Clinical Pharmacology

*Journals and Publications*

Board Member       Pain and Analgesia, PRN Forum
Contributing Editor   Journal of Pain and Symptom Management, Cancer Pain Release
Reviewer       Journal of Pharmaceutical Sciences, Pharmacotherapy, Drugs, Drug Bulletin, American
          Journal of Nursing

*Consultant*

Food and Drug Administration; Drug Abuse Advisory Board; Federal Trade Commission; World Health
Organization; pharmaceutical industry

*Grant Reviewer/Site Visitor*

National Cancer Institute; Veterans Administration.

*Research Support*

National Cancer Institute; National Institute on Drug Abuse; National Institute on Aging;
pharmaceutical industry

*Community Service*

Chair, Cornell Fund for Underprivileged Children Task Force
Trustee, Central Presbyterian Church

*Prizes and Awards*

Pharmacology Prize, University of Connecticut, 1970
NIH Predoctoral Trainee, 1970-1974

*BIBLIOGRAPHY*                                                                    *Robert F. Kaiko*

## REVIEWED ARTICLES

1.  KAIKO RF, INTURRISI CE.   A gas-liquid chromatographic method for the quantitative determination of acetylmethadol and its metabolites in human urine.   J Chromatogr 1973;82:315-321.

2.  KAIKO RF, INTURRISI CE.  The quantitation of cyclazocine and its metabolites in human urine by use of gas-liquid chromatography. J Chromatogr 1974;100:63-72.

3.  KAIKO RF, CHATTERJIE N, INTURRISI CE.  Simultaneous determination of acetylmethadol and its active biotransformation products in human biofluids. J Chromatogr 1975; 109:247-258.

4.  KAIKO RF, INTURRISI CE.   Disposition of acetylmethadol in relation to pharmacologic action.  J Clin Pharmacol Ther 1975;18:96-103.

5.  KAIKO RF, INTURRISI CE.  Urinary excretion profiles in cyclazocine maintenance patients, In: Schecter A, Alksne H, Kaufman E, eds. Critical Concerns in the Field of Drug Abuse, New York, 1976.  Third National Drug Abuse Conference, Inc., New York, 1976, Proceedings. Marcel Dekker, Inc., 1978:1310-1316.

6.  INTURRISI CE, KAIKO RF.  The role of active metabolites in the duration of action acetylmethadol (LAAM) in man. In: Schecter A, Alksne H, Kaufman E, eds. Critical Concerns in the Field of Drug Abuse, New York, 1976.  Third National Drug Abuse Conference, Inc., New York, 1976, Proceedings. Marcel Dekker, Inc., 1978:1339-1347.

7.  HOUDE RW, WALLENSTEIN SL, ROGERS A, KAIKO RF.  Annual report of the Analgesic Studies Section of the Memorial Sloan-Kettering Cancer Center, Proc. 83rd Annual Scientific Meeting of the Committee on Problems of Drug Dependence, Inc. 1976:149-168.

8.  HOUDE RW, WALLENSTEIN SL, ROGERS A, KAIKO RF.  Annual report of the Sloan-Kettering Cancer Center, Analgesic Studies Section.  Proceedings 39th Annual Scientific Meeting. Committee on Problems of Drug Dependence, Inc. 1977:169-186.

9.  KAIKO RF, HOUDE RW, ROGERS A, INTURRISI CE, WALLENSTEIN SL, GRABINSKI P, FOLEY KM.  Annual Report of the Memorial Sloan-Kettering Cancer Center, Analgesic Studies Section:  disposition and action of narcotic analgesics.  Proceedings 40th Annual Scientific Meeting. Committee on Problems of Drug Dependence, Inc. 1978:194-216.

10. HOUDE RW, WALLENSTEIN SL, ROGERS A, KAIKO RF.  Annual report of the Memorial Sloan-Kettering Cancer Center, Analgesic Studies Section. Proceedings 40th Annual Scientific Meeting of the Committee on Problems of Drug Dependence, Inc. 1978: 183-193.

11. KAIKO RF, FOLEY KM, HOUDE RW, INTURRISI CE.  Narcotic levels in cerebrospinal fluid and plasma in man.  In: Van Ree JM, Terenius L.  Characteristics and Function of Opioids, Developments in Neuroscience IV.  Amsterdam, Elsevier/North Holland Biomedical Press. 1978:221-222.

12. FOLEY KM, INTURRISI CE, KOURIDES IA, KAIKO RF, POSNER JB, HOUDE RW, CHO HAO LI.   Intravenous (IV) and Intraventricular (IVT) administration of beta-endorphin in man: Safety and disposition. In: Van Ree JM, Terenius L.  Characteristics and Function of Opioids, Developments in Neuroscience IV.  Amsterdam, Elsevier/North Holland Biomedical Press. 1978:421-422.

13.   SZETO HS, KAIKO RF, CLAPP JE, LARROW RW, MANN LK, INTURRISI CE. Arteriovenous difference of meperidine across the fetal brain. In: Van Ree JM, Terenius L. Characteristics and Function of Opioids, Developments in Neuroscience IV.   Amsterdam, Elsevier/North Holland Biomedical Press. 1978:239-240.

14.   SZETO HS, KAIKO RF, CLAPP JE, LARROW RW, MANN LK, INTURRISI CE.   Urinary excretion of meperidine by the fetal lamb.  J Pharmacol Exp Ther 1979;209(2):244-248.

15.   YAKSH TL, WILSON PR, KAIKO RF, INTURRISI CE. Analgesia produced by a spinal action of morphine and effects upon parturition in the rat.  Anesthesiology 1979;51:386-392.

16.   FOLEY KM, KOURIDES IA, INTURRISI CE, KAIKO RF, ZAROULIS CG, POSNER JB, HOUDE RW, LI CH.  Beta-Endorphin: Analgesic and hormonal effects in humans.  Proc Natl Acad Sci (USA). 1979;76(10)5377-5381.

17.   KAIKO RF, WALLENSTEIN SL, ROGERS A, HEIDRICH G III, HOUDE RW.  Relative analgesic potency of intramuscular heroin and morphine in cancer patients with postoperative pain: a preliminary report.  In: Harris LS, ed.  National Institute on Drug Abuse Research Monograph Series #27: Problems of Drug Dependence 1979:254-260

18.   WALLENSTEIN SL, ROGERS A, KAIKO RF, HEIDRICH G III, HOUDE RW.   Clinical analgesic assay of oral zomepirac and intramuscular morphine.  In: Harris LS, ed.  National Institute on Drug Abuse Research Monograph Series #27: Problems of Drug Dependence 1979:261-267.

19.   WALLENSTEIN SL, ROGERS A, KAIKO RF, HEIDRICH G III, HOUDE RW.  Relative analgesic potency of oral zomepirac and intramuscular morphine in cancer patients with postoperative pain.  J Clin Pharmacol 1980;20(4):250-258.

20.   WALLENSTEIN SL, HEIDRICH G, KAIKO RF, HOUDE RW.  Clinical evaluation of mild analgesics:  the measurement of clinical pain.  Br J Clin Pharmacol 1980;10:319S-327S.

21.   KAIKO RF.  Age and morphine analgesia in cancer patients with postoperative pain.  Clin Pharmacol Ther 1980;28:528-533.

22.   SZETO HS, CLAPP JF, ABRAMS R, INTURRISI CE, KAIKO RF, LARROW RW, MANN LE. Brain uptake of meperidine in the fetal lamb.  Am J Obstet Gynecol 1980;138:528-533.

23.   KAIKO RF, WALLENSTEIN SL, ROGERS A, GRABINSKI P, HOUDE RW.  Analgesic and mood effects of heroin and morphine in cancer patients with postoperative pain.  N Engl J Med 1981;304: 1501-1505.

24.   KAIKO RF, WALLENSTEIN SL, ROGERS A, GRABINSKI P, HOUDE RW.   Relative analgesic potency of intramuscular heroin and morphine in cancer patients with postoperative pain and chronic pain due to cancer.  In Harris LS, ed. National Institute on Drug Abuse Research Monograph Series #34: Problems of Drug Dependence, 1980.  U.S. Government Printing Office, Washington, D.C. 1981;213-219.

25.   KAIKO RF, WALLENSTEIN SL, ROGERS AG, HOUDE RW.  Sources of variation in morphine analgesia in cancer patients with chronic pain.  In: Harris LS, ed. National Institute on Drug Abuse Research Monograph Series #41:  Problems of Drug Dependence, 1981, U.S. Government Printing Office, Washington, D.C. 1982:294-300.

26.    WALLENSTEIN SL, KAIKO RF, ROGERS AG, HOUDE RW.  Clinical analgesic assay of sublingual buprenorphine and intramuscular morphine. In: Harris LS, ed. National Institute on Drug Abuse Research Monograph Series #41:  Problems of Drug Dependence, 1981, U.S. Government Printing Office, Washington, D.C. 1982:288-293.

27.    KAIKO RF.  Methadone plasma levels and analgesia in postoperative cancer patients.  In: Walker CA, Tterlikkis LP, ed.  Application of Pharmacokinetics to Patients Care, Praeger Publishers 1982;119-1334.

28.    KAIKO RF, WALLENSTEIN SL, ROGERS AG, GRABINSKI PY, HOUDE RW.  Narcotics in the elderly.  Med Clin North Am 1982;66:1079-1089.

29.    GRABINSKI PY, KAIKO RF, WALSH TD, FOLEY KM, HOUDE RW.   Morphine radioimmunoassay specificity before and after extraction of plasma and cerebrospinal fluid. J Pharm Sci 1983;72:27-30.

30.    KAIKO RF, FOLEY KM, GRABINSKI PY, HEIDRICH G, ROGERS AG, INTURRISI CE, REIDENBERG MM.  Central nervous system excitatory effects of meperidine in cancer patients.  Ann Neurol 1983;13:180-185.

31.    KAIKO RF, WALLENSTEIN SL, ROGERS AG, HOUDE RW.  Sources of variation in analgesic responses in cancer patients with chronic pain receiving morphine. Pain 1983;15:191-200.

32.    GRABINSKI PY, KAIKO RF, ROGERS A, HOUDE RW.  Plasma levels and analgesia following deltoid and gluteal injections of methadone and morphine.  J Clin Pharmacol 1983;23:48-55.

33.    KAIKO RF, WALLENSTEIN SL, LAPIN J, HOUDE RW.  Oral fenoprofen compared to intramuscular morphine and oral aspirin in cancer patients with postoperative pain. In: Harris LS, ed. National Institute on Drug Abuse Research Monograph Series:  Problems of Drug Dependence, 1983, U.S. Government Printing Office, Washington, D.C. 1984;205-211.

34.    SLAVIC-SVIRCEV V, HEIDRICH G, KAIKO RF, RUSY BF.  Ibuprofen in the treatment of postoperative pain.  Am J Med 1984;77: 84-86.

35.    KAIKO RF, WALLENSTEIN SL, ROGERS AG, CANEL A, JACOBS B, HOUDE RW. Evaluation of intramuscular meptazinol and morphine in cancer patients with postoperative pain.  In Harris LS, ed.  National Institute on Drug Abuse Research Monograph Series #55: Problems of Drug Dependence, 1984, U.S. Government Printing Office, Washington, D.C. 1985;138-144.

36.    KAIKO RF, WALLENSTEIN SL, ROGERS AG, CANEL A, JACOBS B, HOUDE RW. Intramuscular meptazinol and morphine in postoperative pain.  J Clin Pharmacol Ther 1985;37(5):589-596.

37.    HEIDRICH G, SLAVIC-SEVIRCEV V, KAIKO RF.  Efficacy and quality of ibuprofen and acetaminophen plus codeine analgesia. Pain 1985;22:385-397.

38.    MOULIN DE, MAX MB, KAIKO RF, INTURRISI CE, MAGGARD J, YAKSH TL, FOLEY KM.  The analgesic efficacy of intrathecal (IT) D-Ala -D-Leu enkephalin (DADL) in cancer patients with chronic pain. Pain 1985;23(3):213, 221.

39.    MAX MB, INTURRISI CE, KAIKO RF, GRABINSKI PY, LI CH, FOLEY KM. Epidural and intrathecal opiates: Cerebrospinal fluid and plasma profiles in cancer pain patients.  J Clin Pharmacol Ther 1985;38(6):631-641.

40.     KAIKO RF. The basics of pain: opioid analgesics: pharmacologic concepts throw light on their clinical use. Pain Analgesia 1985;1(2):26-32.

41.     KAIKO RF. Heroin: facts and comparisons. PRN Forum 1985; 4(1):1-2.

42.     KAIKO RF, WALLENSTEIN SL, ROGER AG, GRABINSKI PY, HOUDE RW.   Clinical analgesic studies and sources of variation in analgesic responses to morphine. In: Foley KM, Inturrisi CE, eds.   Advances in Pain Research and Therapy:  Opioid Analgesics in the Management of Clinical Pain. New York, Raven Press, 1986:13-23.

43.     KAIKO RF, WALLENSTEIN SL, ROGERS AG, GRABINSKI PY, HOUDE RW.   Clinical analgesic studies of intramuscular heroin and morphine in postoperative and chronic cancer pain. In: Foley KM, Inturrisi CE, eds.   Advances in Pain research and Therapy:  Opioid Analgesics in the Management of Clinical Pain, New York, Raven Press, 1986;8:107-116.

44.     WALLENSTEIN SL, ROGERS A, KAIKO RF, HOUDE RW. Nalbuphine: Clinical analgesic studies. In: Foley, K.M., Inturrisi, C.E., eds., Advances in Pain Research and Therapy: Opioid Analgesics in the Management of Clinical Pain. New York, Raven Press, 1986;8:247-252.

45.     WALLENSTEIN SL, ROGERS A, KAIKO RF, HOUDE RW.  Clinical analgesic studies of levorphanol in acute and chronic cancer pain.  In: Foley, K.M. and Inturrisi, C.E., eds., Advances in Pain Research and Therapy:  Opioid Analgesics in the Management of Clinical Pain. New York, Raven Press, 1986; 8:211-216.

46.     WALSH TD, GRABINSKI P, KAIKO RF.  Clinical implications of morphine plasma levels in advanced cancer.  In: Foley, K.M. and Inturrisi, C.E., eds., Advances in Pain Research and Therapy:  Opioid Analgesics in the Management of Clinical Pain. New York, Raven Press, 1986;8:31-35.

47.     GRABINSKI PY, KAIKO RF. Bioavailability and analgesia after deltoid and gluteal injections of methadone and morphine. In: Foley KM, Inturrisi CE, eds. Advances in Pain Research and Therapy:  Opioid analgesics in the management of Clinical Pain. New York, Raven Press, 1986;8:81-85.

48.     KAIKO RF. Commentary: Equianalgesic dose ratio of IM/PO morphine, 1/6 vs. 1/3. In: Foley KM, Inturrisi CE, eds. Advances in Pain Research and Therapy:  Opioid Analgesics in the Management of Clinical Pain. New York, Raven Press, 1986;8:87-93.

49.     KAIKO RF.  Basics of opioid analgesic pharmacodynamics.  Journal of Pain and Symptom Management  1986;1(2):103-105.

50.     KAIKO RF.  Controversy in the management of chronic cancer pain:  therapeutic equivalents of IM and PO morphine.  Journal of Pain and Symptom Management.  1986;1(1):42-45.

51.     SAVARESE JJ, GOLDENHEIM PD, THOMAS GB, KAIKO RF.     Steady-state pharmacokinetics of controlled release oral morphine sulphate in healthy subjects.  Clin Pharmacokinet 1986;11: 505-510.

52.     WALLENSTEIN SL, KAIKO RF, ROGERS AG, HOUDE RW. Crossover trials in clinical analgesic assays: studies of buprenorphine and morphine. Pharmacotherapy 1986;6(5):228-235.

53.     INTURRISI CE, COLBURN WA, KAIKO RF, HOUDE RW, FOLEY KM.  Pharmacokinetics and pharmacodynamics of methadone in patients with chronic pain.  J Clin Pharmacol Ther 1987;  41(4):392-401.

54.   BRESCIA FJ, WALSH SM, SAVARESE JJ, KAIKO RF.  A Study of Controlled-Release Oral Morphine (MS Contin) in an Advanced Cancer Hospital.  J Pain Symptom Management 1987;2(4):193-198.

55.   KAIKO RF.  IM/PO morphine equivalency:  1/3 vs 1/6, an apparent contradiction.  Proceedings 1984 International Symposium on Pain Control.

56.   KAIKO RF, KANNER R, FOLEY KM, WALLENSTEIN SC, CANEL AM, ROGERS AG, HOUDE RW.  Cocaine and morphine interaction in acute and chronic cancer pain.  Pain 1987;31:35-45.

57.   KAIKO RF.  Pharmacology Rounds.  Cancer Pain Release 1987; 1(1):2.

58.   KAIKO RF.  Why morphine dosages require titration.  Pharmacology Rounds.  Cancer Pain Release 1988;2(2):2.

59.   KAIKO RF.  The therapeutic equivalency of IM and PO administration of morphine, 1:3 or 1:6?  Journal of Palliative Care 1988;4(1 & 2):64-6.

60.   KAIKO RF.  Achieving optimum pain control through titration.  Pharmacology Rounds.  Cancer Pain Release 1988;2(3-4):2.

61.   KAIKO RF.  Morphine: It's clinical pharmacological characteristics and use in cancer pain management (Japanese).  Cancer Patients and Symptom Control 1(1):38-43, 1988.

62.   CUNDIFF D, McCARTHY K, SAVARESE JJ, KAIKO RF, THOMAS G, GRANDY R, GOLDENHEIM P.  Evaluation of a cancer pain model for the testing of long-acting analgesics.  The effect of MS Contin in a double-blind, randomized, crossover design.  Cancer 63:2355-2359, 1989.

63.   KAIKO RF, GRANDY RP, OSHLACK B, PAV J, HORODNIAK J, THOMAS G, INGBER E, GOLDENHEIM P.  The United States experience with oral controlled-release morphine (MS Contin Tablets).  Parts 1 and 2.  Review of nine dose titration studies and clinical pharmacology of 15mg, 30mg, 60mg and 100mg tablet strengths.  Cancer 63:2348-2354, 1989.

64.   PORTENOY RK, MALDONADO M, FITZMARTIN R, KAIKO RF, KANNER R.  Oral controlled-release morphine sulfate.  Analgesic efficacy and side effects of a 100mg tablet in cancer pain patients.  Cancer 63:2284-2288, 1989.

65.   LAPIN J, HOUDE RW, KAIKO RF, COYLE N, ROGERS A, FOLEY KM.  Cancer pain management with a controlled-release oral morphine preparation.  Journal of Pain and Symptom Management 4:146-151, 1989.

66.   KAIKO RF.  The pre- and postoperative use of controlled-release morphine (MS Contin Tablets): a review of the published literature.  R Soc Med Serv Int'l Congr Symp Series No. 149:147-160, 1989.

67.   KAIKO RK, HEALY N, PAV J, THOMAS G, GOLDENHEIM PD.  The comparative bioavailability of MS Contin Tablets (controlled-release oral morphine) following rectal and oral administration.  R Soc Med Serv Int'l congr Symp Series No. 149 p. 235-241, 1989.

68.   KAIKO RF.  Cooperation with industry.  Cancer Pain Release 3(1): 1 passim, 1989.

69.   KAIKO RF, GRANDY R, THOMAS G, GOLDENHEIM P.  A single-dose study of the effect of food ingestion and timing of dose administration on the pharmacokinetic profile of 30mg sustained-release morphine sulfate tablets.  Current Therapeutic Research 47(5): 869-878, 1990.

70.     KAIKO RF.  Controlled-release oral morphine for cancer-related pain.  The European and
        North American experiences.  Advances in Pain and Research Therapy 16:171-189, 1990.

71.     KAIKO RF, LAZARUS H, CRONIN C, GRANDY R, THOMAS G, GOLDENHEIM P.
        Controlled-release morphine bioavailability (MS Contin Tablets) in the presence and absence
        of food.  Hospice Journal 6(4):17-30, 1990.

72.     KAIKO RF.  Clinical protocol and role of controlled-release morphine in the surgical patient.
        Anesthesiology and Pain Management. London: Klumer Academic Publishers 1990. p.193-212.

73.     HUNT TL, KAIKO RF.  Comparison of the pharmacokinetic profiles of two oral controlled-
        release morphine formulations in healthy young adults.  Clinical Therapeutics 13(4):482-488,
        1991.

74.     KAIKO RF.  Relationships between opioid disposition and their pharmacological effects - an
        overview.  Postgraduate Medical Journal 67(Suppl.2):S44-S49, 1991.

75.     KAIKO RF.  Selections of opioid analgesics.  9th Annual Advances in Pain Management
        Narcotic Controversy.  UMD-New Jersey Medical School Pain Management Center, 292, p.21-
        30.

76.     KAIKO RF.  Clinical protocol and the role of controlled-release morphine in cancer pain
        management.  Current Concepts in Cancer and Acute Pain Management.  pp.91-109, 1992.

77.     KAIKO RF, FITZMARTIN RD, THOMAS GB, GOLDENHEIM PD.  The bioavailability of
        morphine in controlled-release 30mg tablets per rectum compared with immediate-release 30mg
        rectal suppositories and controlled-release 30mg oral tablets.  Pharmacotherapy 12(2):107-113,
        1992.

*BIBLIOGRAPHY*                                                    *Robert F. Kaiko*

### ABSTRACTS

1.    KAIKO RF, INTURRISI CE.    Identification of some biotransformation products of acetylmethadol in human urine.  Fed. Proc. 1973;32:764.

2.    KAIKO RF, INTURRISI CE.  Human biotransformation and excretion of orally administered cyclazocine: a method and its application.  The Pharmacologist 1973;15:167.

3.    KAIKO RF, INTURRISI CE.    Time course of plasma levels of acetylmethadol and biotransformation products in relation to pharmacological activity in man.    Fed Proc 1974;33:473.

4.    KAIKO RF.    Quantitative studies of alpha-levo-acetylmethadol, cyclazocine and their biotransformation products in human biofluids using gas-liquid chromatography. Dissertation Abstracts International 1975;36.

5.    KAIKO RF, HOUDE RW.  Relationships between methadone plasma levels and analgesia in cancer patients.  The Pharmacologist 1976;18:178.

6.    WALLENSTEIN SL, KAIKO RF, ROGERS A, HOUDE RW.  A clinical analgesic assay of nefopam and morphine.  J Clin Pharmacol Ther 1978;23:134.

7.    KAIKO RF, FOLEY KM, HEIDRICH G, INTURRISI CE, HOUDE RW.  Normeperidine plasma levels and central nervous system (SNS) irritability in cancer patients.  Fed Proc 1978;37:568.

8.    KAIKO RF, HOUDE RW, INTURRISI CE, ROGERS A, GRABINSKI P, FOLEY KM, WALLENSTEIN SL.  Relationships between disposition factors and responses to narcotic analgesic.  Proc 7th Int'l Congress of Pharmacol IUPHAR 1978:447.

9.    SZETO H, KAIKO RF, CLAPP J, MANN L, INTURRISI CE.  Fetal elimination of meperidine. Proc 7th Int'l Congress of Pharmacol IUPHAR 1978:827.

10.    KAIKO RF, FOLEY KM, HOUDE RW, INTURRISI CE.    Analgesic drug levels in cerebrospinal fluid and plasma in cancer patients.  Pain Abstracts, Second World Congress on Pain 1978;1:200.

11.    FOLEY KM, KAIKO RF, INTURRISI CE, POSNER JB, LI CH, HOUDE RW.  Intravenous and intraventricular administration of beta-endorphin in man:  Preliminary studies.    Pain Abstracts, Second World Congress on Pain 1978;17.

12.    COWAN A, ADLER MW, KAIKO RF, INTURRISI CE, REIDENBERG M.  A study of the proconvulsant effects of meperidine and normeperidine in the rat flurothyl test.  Proc. of the 1978 Meeting of the Society for Neuroscience 1978;4:421.

13.    SZETO H, KAIKO RF, CLAPP J, MANN L, INTURRISI CE, HOUDE RW.  Tubular secretion of meperidine and methadone by the fetal lamb.  Fed Proc 1979;38:740.

14.    KAIKO RF.  Age and Pain relief in postoperative cancer patients.  Age 1979;2:132.

15.    KAIKO RF.    Age and morphine analgesia in cancer patients with postoperative pain. American Pain Society, Second General Meeting 1980;25.

32.    KAIKO RF, HEIDRICH G, WALLENSTEIN SL, HOUDE RW.  Mood evaluation in patients
       wit postoperative and cancer pain.  American Pain Society, Fifth Annual Meeting 1985;87.

33.    LAPIN J, KAIKO RF, ROGERS AG, WALLENSTEIN SL, FOLEY KM, HOUDE RW.  Cancer
       pain management with controlled-release oral morphine. American Pain Society, Fifth Annual
       Meeting 1985;73.

34.    HEIDRICH G, KAIKO RF, SLAVIC-SVIRCEV V, RUSY BF.   Quality of postoperative
       orthopedic surgical pain.  American Pain Society, Fifth Annual Meeting 1985;87.

35.    FOLEY KM, HILL CS, LEVY M, BLUM RH, HOMESLEY HD, WALSH TD, KRANT M,
       KAIKO R, LAPIN J.  Morphine in Cancer Pain Management.  14th Int'l Cancer Congress
       1986;324.

36.    KAIKO RF, SAVARESE JJ, GOLDENHEIM PD.  Controlled-release Morphine in Chronic
       Cancer Pain.  14th Int'l Cancer Congress 1986;1027.

37.    KAIKO RF, GRANDY R, SAVARESE J, HORODNIAK J, THOMAS G, GOLDENHEIM P,
       SACKLER R.  Comparative bioavailability of two controlled-release oral morphine tablets.
       Third World Conference on Clin Pharmacol Ther 1986;924:97.

38.    KAIKO RF, SAVARESE JJ, THOMAS G, GOLDENHEIM P. Pharmacokinetic characterization
       of controlled-release oral codeine for chronic cancer pain.    Proc Am Soc Clin Onc
       1986;5:255(#996).

39.    KAIKO RF, GRANDY R, SAVARESE JJ, HORODNIAK J, THOMAS G, GOLDENHEIM PD,
       SACKLER R.  Comparative bioavailability of two controlled-release oral morphine tablets.
       Amer Pain Soc 1986;CP5:79.

40.    SAVARESE J, KAIKO R, THOMAS G, GOLDENHEIM P.  Correlation of onset and frequency
       of side effects with Cmax of a single oral dose of controlled-release morphine sulfate.  J Clin
       Pharmacol 1986;26:558.

41.    KAIKO RF.  The clinical pharmacology of opioid analgesics.  Abstracts of Scientific Papers,
       1986 International Symposium on Pain Control, 1986.

42.    KAIKO R, GRANDY R, SAVARESE J, HORODNIAK J, THOMAS G, GOLDENHEIM P,
       SACKLER R.  Comparative bioavailability of controlled-release morphine tablets for eight vs
       twelve hour analgesia. Abstracts of Scientific Papers, 1986 International Symposium on Pain
       Control, 1986.

43.    KAIKO RF, HORODNIAK JW, SAVARESE JJ, THOMAS GB, GOLDENHEIM PD.
       Bioequivalency of controlled-release 60 mg morphine vs two MS Contin 30 mg tablets.  Oncol
       Nurs Forum supplement, 1987;14(2):118(Abstract #148P).

44.    KAIKO RF, HORODNIAK JW, SAVARESE JJ, THOMAS GB, GOLDENHEIM PD.
       Bioequivalency of controlled-release 100 mg morphine vs three MS Contin 30 mg tablets.
       Proceed Amer Soc Clin Onc, 1987;6:271(Abstract #1066).

45.    KAIKO RF, GOLDENHEIM PD.  Bioequivalency of controlled release morphine (MS Contin),
       15, 30, 60, and 100 mg vs. the 30 mg tablet.  Proceeds Fifth World Congress on Pain, Venice
       1987;91.

46.    KAIKO RF, OSHLACK B, HEALY N, GRANDY RP, THOMAS G, GOLDENHEIM PD.
       Metoclopramide bioavailability in fed and fasted subjects when administered orally in
       immediate release and in two experimental controlled release formulations.   Am J
       Gastroenterol, 1987;82(9):940.

16.    KAIKO RF, WALLENSTEIN SL, ROGERS A, GRABINSKI P, HOUDE RW. Analgesia, mood, and side effects of IM heroin and morphine in patients with postoperative pain and chronic pain due to cancer. Pain 1981;(Suppl. 1):99.

17.    INTURRISI CE, FOLEY KM, KAIKO RF, HOUDE RW. Disposition and effects of intravenous (IV) methadone (MET) in cancer patients. Pain 1981;(Suppl. 1):99.

18.    MAX M, INTURRISI CE, GRABINSKI PY, KAIKO RF, FOLEY KM. Epidural opiates: plasma and cerebrospinal fluid (CSF) pharmacokinetics of morphine, methadone, and beta-endorphin. Pain 1981;(Suppl. 1):122.

19.    HOUDE RW, KAIKO RF, WALLENSTEIN SL, ROGERS AG. Analgesic assay of oral zomepirac and intramuscular morphine in advanced cancer patients. Pain 1981;(Suppl. 1):247.

20.    WALLENSTEIN SL, KAIKO RF, ROGERS AG, HOUDE RW. Clinical analgesic assay of buprenorphine and morphine. Clin Pharmacol Ther 1982;31:278.

21.    KAIKO RF, WALLENSTEIN SL, ROGERS AG, INTURRISI CE, HOUDE RW. Analgesic evaluation of levo-alpha-acetylmethadol and methadone in postoperative cancer patients. Proc. of the II World Conference on Clinical Pharmacol Ther 1983;66.

22.    HEIDRICH G, SLAVIC-SVIRCEV V, KAIKO RF. Discrimination between sensory and affective components of analgesia in an efficacy assay of ibuprofen, acetaminophen plus codeine, and placebo. Proc. of the II World Conference on Clinical Pharmacology & Therapeutics 1983;2.

23.    WALSH TD, GRABINSKI PY, KAIKO RF. Clinical implication of morphine steady-state pharmacokinetics during repeated oral administration in advanced cancer. Proc. of the II World conference on clinical Pharmacology & Therapeutics 1983;2.

24.    UMANS JG, KAIKO RF, FOLEY KM, INTURRISI CE. Quintal bioassay of meperidine (mep)-associated CNS excitation in man. The Pharmacologist 1983;25:127.

25.    KAIKO RF, KANNER R, FOLEY KM, WALLENSTEIN SL, CANEL A, ANDERSON C, ROGERS AG, HOUDE RW. Cocaine and morphine in cancer patients with chronic pain. Pain 1984;(Suppl. 2):300.

26.    WALLENSTEIN SL, KAIKO RF, ROGERS AG, HOUDE RW. Scaling cancer pain. Pain 1984;(Suppl. 2):178.

27.    MOULIN D, MAX M, KAIKO RF, INTURRISI C, MAGGARD J, FOLEY KM. The analgesic efficacy of intrathecal (IT) D-Ala -D-Leu enkephalin (DADL) in cancer patients with chronic pain. Pain 1984;(Suppl. 2):511.

28.    KAIKO RF, WALLENSTEIN SL, LAPIN J, HOUDE RW. Fenoprofen and morphine in postsurgical pain. The Pharmacologist 1984;25:327.

29.    MOULIN D, MAX M, KAIKO RF, INTURRISI C, MAGGARD J, FOLEY KM. The analgesic efficacy of intrathecal (IT) D-Ala$^2$-D-Leu$^6$ Enkephalin (DADL) in cancer patients with chronic pain. Ann. Neurol 1984;16(1)):45.

30.    KAIKO RF, WALLENSTEIN SL, ROGERS AG, CANEL A, JACOBS B, HOUDE RW. Meptazinol and morphine in postoperative pain. Clin Pharmacol Ther 1985;37(2):203.

31.    KAIKO RF, HOUDE RW, REIDENBERG MM. Accumulation of morphine in plasma of patients with renal failure. Clin Res 1985;33 (2):2831A.

47.    WALSH TD, KAIKO RF.  Disposition of oral morphine in advanced cancer.  Proceedings of the 1987 Am Soc of Clin Onc, 1987;6:270 (Abstract #1063).

48.    CRONIN CM, KAIKO RF, HEALY N, GRANDY RP, THOMAS G, GOLDENHEIM PD. Insensitivity of controlled release oral morphine (MS Contin) to a high fat meal.  Proceedings of the Am Soc of Clin Onc, 1988;7:287 (Abstract #1114).

49.    KAIKO RF, THOMAS G, GRANDY RP, HEALY N, GOLDENHEIM PD.  Steady-state bioavailability evaluation of controlled release oral codeine.  FASEB Journal, 1988;2(5):A1558 (Abstract #7333).

50.    KAIKO RF, HEALY N, GRANDY RP, THOMAS G, GOLDENHEIM PD.  Feeding/fasting and AM/PM bioavailability sensitivity of Roxanol SR.  Proceedings of the 1988 Am Soc of Clin Onc, 1988;7:280 (Abstract #1133).

51.    GRANDY RP, OSHLACK B, THOMAS G, HEALY N, KAIKO RF, GOLDENHEIM PD. Bioavailability comparison of three controlled release codeine formulations vs. conventional oral codeine.  Proceedings of the 1988 Am Soc of Clin Onc, 1988;7:284 (Abstract #1084).

52.    CRONIN C, GRANDY R, KAIKO R, THOMAS G, GOLDENHEIM P.  Hematologic and renal safety of choline magnesium trisalicylate.  Final Program, 45th Annual Scientific Meeting of the American Geriatrics Society, 1988:48(P70).

53.    KAIKO RF, CRONIN CM, HEALY N, GRANDY RP, THOMAS G, GOLDENHEIM PD. Controlled release morphine (MS Contin) insensitivity to a high fat meal.  Am College of Clin Pharm Program, 1988;8(2):51 (Abstract #161E).

54.    CRONIN CM, KAIKO RF, OSHLACK B, HEALY N, GRANDY RP, THOMAS G, GOLDENHEIM PD.  Food effects on metoclopramide bioavailability.  Am College of Clin Pharm Program, 1988;8(2):51 (Abstract #163E).

55.    GRANDY RP, KAIKO RF, HEALY N, THOMAS G, GOLDENHEIM PD.  Feeding/fasting and AM/PM bioavailability sensitivity of Roxanol SR.  Am College of Clin Pharm Program, 1988;8(2):51 (Abstract #162E).

56.    PORTENOY RK, MALDONADO M, FITZMARTIN R, KAIKO R, KANNER R.  Controlled-release morphine sulfate: analgesic efficacy and side effects of a 100 mg tablet.  J Pain Symptom Management, 1988;3(3):S16 (Abstract #23).

57.    HEALY N, CRONIN C, KAIKO R, GOLDENHEIM.  Review of safety and efficacy of senna laxatives.  J Pain Symptom Management, 1988;3(3):S21 (Abstract #42).

58.    KAIKO R, GOLDENHEIM P.  Bioequivalency and dose proportionality of controlled-release morphine (MS Contin), 15, 30, 60 and 100 mg vs the 30 mg tablet.  J Pain Symptom Management, 1988;3(3):S17 (Abstract #25).

59.    WOLF J, KAIKO R, CRONIN C, HEALY N, GRANDY R, THOMAS G, GOLDENHEIM P. Metoclopramide bioavailability and food.  J Pain Symptom Management, 1988;3(3):S20 (Abstract #38).

60.    LAZARUS H, KAIKO R, CRONIN C, HEALY N, GRANDY R, THOMAS G, GOLDENHEIM P.  Feeding/fasting bioequivalency of controlled release oral morphine (MS Contin).  J Pain Symptom Management, 1988;3(3):S17 (Abstract #26).

61.    CRONIN C, KAIKO R, GRANDY R, THOMAS G, GOLDENHEIM P.  Hematologic safety associated with the administration of choline magnesium trisalicylate.  J Pain Symptom Management, 1988;3(3):S19 (Abstract #36).

62.    GRANDY R, OSHLACK B, THOMAS G, HEALY N, KAIKO R, GOLDENHEIM P. Bioavailability comparison of three controlled release codeine formulations vs conventional oral codeine. J Pain Symptom Management, 1988;3(3):S17 (Abstract #27).

63.    GOLDENHEIM P, KAIKO R. Cancer pain management with controlled-release oral morphine. J Pain Symptom Management, 1988;3(3):S17 (Abstract #28).

64.    THOMAS G, GRANDY R, KAIKO R, HEALY N, GOLDENHEIM P.    Roxanol SR feeding/fasting, am/pm variation. J Pain Symptom Management, 1988;3(3):S16 (Abstract #22).

65.    CUNDIFF D, SAVARESE J, GRANDY R, MacCARTHY K, KAIKO R, THOMAS G, CLARK G, GOLDENHEIM P. Evaluation of a controlled- and immediate- release morphine and a unique well-controlled study design in cancer pain.    J Pain Symptom Management, 1988;3(3):S18 (Abstract #29).

66.    CRONIN C, PALOMANO R, SCHAFFER J, KAIKO R, GOLDENHEIM. Conversion from a continuous intravenous infusion to an oral controlled release morphine sulfate regimen. Proceedings of International Conference on Supportive Care in Oncology, 1988:144 (Abstract #144).

67.    GOLDENHEIM P, KAIKO R. Controlled-release morphine sulfate dosage regimens for the management of cancer pain. Proceedings of International Conference on Supportive Care in Oncology, 1988:145 (Abstract #145).

68.    KAIKO R, CRONIN C, GOLDENHEIM P. Lack of hematologic toxicity with choline magnesium trisalicylate. Proceedings of International Conference on Supportive Care in Oncology, 1988:147 (Abstract #147).

69.    CRONIN C, KAIKO R, OSHLACK B, HEALY N, GRANDY R, THOMAS G, GOLDENHEIM P. The effect of food on Metoclopramide bioavailability. J Clin Pharmacol 1988;28:908-959 (Abstract #142).

70.    GRANDY R, OSHLACK B, THOMAS G, HEALY N, KAIKO RF, GOLDENHEIM P. Bioavailability comparison of conventional oral codeine vs. three controlled release codeine formulations. J Clin Pharmacol 1988;28:908-959 (Abstract #148).

71.    CRONIN C, KAIKO R, HEALY N, GRANDY R, THOMAS G, GOLDENHEIM P. Controlled release oral morphine insensitivity to a high fat meal. J Clin Pharmacol 1988;28:908-959 (Abstract #149).

72.    KAIKO R, HEALY N, GRANDY R, THOMAS GT, GOLDENHEIM P. Bioavailability sensitivity of Roxanol SR under feeding/fasting and AM/PM conditions. J Clin Pharmacol 1988;28:908-959 (Abstract #150).

73.    BROWN S, KAIKO R, GOLDENHEIM, P. Bioavailability of controlled-release codeine. Canadian Pain Society and American Pain Society Joint Meeting, November 10-13, 1988, Toronto. Abstracts p.125.

74.    CRONIN C, KAIKO R, FITZMARTIN R, THOMAS G, GOLDENHEIM P. Hematologic safety associated with the administration of choline magnesium trisalicylate. Canadian Pain Society and American Pain Society Joint Meeting, November 10-13, 1988, Toronto. Abstracts p.126.

75.    PORTENOY RK, MALDONADO M, FITZMARTIN R, KAIKO R, KANNER R. Controlled-release morphine sulfate: analgesic efficacy and side effects of a 100mg tablet. Canadian Pain Society and American Pain Society Joint Meeting, November 10-13, 1988, Toronto. Abstracts p.124.

76.     KAIKO RF, GOLDENHEIM PG. MS Contin dosage regimens. Oncology Nursing Forum (Supplement):120, 1988.

77.     CRONIN CM, KAIKO RF, GRANDY RP, THOMAS G, GOLDENHEIM PG. Lack of hematologic toxicity with choline magnesium trisalicylate. Arthritis and Rheumatism 31(Supplement): R22 January 1988.

78.     CUNDIFF DD, SAVARESE JJ, GRANDY R, MacCARTHY K, KAIKO RF, THOMAS G, CLARK G, GOLDENHEIM PD. Evaluation of controlled- and immediate-release morphine and a unique well-controlled study design in cancer pain. Canadian Pain Society and American Pain Society Joint Meeting, November 10-13, 1988, Toronto. Abstracts p.133.

79.     GOLDENHEIM PD, KAIKO RF. Bioequivalency of controlled-release morphine (MS Contin) 15, 30, 60 and 100mg vs the 30mg tablet. Canadian Pain Society and American Pain Society Joint Meeting, November 10-13, 1988, Toronto. Abstracts SS-1f.

80.     CRONIN CM, KAIKO RF, FITZMARTIN RD, THOMAS GB, GOLDENHEIM PD. Hematologic toxicity lack with choline magnesium trisalicylate. Archives of Physical Medicine and Rehabilitation 69:788, 1988.

81.     HEALY N, CRONIN C, KAIKO R, GOLDENHEIM P. Safety and efficacy review of senna laxatives. Journal of the American Osteopathic Association 89(10):1360, 1989.

82.     CRONIN C, GRANDY R, KAIKO R, THOMAS G, GOLDENHEIM P. Hematologic and renal safety of choline magnesium trisalicylate. Journal of the American Osteopathic Association 89(10):1365, 1989.

83.     GOLDENHEIM P, KAIKO R. Controlled-release oral morphine cancer pain management. Journal of the American Osteopathic Association 89(10):1360, 1989.

84.     SUNSHINE A, MARRERO I, OLSON NZ, TIRADO S, KAIKO R, GRANDY R, SIEGEL C, LASKA E. Analgesic efficacy of choline magnesium trisalicylate (Trilisate) alone and in combination with Codeine Contin for the treatment of postsurgical dental pain. American Pain Society Eighth Annual Scientific Meeting. October 26-29, 1989, Phoenix, Arizona. Abstracts p.50.

85.     ROSEN SR, GRANDY R, CLARK G, KAIKO R, GOLDENHEIM P, PAV J. Indomethacin bioavailability and food. Journal of Clinical Pharmacology 29:838, 1989.

86.     KAIKO RF, CRONIN C, HEALY N, PAV J, THOMAS G, REICH E, GOLDENHEIM PD. Bioavailability of rectal and oral MS Contin. Oncology Nursing Forum Supplement 16(2):183, 1989.

87.     GRANDY RP, KAIKO RF, CRONIN CM, PAV J, THOMAS GB, GOLDENHEIM PD. Bioavailability of rectal and oral MS Contin. Pharmacotherapy 9(3):177, 1989.

88.     KAIKO RF, CRONIN CM, GRANDY RP, OSHLAK B, GOLDENHEIM PD. Bioequivalency of controlled-release morphine (MS Contin) 15, 30, 60 and 100mg vs the 30mg tablet. Pharmacotherapy 9(3):177, 1989.

89.     CRONIN CM, GRANDY RP, KAIKO RF, THOMAS GB, GOLDENHEIM PD. Hematologic and rental safety of choline magnesium trisalicylate. Southern Medical Journal 82(9):27-28, 1989.

90.     CRONIN CM, KAIKO RF, GOLDENHEIM PD. Effective analgesic doses. Southern Medical Journal 82(9):132-133, 1989.

91.    KAIKO R, CRONIN C, GRANDY R, HOPF K, FITZMARTIN R, GOLDENHEIM P, VANWAGONER J, BROWN J, O'CALLAGHAN V.  Controlled-release oral morphine (MS Contin, MSC) in postoperative pain.  Pharmacotherapy 10(3):250-251, 1990.

92.    KAIKO R, VANWAGONER J, BROWN J, O'CALLAGHAN V, GRANDY R, HOPF K, FITZMARTIN R, GOLDENHEIM P. Controlled-release oral morphine (MS Contin Tablets, MSC) in postoperative pain.  European Journal of Pharmacology 183(6):1437-1438, 1990.

93.    KAIKO R, CRONIN C, GOLDENHEIM P.  Hematologic safety associated with the administration of choline magnesium trisalicylate.  European Journal of Pharmacology 183(6):2269-2270, 1990.

94.    SUNSHINE A, MARRERO I, OLSON NZ, TIRAO S, KAIKO R, GRANDY R, SIEGEL C, LASKA E.  Analgesic efficacy of choline magnesium trisalicylate (Trilisate) alone and in combination with Codeine Contin compared to acetaminophen plus codeine.  European Journal of Pharmacology 183(6):2274-2275, 1990.

95.    KAIKO R, CRONIN C, PAV J, GOLDENHEIM P, FANUCCHI M.  Bioavailability of rectal compared to oral MS Contin tablets.  Journal of Cancer Research and Clinical Oncology 116(Suppl., Part 1):627, 1990.

96.    CRONIN C, KAIKO R, GOLDENHEIM P, FANUCCHI.  Effective analgesic doses.  Journal of Cancer Research and Clinical Oncology 116(Suppl., Part 1):628, 1990.

97.    KAIKO R, FANUCCHI M, CRONIN C, GOLDENHEIM P.  Steady-state bioavailability of 20mg controlled-release metoclopramide q12h vs 10mg conventional oral metoclopramide.  Third Annual International Concensus on Supportive Care in Oncology, Brussels, August 21-24, 1990. p.192.

98.    CRONIN C, FANUCCHI M, KAIKO R, GOLDENHEIM P.  Insensitivity of controlled-release oral morphine (MS Contin) to a high fat meal.  Third Annual International Concensus on Supportive Care in Oncology, Brussels, August 21-24, 1990. p.43.

99.    VANWAGONER J. O'CALLAGHAN R, FANUCCHI M, KAIKO R, GRANDY R, BROWN J, FITZMARTIN R.  Controlled-release oral morphine (MS Contin Tablets, MSC) in postoperative pain. Third Annual Concensus on Supportive Care in Oncology, Brussels, August 21-24, 1990. p.49.

100.   KAIKO R, CRONIN C, GOLDENHEIM P.  Steady-state bioavailability of controlled-release metoclopramide. Journal of Clinical Pharmacology 30:844, 1990.

101.   KAIKO R, CRONIN C, PAV J, THOMAS G, GOLDENHEIM P.  Steady-state bioavailability of 20mg controlled-release metoclopramide q12h vs 10mg conventional oral metoclopramide q6h.  Proceedings of the ASCO 9:69, March 1990.

102.   CRONIN C, POLOMANO R, KAIKO R.  Evaluation of the equianalgesic effects of the oral and intravenous routes of administration. Journal of Palliative Care (6)3:53, 1990.

103.   KAIKO R, VANWAGONER D, BROWN J, O'CALLAGHAN R, GRANDY RP, HOPF K, FITZMARTIN R, GOLDENHEIM PD.  Controlled-release oral morphine (MS Contin Tablets, MSC) in postoperative pain.  Pain Supplement 5:S149, 1990.

104.   ROSEN SI, GRANDY RP, CLARK GO.  Indomethacin bioavailability and food.  Pharmacotherapy 10(3):236-237, 1990.

105.    CRONIN CM, KAIKO RF, GOLDENHEIM PD.  Bioavailability of rectal compared to oral MS
        Contin tablets.  American Pain Society 9th Annual Scientific Meeting, October 25-28, 1990.
        St. Louis, MO.  Abstract #202.

106.    FERRELL BR, FERRELL BA, KAIKO RF, NALIBOFF B.  Symposia on pain in the elderly.
        American Pain Society 9th Annual Scientific Meeting, October 25-28, 1990.  St. Louis, MO.
        Abstract #108.

107.    BROWN JD, VANWAGONER JD, O'CALLAGHAN R, KAIKO RF, GRANDY RP,
        FITZMARTIN RF.    Controlled-release oral morphine (MS Contin Tablets, MSC) in
        postoperative pain. American Pain Society 9th Annual Scientific Meeting, October 25-28, 1990.
        St. Louis, MO.  Abstract #201.

108.    HEALY, N, KAIKO RF.  Senna laxatives: review of efficacy and safety.  Archives of Physical
        Medicine and Rehabilitation 69:718, 1990.

109.    BRESCIA F, KAIKO R, LAZARUS H, INGBER E.  Utilization of effective analgesic doses in
        cancer patients.  American Academy of Pain Management 1991 Annual Conference, August
        29-September 1, 1991, Baltimore, Maryland.  Official Program Book, pg 12.

110.    CRONIN CM, KAIKO RF, GOLDENHEIM PD.  Bioavailability of rectal compared to oral MS
        Contin tablets.  Clinical Journal of Pain 7:41, 1991.

111.    BROWN JD, VANWAGONER JD, O'CALLAGHAN R, KAIKO RF, GRANDY RP,
        FITZMARTIN R.  Controlled-release oral morphine (MS Contin Tablets, MSC) in postoperative
        pain.  Clinical Journal of Pain 7:41, 1991.

112.    BLUM RH, KAIKO RF, GRANDY RP, THOMAS GB.  MS Contin (MSC) dose titration schema
        for achieving rapid adequate analgesia in patients with chronic severe cancer pain.
        Proceedings of ASCO 10:343, March 1991.

113.    KAIKO RF.  Survey of parenteral PCA use.  American Academy of Pain Management 1991
        Annual Conference, August 29-September 1, 1991, Baltimore, Maryland.  Official Program
        Book, pg 17.

114.    BLOOMFIELD SS, CISSELL G, MITCHELL J, KAIKO RF.  Relative analgesic potency of two
        brands of controlled-releasee oral morphine tablets. Journal of Clinical Pharmacology 31(9):857,
        1991.

115.    BLOOMFIELD SS, CISSELL G, MITCHELL J, KAIKO RF, GRANDY RP, KOMOROWSKI
        J, FITZMARTIN RF, GOLDENHEIM PD.  Relative analgesic potency of two brands of
        controlled-release oral morphine tablets.  Presented at the American Pain Society 10th Annual
        Scientific Meeting.  November 7-10, 1991.  Poster #91366.